B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.**            Case No. _____

                                Debtor(s)        Chapter     **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,234,006.00** | **2009-LOAN SERVICING/MGMT FEES** |
| **$1,575,635.00** | **2010-LOAN SERVICING/MGMT FEES** |
| **$279,074.00** | **2011-LOAN SERVICING/MGMT FEES** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

#### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED SCHEDULES** | | **$2,778,679.39** | **$5,005,315.21** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SEE ATTACHED SCHEDULES** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **LAW OFFICES OF ALAN R. SMITH**<br>**505 RIDGE STREET**<br>**RENO, NV 89501** | | **RETAINER $60,000.00** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| SEE ATTACHED SCHEDULES | | |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| SEE ATTACHED SCHEDULES | | |

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| SEE ATTACHED SCHEDULES | | |

#### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **7785 W. SAHARA AVE. #100**<br>**LAS VEGAS, NV 89117** | **SAME** | **8/07-8/10** |

#### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|-----------------------|------------------------------------------|-------------------|----------------------|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|-----------------------|------------------------------------------|-------------------|----------------------|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|------------------------------------------|---------------|------------------------|

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **SEE ATTACHED SCHEDULE** | | | | |

None ☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **SEE ATTACHED SCHEDULE** | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **GREGG WIENS, CFO**<br>**3311 S. RAINBOW, BLVD**<br>**LAS VEGAS, NV 89146** | **JUNE 2004 TO CURRENT** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **OVIST & HOWARD CPA'S** | **7 COMMERCE CENTER DRIVE, STE A HENDERSON, NV 89014** | **2002 TO CURRENT** |

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **GREGG WIENS, CFO** | **3311 S RAINBOW BLVD, STE 209**<br>**LAS VEGAS, NV 89146** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **SEE ATTACHED** | |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **WILLIAM DYER**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **PRESIDENT, CEO, DIRECTOR** | **OFFICER/DIRECTOR/SHAREHOLDER** |
| **THOMAS LEA**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR** |
| **GREGG WIENS**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **CHIEF FINANCIAL OFFICER** | **CHIEF FINANCIAL OFFICER** |
| **KEN TEMPLETON**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |
| **STEVE KALB**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |
| **MARK STOUT**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

Integrated Financial Associates
Statement of Financial Affairs
Question 3 b - Payments to Creditors

| Name and Address of Creditors | Dates of Payments/Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|
| Bank of Nevada<br>777 N. Rainbow Blvd, Ste 100<br>Las Vegas, NV 89107 | Various | 2,685,012.01 | 4,797,261.86 |
| CB Richard Ellis<br>555 Capital Mall, Ste 100<br>Sacramento, CA 95814 | 1/11/2011 | 7,500.00 | - |
| Ken Templeton Realty<br>3311 S. Rainbow Blvd, Suite 225<br>Las Vegas, NV 89146 | Various | 8,327.64 | 42,312.30 |
| Santoro, Driggs Et Al<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 | 12/23/2010 | 7,000.96 | - |
| Templeton Plaza, LLC<br>33101 S. Rainbow Blvd, Suite 225<br>Las Vegas, NV 89146 | Various | 15,220.80 | - |
| Troy & Gould<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | 1/12/2011 | 20,000.00 | 136,968.94 |
| Law Office of Timothy Thomas<br>8670 W. Cheyenne Ave, Ste 120<br>Las Vegas, NV 89129 | Various | 12,983.77 | - |
| Law Office of John M. Netzorg<br>2810 W. Charleston Blvd, Ste 81<br>Las Vegas, NV 89102 | Various | 9,927.62 | - |
| Winthrop Couchot<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660 | 1/12/2011 | 6,021.33 | 17,683.25 |
| Imperial Credit Corporation<br>45 East River Park Place, Ste 308<br>Fresno, CA 93720 | Various | 6,685.26 | 11,088.86 |

**In re:  Integrated Finacial Associates, Inc.**

## Statement of Financial Affairs

### 4. a. Suits and administrative proceedings, executions, garnishments and attachments

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Integrated Financial Associates, Inc. vs. KB Home Nevada Case No. A574976 | Breach of Contract, Unjust Enrichment, Fraud, Negligent Misrepresentation | NV District Court - Clark County | Pending |
| Randall Blanchard and Desert Highlands vs. Integrated Financial Associates, Inc., et. al. Case No. RIC 10005711 | Usury, RICO, Declaratory Relief | CA Superior Court - Riverside County | Pending |
| Integrated Financial Associates, Inc. vs. Randall Blanchard Case No. A-10-617102C | Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | NV District Court - Clark County | Pending |
| KMBD, et. al. vs. Integrated Financial Associates, Inc., et. al. - Case No. A-09-588680 | Usury, RICO, Declaratory Relief, Fraud, Constructive Trust | NV District Court - Clark County | Dismissed |
| Vestin Realty Mortgage II, Inc. vs. Integrated Financial Associates, Inc. Case No. A561902 | Breach of Contract | NV District Court - Clark County | Pending |
| Tesla Gray vs. Integrated Financial Associates, Inc. - Case No. 37-2009-00051325-CU | Breach of Contract, Usury, Reformation | CA Superior Court - San Diego County | Pending |
| Integrated Financial Associates, Inc vs. Marshall Bank, et. al. - Case No. RIC 53264 | Wrongful Foreclosure, Negligence, Breach of Contract | CA Superior Court, Riverside County | Pending |
| Assi vs. Integrated Financial Associates, Inc., et. al. - Case No. A583622 | Breach of Contract, Unjust Enrichment, Fraudulent Concealment | NV District Court - Clark County | Pending |
| Sahara Professional Plaza vs. Integrated Financial Associates, Inc. - Case No. A-10-629488-C | Breach of Contract | NV District Court - Clark County | Pending |
| Integrated Financial Associates, Inc. vs. Ray Gray - Case No. A583622 | Breach of Guaranty Suit filed on behalf of investors. | NV District Court - Clark County | Judgment for IFA's investors for $4,795,370.  IFA owns 1.097% |
| Integrated Financial Associates, Inc. vs. George Nicholas - Case No. A-10-615775-C | Breach of Guaranty | NV District Court - Clark County | Judgment for IFA for $1.9MM |

1

In re:  Integrated Finacial Associates, Inc.

