# EXHIBIT A

# EXHIBIT A

**The Law Office of Nathan R. Zeltzer, Ltd.**
12 W. Taylor St.
Reno, NV  89509
(775) 786-9993

Invoice submitted to:
Patrick & Patricia Mcauley
3525 W. Idaho St.
Elko NV 89801


May 22, 2013

In Reference To:Ch. 12 Cs. #13-50194

Invoice #10219


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/30/2013 | Office Conference to prepare Ch. 12 petition for emergency filing to stop foreclosure sale. | 2.20<br>300.00/hr | 660.00 |
| 1/31/2013 | Prepare and file emergency bankruptcy petition.  Telephone with clients re: same.  Notify foreclosure trustee of filed bankruptcy and cease foreclosure. | 1.00<br>300.00/hr | 300.00 |
| 2/11/2013 | Telephone call with clients' re: status of tax returns.  Process to complete sale of farm in Alturas, CA. | 0.20<br>300.00/hr | 60.00 |
| 2/13/2013 | Telephone call with client re: appearance at 341 meeting.  Will make it. | 0.20<br>65.00/hr | 13.00 |
| 2/20/2013 | Telephone call with broker with Sheldon & Good re: possible auction to sell farm property, if sale falls through.  Notify clients of same by email. | 0.30<br>300.00/hr | 90.00 |
| 2/26/2013 | Telephone call to clients re: reminder for 341 meeting and necessary information needed for hearing. | 0.20<br>65.00/hr | 13.00 |
| 2/27/2013 | Telephone call with Ch. 12 Trustee's attorney re: status of social security statement.and case status.  Have BZ notify clients of upcoming 341 meeting and requirement to attend. | 0.30<br>300.00/hr | 90.00 |
| 3/1/2013 | Prepare for and appear with clients at 341 meeting of creditors. | 0.90<br>300.00/hr | 270.00 |
| 3/5/2013 | Draft and send letter to client's re: required changes in case filling, and status update. | 0.40<br>300.00/hr | 120.00 |
| 3/13/2013 | Review file, and status of documents needed by Ch. 12 Trustee.  Had assistant leave phone message for clients re: same. | 0.20<br>300.00/hr | 60.00 |
|  | Telephone call to clients re: documents needed per trustee request. | 0.20<br>65.00/hr | 13.00 |

Patrick & Patricia Mcauley                                                                                                              Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/26/2013 | Prepare and send letter to clients' re: non response to request for information. | 0.30<br>300.00/hr | 90.00 |
|  | Prepare and mail letter to clients re: status of case, and documents still needed. | 0.30<br>65.00/hr | 19.50 |
| 3/28/2013 | Receive & review letter from disputed creditor re: tax return requested. Notify BZ to send letter to clients. | 0.20<br>300.00/hr | 60.00 |
| 3/29/2013 | Telephone call with client re: status of documents needed to comply with Trustee's and creditor's request at 341 meeting. | 0.30<br>300.00/hr | 90.00 |
| 4/2/2013 | Telephone call with client re: status of paperwork needed per creditor and Trustee requests. Necessary information needed for Ch. 12 Plan filing. | 0.40<br>300.00/hr | 120.00 |
| 4/4/2013 | Receive & review binder with documents on business operations. Telephone call to clients' re: status of demand for information on taxes & leases from Dambacher attorney. | 0.50<br>300.00/hr | 150.00 |
| 4/5/2013 | Prepare letter to attorney for Dambacher re: requested documents, and tax return status. | 0.30<br>300.00/hr | 90.00 |
| 4/8/2013 | Telephone call with client re: status of obtaining tax returns, and additional items as requested by office. | 0.20<br>55.00/hr | 11.00 |
| 4/11/2013 | Receive & review email from attorney for judgment lien holder on documents requested at 341 meeting. | 0.20<br>300.00/hr | 60.00 |
| 4/12/2013 | Review file and telephone call with client re: status of tax returns and sale of farm. | 0.30<br>300.00/hr | 90.00 |
| 4/15/2013 | Prepare and review Motion to Withdraw as Attorney in case. Research and prepare Motion to Extend Time to file Chap. 12 Plan. Obtain date for court hearing and prepare Notice and Certificate of Service to serve both Motions. | 2.10<br>300.00/hr | 630.00 |
|  | Receive & review request for Special Notice from attorney for 1st Mortgage holder, list in service list. | 0.30<br>300.00/hr | 90.00 |
| 4/18/2013 | Telephone call with clients re: status of case. Motion to withdraw as counsel. | 0.30<br>300.00/hr | 90.00 |
| 5/6/2013 | Receive & review opposition to Motion to Extend time to file Ch. 12 Plan. Obtain court date for Application for Attorney fees. | 0.40<br>300.00/hr | 120.00 |
| 5/7/2013 | Receive & review joinder filed by 1st mortgage holder Benner & Sandstrom. | 0.20<br>300.00/hr | 60.00 |
| 5/21/2013 | Prepare and appearat motions to extend time to file Ch. 12 Plan, and Motion to withdraw as Counsel in case. | 0.80<br>300.00/hr | 240.00 |

Patrick & Patricia Mcauley    Page    3

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/22/2013  Prepare Order on Extending Time to file Ch. 12 Plan, and forward to opposing counsel for review and signature. Prepare and review Application for Attorney Fees, and exhibits. Notice and Cert. Service on same. (An additional .7 is added for appearance at the 6/21/13 hearing on this fee application, and preparation of order after hearing.) | 3.70 300.00/hr | 1,110.00 |
| **For professional services rendered** | **16.90** | **$4,809.50** |

Accounts receivable transactions

| 1/30/2013 Payment - thank you. | ($1,000.00) |
|---|---|
| **Total payments and adjustments** | **($1,000.00)** |
| Balance due | $3,809.50 |