|   |   |
|---|---|
| NATHAN R. ZELTZER, ESQ. (SBN 5173)<br>Law Offices of Nathan R. Zeltzer<br>12 W. Taylor St.<br>Reno, NV 89509<br>Telephone:   (775) 786-9993<br>Fax:             (775) 329-7220 | ECF filed: 5/22/13 |

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>PATRICK MCCAULEY,<br>dba GC LIVESTOCK, LLC<br>PATRICIA MCCAULEY,<br><br>            Debtors,<br>_____/ | Case No.:   13-50194btb<br>Chapter 12<br><br>NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR FEES AND COSTS<br><br>Hearing:    June 21, 2013<br>Time:        11:00 A.M.<br>Court:       U.S. Bankruptcy Court, 300 Booth St., Reno, NV 89509 |

**NOTICE IS HEREBY GIVEN** that a FIRST AND FINAL APPLICATION FOR FEES AND COSTS  was filed on May 22, 2013 by attorney Nathan R. Zeltzer.  The first Application seeks additional attorney fees.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you notice.
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the APPLICATION will be held before a United States Bankruptcy Judge, in the Clifton Young Federal building, 300 Booth Street, bankruptcy courtroom No. 2, Reno, Nevada 89509 on June 21, 2013 at 11:00 a.m.

DATED: May 22, 2013                    /s/ Nathan R. Zeltzer
                                       Nathan R. Zeltzer, Esq.
                                       Attorney for Debtors