Statement of Financial Affairs
4. a. Suits and administrative proceedings, executions, garnishments and attachments

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Integrated Financial Associates, Inc. vs. Kirkland and Ricks - Case No. A-10-620680-C | Breach of Guaranty | | Pending |
| Integrated Financial Associates, Inc. vs. Creative Energy - Case No. A586387 | Breach of Guaranty | | Judgment for IFA for $1.02MM |
| Integrated Financial Associates, Inc. vs. John Thomas - Case No. 100903801 | Breach of Guaranty | Second Judicial District Court, Weber County, Utah | Pending |
| Hap Taylor & Sons vs. Integrated Financial Associates, Inc. - Case No. CV08-4251 | Mechanic's Lien Foreclosure | Idaho District Court | Being defended by Fidelity National Title |

2

In re: Integrated Finacial Associates, Inc.

Case No. _____

**Statement of Financial Affairs**
**10. a. Other transfers**

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 58.43% membership interest in Redwood Land Holdings, LLC.  Received $2,600,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 11.63% membership interest in Centerville Partners, LLC.  Received $360,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 6.83% membership interest in Eagle Falls Partners Limited Partnership.  Received $1,350,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 12.4% fractional interest in a defaulted land loan in the principal amount of $3,500,000  Received $450,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 8/28/2009 | Sold 100% ownership interest in 28 acres of undeveloped real property located in Davis County Utah.  Received $1,700,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146.  Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold 10.7% fractional interest in a defaulted land loan in the principal amount of $11,500,000  Received $1,242,000, which is equal to 100% of Debtor's interest in the entity. |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118.  Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a residual interest in a fractionalized 24.8% interest in a defaulted note and deed of trust for $23.1MM secured by undeveloped property in Henderson, NV.  Property is valued at <50% of original loan amount.  The senior interest secures a $5MM note from the Debtor to Bank of Nevada.  Pledge secures a line of credit for $100,000. |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118.  Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a 47.6% security interest in a defaulted note and deed of trust for $822,000 secured by undeveloped property in Utah County, UT.  Property is appraised at $160,000.  Pledge secures a line of credit for $100,000. |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118.  Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a 20.7% security interest in a defaulted note and deed of trust for $8,806,552 secured by undeveloped property in Riverside County, CA.  Property is valued at less than $2.5MM.  Pledge secures a line of credit for $100,000. |

1

In re: Integrated Finacial Associates, Inc.

Case No. _____

**Statement of Financial Affairs**
10. a. Other transfers

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| CTI Capital Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 20.5% membership interest in Bremerton Holdings, LLC. Received $305,000 for interest valued at no more than $178,000. |
| CTI Capital Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 47.6% membership interest in defaulted land loan in the principal amount of $882,000  Received $305,000 for property valued at no more than $77,150. |

2

**Integrated Financial Associates**
**Statement of Financial Affairs**
Question 11 - Closed Financial Accounts

| Name and Address of Institition | Type of Account | Last 4 of Acct No. | Date of Closing | Final Balance |
|---|---|---|---|---|
| **Sun West Bank** 5830 W. Flamingo Las Vegas, NV  89103 | | | | |
| Commercial Checking | Checking | #9318 | 11/6/2010 | 6,906.61 |
| Collection Trust | Trust | #8189 | 11/6/2010 | 180,711.62 |
| Investor Trust | Trust | #1983 | 11/6/2010 | 10,076.98 |
| Commercial Money Mkt | M.M. | #0714 | 11/6/2010 | 142.08 |
| Recording Fees | Checking | #0833 | 11/6/2010 | 249.73 |
| Distribution Account | Checking | #4836 | 11/6/2010 | 646.72 |

In re: Integrated Financial Associates, Inc.                    Case No. _____
        Debtor

**Statement of Financial Affairs**
**Item 14 - Property Held for Another Person**

| | NAME | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|---|
| 2 | 1835 Nevassee Investments, LLC-- 3311 S. Rainbow Blvd. Suite 209, Las Vegas, NV 89146 | $7,312.50 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 3 | Tuscany Partners, LLC--3311 S. Rainbow Blvd. Suite 209, Las Vegas, NV 89146 | $19,758.57 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 4 | Eagle Falls Partners LP--3311 S. Rainbow Blvd. Suite 209, Las Vegas, NV 89146 | $37,668.36 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 5 | EL Land Holdings 1 LLC--3311 S. Rainbow Blvd. Suite 209, Las Vegas, NV 89146 | $1,977 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 6 | Marshall Shields--4304 Twain Avenue Suite A, San Diego, CA 92120 | $163.15 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 7 | Harold Richards Trust--Current Address unknown | 13989.22--Has not executed closing paperwork for payoff | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 8 | Debra L. Rybnick--2735 S. 44th St., Lincoln, NE 68506 | $3497.30  Has not executed closing paperwork for payoff | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 10 | STGG HOLDINGS, LLC | $1,456 | DEBTOR'S COLLECTION TRUST ACCOUNT |
| 11 | REDWOOD Land Holdings LLC-- 3311 S. Rainbow Blvd. Suite 209, Las Vegas, NV 89146 | $1,993.27 | DEBTOR'S COLLECTION TRUST ACCOUNT |

In re Integrated Financial Associates, Inc.
Statement if Financial Affairs
Item 18a - Nature, location and name of business

Case No _____

| | NAME | TAX IDENTIFICATION | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| 1 | RAMON PARTNERS LIMITED PARTNERSHIP | 27-1504612 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | LIMITED PARTNERSHIP INTEREST IN A LIMITED PARTNERSHIP WHICH OWNS COMMERCIAL REAL ESTATE PARCELS IN PALM SPRINGS, CA | 9/09 TO CURRENT |
| 2 | PARKWOOD PLACE HOLDINGS, LLC | 27-2275244 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A 37.5 ACRE SUBDIVISION IN MOUNT VERNON WASHINGTON | 8/08 TO CURRENT |
| 3 | LOGANDALE REAL ESTATE PARTNERS, LLC | 20-3845637 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSETS ARE A REAL PROPERTY SUBDIVISION AND WATER ALLOCATIONS AND METERS LOCATED IN LOGANDALE, NV | 9/05 TO CURRENT |
| 4 | SUMMERWIND PARTNERS, LLC | 27-2275271 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE ASSETS CONSIST OF A SUBDIVISION AND GOLF COURSE IN CANYON COUNTY, ID | 11/08 TO CURRENT |
| 5 | BEAUMONT PARTNERS LIMITED PARTNERSHIP | 27-2275181 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE SOLE ASSET IS A PARCEL OF REAL PROPERTY IN BEAUMONT, CA | 7/08 TO CURRENT |
| 6 | KYLE CANYON HOLDINGS I, LLC | 27-2275113 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE ASSETS CONSIST OF PARCEL OF REAL PROPERTY LOCATED IN KYLE CANYON, CLARK COUNTY, NV. | 4/08 TO CURRENT |
| 7 | KYLE CANYON HOLDINGS II, LLC | 27-2275030 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE ASSETS CONSIST OF PARCEL OF REAL PROPERTY LOCATED IN KYLE CANYON, CLARK COUNTY, NV. | 4/08 TO CURRENT |
| 8 | KYLE CANYON HOLDINGS III, LLC | 27-2275071 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LLC WHOSE ASSETS CONSIST OF PARCEL OF REAL PROPERTY LOCATED IN KYLE CANYON, CLARK COUNTY, NV. | 4/08 TO CURRENT |
| 9 | VICTORVILLE PARTNERS LIMITED PARTNERSHIP | 26-3775175 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE SOLE ASSET IS A PARCEL OF UNDEVELOPED LAND IN VICTORVILLE, CA | 2/08 TO CURRENT |
| 10 | ROSEVILLE PARTNERS LIMITED PARTNERSHIP | 27-0305981 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE ASSETS ARE PARCELS OF UNDEVELOPED LAND IN ROSEVILLE AND SACRAMENTO, CA | 3/09 TO CURRENT |

In re Integrated Financial Associates, Inc.                      Case No _____
Statement if Financial Affairs
Item 18a - Nature, location and name of business

| | NAME | TAX IDENTIFICATION | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| 11 | HAZEL LAKE HOLDINGS, LLC | 27-2275353 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE ASSETS ARE UNDEVELOPED LAND IN ADA COUNTY, ID | 6/09 TO CURRENT |
| 12 | EL HOLDINGS I, LLC | 27-2964812 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE ASSETS ARE UNDEVELOPED LAND IN ADA COUNTY, ID | 6/10 TO CURRENT |
| 13 | ISLETON LAND HOLDINGS LIMITED PARTNERSHIP | 27-4788136 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE ASSETS ARE 4 PARCEL OF REAL PROPERTY IN ISLETON, CA | 12/10 TO CURRENT |
| 14 | SCN PARTNERS | 27-2275492 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHICH OWNED A SUBDIVIDED PARCEL IN RIVERSIDE COUNTY, CA | 2/07 TO CURRENT |
| 15 | INTEGRATED MANAGERS, LLC | 27-4739033 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHICH SERVES AS A MANAGER OF VARIOUS SINGLE ASSET REAL ESTATE LIMITED PARTNERSHIPS AND LLCS | 1/11 TO CURRENT |
| 17 | CENTERVILLE PARTNERS, LLC | 27-2190219 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A PARCEL OF REAL PROPERTY CENTERVILLE, UT | 12/05 TO CURRENT |
| 18 | BREMERTON HOLDINGS, LLC | 27-2189957 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A PARCEL OF REAL PROPERTY BREMERTON, WA | 12/08 TO CURRENT |
| 19 | 515 SPOKANE PARTNERS, LLC | 27-4788431 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A NON-OPERATIONAL HOTEL IN SPOKANE, WA | 3/10 TO CURRENT |
| 20 | CARPENTERIA PARTNERS LIMITED PARTNERSHIP | 26-2695651 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE SOLE ASSET IS A PARCEL OF REAL PROPERTY IN CARPINTERIA, CA | 5/08 TO CURRENT |
| 22 | REDWOOD LAND HOLDINGS, LLC | 27-2275213 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSETS ARE A PARCEL OF REAL PROPERTY HOUSTON, TX AND A NOTE FROM A GURANTOR | 1/10 TO CURRENT |
| 23 | 325 PASO HOLDINGS, LLC | 27-4372448 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A NON-OPERATIONAL HOTEL IN EL PASO, TX | 12/10 TO CURRENT |

In re Integrated Financial Associates, Inc.                    Case No _____
Statement if Financial Affairs
Item 18a - Nature, location and name of business

|  | NAME | TAX IDENTIFICATION | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| 24 | HARMONY GROVE HOLDINGS, LLC | 27-3238245 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHICH HELD A SECOND DEED OF TRUST AND NOTE ON RESIDENTIAL ACREAGE IN SAN DIEGO, COUNTY | 8/10 TO CURRENT |
| 25 | TENNVADA HOLDINGS 1, LLC | 27-4376783 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A NON-OPERATIONAL HOTEL IN MEMPHIS, TN | 8/10 TO CURRENT |
| 26 | EAGLE FALLS LIMITED PARTNERSHIP | 27-2187401 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | A LIMITED PARTNERSHIP WHOSE SOLE ASSET IS A TENTATIVELY MAPPED PARCEL OF REAL PROPERTY IN INDIO, CA | 6/08 TO CURRENT |
| 27 | TUSCANY PARTNERS, LLC | 27-4884714 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS A SUBDIVISION  IN EVANS, CO | 2/11 TO PRESENT |
| 28 | TUSCANY PARTNERS 2, LLC | 27-4884934 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS AN UNDEVELOPED PARCEL OF PROPERTY  IN EVANS, CO | 2/11 TO PRESENT |
| 29 | TOSCANNA DEVELOPMENT, LLC | 27-4900602 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS AN UNDEVELOPED PARCEL OF PROPERTY  IN EVANS, CO | 7/08 TO PRESENT |
| 30 | INDIAN CANYON PARTNERS LIMITED PARTNERSHIP | 27-4885105 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LIMITED PARTNERSHIP WHOSE SOLE ASSETS ARE RESIDENTIAL LOTS IN PALM SPRINGS, CA | 2/11/ TO PRESENT |
| 31 | PLUM CREEK PARTNERS LLC | 27-4885291 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHOSE SOLE ASSET IS AN UNDEVELOPED PARCEL OF PROPERTY  IN OGDEN, UT | 2/11 TO PRESENT |
| 32 | IFA CAPITAL, LLC | 83-0410459 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN LLC WHICH HAS AN OPENED LINE OF CREDIT WITH DEBTOR | 9/2004 TO PRESENT |
| 33 | RANCHES HOLDINGS, LLC | 27-4900362 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 | AN ENITY FORMED TO PROVIDE MANAGEMENT FOR DEFAULTED PROPERTIES RESULTING FROM LOANS BY DEBTOR IN UTAH | 2/2011 TO PRESENT |
|  |  |  |  |  |  |

In re  Integrated Financial Associates, Inc.                    Case No. _____
Statement of Financial Affairs
Item 18b - Single Asset Real Estate

| | NAME | TAX IDENTIFICATION | ADDRESS |
|---|---|---|---|
| 1 | RAMON PARTNERS LIMITED PARTNERSHIP | 27-1504612 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 2 | PARKWOOD PLACE HOLDINGS, LLC | 27-2275244 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 3 | LOGANDALE REAL ESTATE PARTNERS, LLC | 20-3845637 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 4 | SUMMERWIND PARTNERS, LLC | 27-2275271 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 5 | BEAUMONT PARTNERS LIMITED PARTNERSHIP | 27-2275181 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 6 | KYLE CANYON HOLDINGS I, LLC | 27-2275113 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 7 | KYLE CANYON HOLDINGS II, LLC | 27-2275030 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 8 | KYLE CANYON HOLDINGS III, LLC | 27-2275071 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 9 | VICTORVILLE PARTNERS LIMITED PARTNERSHIP | 26-3775175 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 10 | ROSEVILLE PARTNERS LIMITED PARTNERSHIP | 27-0305981 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 11 | HAZEL LAKE HOLDINGS, LLC | 27-2275353 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 12 | EL HOLDINGS I, LLC | 27-2964812 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 13 | ISLETON LAND HOLDINGS LIMITED PARTNERSHIP | 27-4788136 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 14 | SCN PARTNERS | 27-2275492 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 17 | CENTERVILLE PARTNERS, LLC | 27-2190219 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 18 | BREMERTON HOLDINGS, LLC | 27-2189957 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 20 | CARPENTERIA PARTNERS LIMITED PARTNERSHIP | 26-2695651 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 22 | REDWOOD LAND HOLDINGS, LLC | 27-2275213 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 24 | HARMONY GROVE HOLDINGS, LLC | 27-3238245 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |

**In re  Integrated Financial Associates, Inc.**                    Case No. _____
**Statement of Financial Affairs**
**Item 18b - Single Asset Real Estate**

| | NAME | TAX IDENTIFICATION | ADDRESS |
|---|---|---|---|
| 26 | EAGLE FALLS LIMITED PARTNERSHIP | 27-2187401 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 27 | TUSCANY PARTNERS, LLC | 27-4884714 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 28 | TUSCANY PARTNERS 2, LLC | 27-4884934 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 29 | TOSCANNA DEVELOPMENT, LLC | 27-4900602 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 30 | INDIAN CANYON PARTNERS LIMITED PARTNERSHIP | 27-4885105 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 31 | PLUM CREEK PARTNERS LLC | 27-4885291 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |
| 32 | TENNVADA HOLDINGS, LLC | 27-4376783 | 3311 S. RAINBOW BLVD., SUITE 209, LAS VEGAS, NV 89146 |

**Integrated Financial Associates**
**Statement of Financial Affairs**
Question 19 d - Parties to Whom Issued Financial Statements

| Party | Relationship | Financial Statements Received |
|---|---|---|
| State of Nevada<br>Mortgage Lending Division<br>7220 Bermuda Rd, Ste A<br>Las Vegas, NV  89119 | Regulators | 2009 Annual Financial<br>June 2010 Interim Financials<br>December 2010 Interim Financials |
| Bank of Nevada<br>777 N. Rainbow Blvd, Ste 100<br>Las Vegas, NV  89107 | Lender | 2009 Annual Financial<br>June 2010 Interim Financials<br>December 2010 Interim Financials |
| Cragin & Pike<br>2603 W. Charleston Blvd<br>Las Vegas, NV  89102 | Insurance Agent | 2009 Annual Financial |
| The Mahoney Group<br>6029 S. Rainbow Blvd<br>Las Vegas, NV  89118 | Insurance Agent | 2009 Annual Financial |
| Mustapha Assi<br>3281 S. Highland, Ste 813<br>Las Vegas, NV  89109 | IFA Investor | 2009 Annual Financial |

3/14/11  4:10PM

9

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 14, 2011**                                    Signature _____

**William Dyer**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**         Case No. _____
                                     Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................................ $ _____ **60,000.00**

     Prior to the filing of this statement I have received ............................................ $ _____ **60,000.00**

     Balance Due ................................................................................................... $ _____ **0.00**

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 14, 2011** _____

                        _____
                        ALAN R. SMITH, ESQ.
                        THE LAW OFFICES OF ALAN R. SMITH
                        505 RIDGE STREET
                        RENO, NV 89501-1719
                        (775) 786-4579   Fax: (775) 786-3066
                        mail@asmithlaw.com

---

3/14/11 4:10PM

# United States Bankruptcy Court
### District of Nevada

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**      Case No._____

                                            Debtor

Chapter_____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KEN TEMPLETON**<br>**3311 S RAINBOW BLVD**<br>**SUITE 225**<br>**LAS VEGAS, NV 89146** | | | |
| **MARK STOUT**<br>**3311 S RAINBOW BLVD**<br>**SUITE 225**<br>**LAS VEGAS, NV 89146** | | | |
| **STEVE KALB**<br>**3311 S RAINBOW BLVD**<br>**SUITE 225**<br>**LAS VEGAS, NV 89146** | | | |
| **WILLIAM DYER**<br>**3311 S RAINBOW BLVD**<br>**SUITE 225**<br>**LAS VEGAS, NV 89146** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_ **March 14, 2011** _____      Signature _____

                                                               **William Dyer**<br>                                                               **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

   **0** \_\_\_\_ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No. _____

                                            Debtor(s)                    Chapter   **11**   _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **INTEGRATED FINANCIAL ASSOCIATES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**March 14, 2011**                                    _____
Date                                             ALAN R. SMITH, ESQ.
                                             Signature of Attorney or Litigant
                                             Counsel for   **INTEGRATED FINANCIAL ASSOCIATES, INC.**
                                             **THE LAW OFFICES OF ALAN R. SMITH**
                                             **505 RIDGE STREET**
                                             **RENO, NV 89501-1719**
                                             **(775) 786-4579 Fax:(775) 786-3066**
                                             **mail@asmithlaw.com**

3/14/11 4:10PM

# United States Bankruptcy Court
### District of Nevada

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No. _____

                                                    Debtor(s)                    Chapter    **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 14, 2011** _____

**William Dyer/President**
Signer/Title

INTEGRATED FINANCIAL ASSOCIATES, INC.
3311 S. RAINBOW BLVD., SUITE 209
LAS VEGAS, NV 89146

ALAN R. SMITH, ESQ.
THE LAW OFFICES OF ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501-1719

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

NEVADA DEPT TAXATION
P.O. BOX 52685
PHOENIX, AZ 85072-2674

NEVADA EMPLOYMENT SEC
500 E. THIRD STREET
CARSON CITY, NV 89713-0030

NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

NV LABOR COMMISSION
675 FAIRVIEW LANE, STE 226
CARSON CITY, NV 89710-5474

OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET, RM. 3009
RENO, NV 89509-1362

I.R.S.-BK. PHILADELPHIA
PO BOX 7346
PHILADELPHIA, PA 19101-7346

WASHOE COUNTY TREASURER
PO BOX 30039
RENO, NV 89520-3039

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
4600 KIETZKE LANE
SUITE L-235
RENO, NV 89502

1ST REG BANK CST NEIL GLOVER
A/C # 1222
4053 BRYN MAWR
DALLAS, TX 75225

```
A. LUCERO CUST M. LUCERO
A/C # 1245
2472 MACRORY DRIVE
HENDERSON, NV 89044

ALAN & ELSIE WINKLER REV TRUST
A/C # 1154
331 W 225 S
IVINS, UT 84738-5101

ALLIANCE TITLE & ESCROW CORP
A/C # 44022473
9288 W EMERALD
SUITE 102
BOISE, ID 83704

ALOHA LUANA HUTTON
A/C # 1136
PO BOX 2115
PARK CITY, UT 84060

ALOHA LUANNA HUTTON S PR TR
A/C # 1207
PO BOX 2115
PARK CITY, UT 84060

AMBER TUTTLE TRUST
A/C # 1148
6376 BOLD REGATTA COURT
LAS VEGAS, NV 89139

ANNETTE PARKER
A/C # IFA
INNISBROOK AVE
LAS VEGAS, NV 89113

ANTHONY & LINDA PUSATERI
A/C # 1219
9328 FONTAINBLEU DRIVE
LAS VEGAS, NV 89145

ANTHONY & LINDA PUSATERI F T
A/C # 1124
9328 FONTAINBLEU DRIVE
LAS VEGAS, NV 89145

AUSTIN M BURKE
A/C # 1147
5810 S BRONCO STREET
LAS VEGAS, NV 89118
```

BANK OF NEVADA
777 N RAINBOW
STE 100
ATTN: COMMERCIAL RE
LAS VEGAS, NV 89107

BARBARA E STOUT SEP PROP TRUST
A/C # 1014
1450 SAN JUAN HILLS
#104
LAS VEGAS, NV 89134

BISHOP, WHITE & MARSHALL PS
A/C # 1776.0928121
720 OLIVE WAY
SUITE 1201
SEATTLE, WA 98101-1801

BOGATZ & ASSOCIATES PC
3455 CLIFF SHADPWS PKWY
STE 110
LAS VEGAS, NV 89169

CARTER 1990 TRUST
A/C # 1196
1714 FRANKLIN CHASE
HENDERSON, NV 89012

CHAD & TAMARA VELLINGA FAMILY TRUST
A/C # 1077
10058 LEMON VALLEY AVE
LAS VEGAS, NV 89147

CHARLES ABAIR C/O W. KALB
A/C # 1051
52 GULF STREAM CT
LAS VEGAS, NV 89113

CHERYL D NEWTON
A/C # 1097
725 S HUALAPAI WAY, #1109
LAS VEGAS, NV 89145

CINDY KALB TRUST
A/C # 1120
2845 DUNEVILLE STREET
LAS VEGAS, NV 89146

DANA STEGEMANN
A/C # 1235
6376 BOLD REGATTA COURT
LAS VEGAS, NV 89139

DAVID B & TREASIA L SMITH
A/C # 1220
106 FOUNTAINHEAD CIRCLE
HENDERSON, NV 89052

DAVID R BRANDSNESS TRUST
A/C # 1054
6151 GRAND TETON DRIVE
LAS VEGAS, NV 89131

DAVID ZWEIFEL
A/C # 1223
2382 SUNBURST VIEW
HENDERSON, NV 89015

DEBORAH STOUT TRUST
A/C # 1015
10151 PARK RUN DRIVE
LAS VEGAS, NV 89145

DEETTE CARTER REVOCABLE TRUST
A/C # 1062
18831 W RICE ROAD
HAUSER, ID 83854-6988

DENLER FAMILY TRUST
A/C # 1208
PO BOX 680306
PARK CITY, UT 84068

DEVON A MAGANA
A/C # 1242
207 NORTH BROADWAY, SUITE I
SANTA ANA, CA 92701

EDWARD ERGANIAN IVESTMENT LLP
2715 S TENAYA WAY
LAS VEGAS, NV 89117

EFKTV HOLDINGS LLC S-A
A/C # 1251
8628 SCARSDALE DRIVE
LAS VEGAS, NV 89117

EH OSHINS C/O R OSHINS
A/C # 1201
1645 VILLAGE CENTER CR, #170
LAS VEGAS, NV 89134

FIDELITY NATIONAL INFO SERVICE
A/C # IFA
2875 DECKER LAKE DR #300
SALT LAKE CITY, UT 84119

FIRST INSURANCE PREMIUM
450 SKOKIE BLVD., STE 1000
NORTHBROOK, IL 60062

FREDERICK T ZWEIFEL
A/C # 1222
4053 BRYN MAWR
DALLAS, TX 75225

G & B KALB 1992 IRR TR
A/C # 1143
2845 DUNNEVILLE
LAS VEGAS, NV 89146

G & B KALB REV FAM TR
A/C # 1007
2845 DUNNEVILLE
LAS VEGAS, NV 89146

GARDERE WYNNE SEWELL LLP
A/C # 133745
1000 LOUISIANA
SUITE 3400
HOUSTON, TX 77002-5011

GEORGE & BARBARA KALB
A/C # 1180
2845 DUNEVILLE
LAS VEGAS, NV 89146

GEORGE J KALB TRUST
A/C # 1122
2845 DUNEVILLE
LAS VEGAS, NV 89146

GEORGE JEFFREY KALB TRUST
A/C # 1121
2845 DUNEVILLE
LAS VEGAS, NV 89146

GEORGE TANNER KALB TRUST
A/C # 1169
11345 CORSICA MIST AVE
LAS VEGAS, NV 89135

GREGG WIENS
A/C # 1248
9794 ICE BOX CANYON COURT
LAS VEGAS, NV 89117-8438

H KALB TR C/O PREMIER TRUST
A/C # 1041
4465 S JONES BLVD
LAS VEGAS, NV 89103

HANNAH KATHRYN KALB
A/C # 1178
11345 CORSICA MIST AVE
LAS VEGAS, NV 89135

IMPERIAL CREDIT CORPORATION
45 E RIVER PARK PI WEST, #30
FRESNO, CA 93720

J & K SAN SALVADOR
A/C # 1243
5909 LINGERING BREEZE STREET
LAS VEGAS, NV 89148

J KALB TR C/O PREMIER TRUST
A/C # 1039
4465 S JONES BLVD
LAS VEGAS, NV 89103

JANET B GLOVER
A/C # 1056
11345 CORSICA MIST AVENUE
LAS VEGAS, NV 89135

JENNIFER & TY ZWEIFEL
A/C # 1221
9606 E MOUNTAIN SPRINGS
SCOTTSDALE, AZ 85250

JEROME SNYDER
3311 S RAINBOW BLVD
STE 225
LAS VEGAS, NV 89146

JERRY & MARIE BARKSDALE
A/C # 1232
9720 BLUE BELL DRIVE
LAS VEGAS, NV 89134

JERRY E BARKSDALE
A/C # 1252
9720 BLUE BELL DRIVE
LAS VEGAS, NV 89134

JJC LIVING TRUST
A/C # 1237
13405 EL CAMINO REAL
ATASCADERO, CA 93422

JOE BARRESI & LYDIA KING
A/C # 1152
8091 MACKENZIE COURT
LAS VEGAS, NV 89129

JOHN DAVID KRUGER FAM TRUST
A/C # 1140
1307 S COMMERCE STREET
LAS VEGAS, NV 89102

JOHN R & VICTORIA L MYERS
A/C # 1019
2025 CATALINA MARIE
HENDERSON, NV 89074

JONATHAN SNYDER
A/C # 1031
3051 TRAVERSE CREEK LANE
LAS VEGAS, NV 89135

JONES VARGAS
A/C # IFA
3773 HOWARD HUGHES PKWY
LAS VEGAS, NV 89169

JULIA A HALPIN
A/C # 1168
1570 WARD FRONTIER LANE
HENDERSON, NV 89002

JUSTIN KALB
A/C # 1052
5670 WYNN ROAD
LAS VEGAS, NV 89118

KALB LIMITED PARTNERSHIP
A/C # 1022
5670 WYNN ROAD
LAS VEGAS, NV 89118

KELLY JEWELL
A/C # 1244
1233 W RANCHO VISTA BL 829
PALMDALE, CA 93551

KEN & JOY FLEMING LIVING TRUST
A/C # 1016
1841 NEWPORT BAY DRIVE
LAS VEGAS, NV 89117

KEN TEMPLETON
3311 S. RAINBOW BLVD
STE 225
LAS VEGAS, NV 89146

KEN TEMPLETON
3311 S RAINBOW BLVD
SUITE 225
LAS VEGAS, NV 89146

KEN TEMPLETON REALTY
A/C # IFA
3311 S. RAINBOW BLVD #225
LAS VEGAS, NV 89146

KEN TEMPLETON REALTY & INVESTMENTS INC
3311 S RAINBOW BLVD., STE 225
LAS VEGAS, NV 89146

KEVIN DONAHOE SEP PROP TR
A/C # 1027
192 BARTIZAN DRIVE
LAS VEGAS, NV 89138

KIT & KAREN GRASKI
A/C # 1236
4442 AMBER CANYON DRIVE
LAS VEGAS, NV 89129

KLT FAMILY LP
3311 S RAINBOW BLVD
LAS VEGAS, NV 89146

KTSK, LLC
5670 WYNN ROAD
LAS VEGAS, NV 89118

LARRY BARKSDALE
A/C # 1253
243 23RD DRIVE
BURLEY, ID 83318

LARRY CARTER REVOCABLE TRUST
A/C # 1057
22 INNISBROOK AVE
LAS VEGAS, NV 89113

LARRY, LORI, DAVID CARTER
A/C # 1226
22 INNISBROOK AVE
LAS VEGAS, NV 89113

LAUREN E. MAGANA
A/C # 1240
207 NORTH BROADWAY
SUITE I
SANTA ANA, CA 92701

LEONARD G. BUCHHOLZ LIVING TRUST
A/C # 1184
256 MORPHEW ROAD
HOT SPRINGS NATIONAL PARK, AR 71913

LIBMAN FANILY TRUST
A/C # 1241
1709 GLENVIEW
LAS VEGAS, NV 89134

M PUSATERI C/O P PUSATERI
A/C # 1228
1743 EDGEFIELD ROAD
LYNDHURST, OH 44124

MAE KALB 2004 IRR TRUSTE
A/C # 1117
2845 DUNEVILLE STREET
LAS VEGAS, NV 89146-5349

MANPEX C/O PREMIER TRUST
A/C # 1183
4465 S JONES BLVD
LAS VEGAS, NV 89103

MARK STOUT
A/C # 1002
10151 PARK RUN DRIVE
LAS VEGAS, NV 89145

MARK STOUT
3311 S RAINBOW BLVD
STE 225
LAS VEGAS, NV 89146

MARK STOUT
3311 S RAINBOW BLVD
SUITE 225
LAS VEGAS, NV 89146

MARK STOUT INC
A/C # 1001
10151 PARK RUN DRIVE
LAS VEGAS, NV 89145

MARLEEN SCHMOUTEY-HAMRE
A/C # 1020
815 MORNING SUN COURT
LAS VEGAS, NV 89110

MARQUIS & AURBACH
A/C # IFA
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

MC LUCERO CST MR LUCERO
A/C # 1246
2472 MACROY DRIVE
HENDERSON, NV 89044

MOBILITY INC
A/C # 1049
8628 SCARSDALE DRIVE
LAS VEGAS, NV 89117

MT VERNON FIRE INSURANCE CO
190 S WARNER RD
WAYNE, PA 19087-2127

MUSTAPHA ASSI REV TRUST
A/C # 1129
3281 S HIGHLAND DR. #813
LAS VEGAS, NV 89109

NANCY W HALPIN
A/C # 1176
59 N GUIDE LIGHT DRIVE
CEDAR CITY, UT 84720

OTIS COAN & PETERS LLC
A/C # IFA
1812 56TH AVE
GREELEY, CO 80634

P FLANAGAN IRA CO STERLING T
A/C # 1212
PO BOX 2526
WACO, TX 76702

PAUL PUSATERI
A/C # 1218
1743 EDGEFIELD ROAD
LYNDHURST, OH 44124

PETE & ANGELA BECKER REV TRUST
A/C # 1065
34 BURNING TREE COURT
LAS VEGAS, NV 89113

PETROLEUM PROPERTIES LLC
A/C # 1225
2300 W SAHARA BOX 16 1110
LAS VEGAS, NV 89102

PHILIP & ADELE ENGEL FAMILY TRUST
A/C # 1173
1601 HOUSSELS AVE
LAS VEGAS, NV 89104-1434

PITNEY BOWES GLOBAL FIANCIAL
PO BOX 371887
PITTSBURGH, PA 15250-7887

PJ BECKER & SONS
A/C # 1064
34 BURNING TREE COURT
LAS VEGAS, NV 89113

PRAVIN & VEENA BAKRANIA
A/C # 1210
8133 SAPPHIRE BAY CIRCLE
LAS VEGAS, NV 89128

PREMIUM FINANCING SPECIALIST CORP
PO BOX 100391
PASADENA, CA 91189-0391

PROPERTY ASSESSMENT SVCS
A/C # IFA
110211 N 32ND ST
SUITE G
PHOENIX, AZ 85028

RALPH M COVELL
A/C # 1149
5694 BRIDGE STREET
CAMBRIA, CA 93428

REAL ESTATE ASSET ADVISORS
A/C # 1066
1398 ROXBOROUGH
PLACENTIA, CA 92870

RENE C BLANCHARD REM TR
A/C # 1159
2108 BAY TREE DRIVE
LAS VEGAS, NV 89134

ROBERT & DONNA MCDONALD
A/C # 1131
5850 NORTH PARK STREET
LAS VEGAS, NV 89149

ROBERT R BELLIVEAU TRUST
A/C # 1156
5850 NORTH PARL STREET
LAS VEGAS, NV 89149

RONALD J FADEL IRA
A/C # 1139
15518 CHAMPION LAKES PL
LOUISVILLE, KY 40245

RONALD MARKIN LIVING TRUST
A/C # 1151
2100 STRADA MIA COURT
LAS VEGAS, NV 89117

RUTH S OSHINS REV FAM TR
A/C # 1029
59 JOHN STREET APT #9F
NEW YORK, NY 10038

SANDRA LEA
A/C # 1068
1721 SW GARDEN STREET
SEATTLE, WA 98106

SC KALB
A/C # 1003
5670 WYNN RD
LAS VEGAS, NV 89118

SCHWARTZ & MCPHERSON
A/C # 30858-00006
2850 SOUTH JONES BLVD #1
LAS VEGAS, NV 89146

SEAN PROPERTIES LLC
A/C # 1250
823 CAMPBELL DRIVE
LAS VEGAS, NV 89107

SKYE ENTERPRISES LLC
A/C # 1239
2131 ROSCO MAYER RD
LOS ANGELES, CA 90077

STANLEY PAHER 1997 LIVING TRUST
A/C # 1023
4135 BADGER CIRCLE
RENO, NV 89509

STEVE KALB
3311 S RAINBOW BLVD
STE 225
LAS VEGAS, NV 89146

STEVE KALB
3311 S RAINBOW BLVD
SUITE 225
LAS VEGAS, NV 89146

STEVEN & WENDY KALB FM TRUST
A/C # 1004
5670 WYNN ROAD
LAS VEGAS, NV 89118

T VELLINGA OR H TEMPLETON
A/C # 1135
8283 TURTLE CREEK CIRCLE
LAS VEGAS, NV 89113

```
TEMPLETON INVESTMENT CORP
A/C # 1249
3311 S RAINBOW #225
LAS VEGAS, NV 89146

TEMPLETON INVESTMENT CORP
3311 S RAINBOW BLVD
LAS VEGAS, NV 89146

TEMPLETON PLAZA, LLC
3311 S RAINBOW BLVD., STE 225
LAS VEGAS, NV 89146

THOMAS & THERESA EDEN F T
A/C # 1185
2650 LAKE SAHARA DR #200
LAS VEGAS, NV 89117

THOMAS E LEA TRUSTEE
A/C # 1067
11345 CORSICA MIST AVE
LAS VEGAS, NV 89135

THOMAS LEA REV FAMILY TRUST
A/C # 1070
11345 CORSICA MIST AVE
LAS VEGAS, NV 89135

TROY & GOULD
A/C # IFA
1801 CENTURY PARK EAST 16 FLOOR
LOS ANGELES, CA 90067

VESTIN REALTY MORTGAGE
8379 W SUNSET ROAD
LAS VEGAS, NV 89113

WILLIAM & ELAINE DONAHOE TRUST
A/C # 1010
1221 OAK TREE LANE
LAS VEGAS, NV 89108

WILLIAM & LEA AHERN FAM TRUST
A/C # 1187
617 E SOLITUDE TRAIL
QUEEN CREEK, AZ 85242

WILLIAM DYER
3311 S RAINBOW BLVD
SUITE 225
LAS VEGAS, NV 89146
```

WILSON & MCCOLL
A/C # IFA
420 WEST WASHINGTON
BOISE, ID 83702

WINTHROP COUCHOT
A/C # IFA
660 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

WRONA LAW FIRM
A/C # 10219.01
1745 SIDEWINDER DRIVE
PARK CITY, UT 84060

XEROX CORPORATION
PO BOX 7405
PASADENA, CA 91109-7405