LAW OFFICE OF NATHAN R. ZELTZER,               ECF-filed on: 5/22/2013
Nathan R. Zeltzer, Esq., NV SBN 5173
12 W. Taylor St.
Reno, Nevada 89509
nrzbk@yahoo.com
(775) 329-6400

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

* * *

IN RE:                                          Case No.: BK-13-50194-btb
                                                Chapter 12
PATRICK MCCAULEY,
dba GC LIVESTOCK, LLC
PATRICIA MCCAULEY,
                                                Date: 6/21/2013
                                                Time: 11:00 A.M.
Debtor(s).
_____/

## CERTIFICATE OF SERVICE

    1. On May 22, 2013, I served the following document(s): NOTICE OF HEARING & FIRST AND FINAL APPLICATION FOR FEES AND COSTS.
    2. I served the Above-named document(s) by the following means to the persons as listed below:
    _x_ a. ECF System:
        Jan Johnson
        ch12@jpj13trustee.com
        Brooks Bauer LLP
        jsallade@brooksbauer.com
        Maupin,Cox & LeGoy
        cjaime@mclrenolaw.com
    _x_ b. United States Mail, postage fully prepaid:
        See attached list:
    ___ c. Personal Service: I personally delivered the document(s) to the persons at these addresses:
    ___ d. By direct e-mail(as opposed to through the ECF System)
    ___ e. By fax transmission
    ___ f. By messenger
I declare under penalty of perjury that the foregoing is true and correct.

Signed on: May 22, 2013                         /s/Nathan Zeltzer
                                                Nathan Zeltzer, Declarant

1

1. DAMBACHER TRUST
   19755 PINE ST.
2. SONORA, CA 95370

3. INTERNAL REVENUE SERVICE
   P.O. BOX 7346
4. PHILADELPHIA, PA 19101-7346

5. JOHN BENNER & MARY ALICE SANDSTROM
   P.O. BOX 418
6. CEDARVILLE, CA 96104

7. MODOC COUNTY TAX ASSESSOR
   204 S Court St # 106,
8. Alturas, CA 96101

9. PATRICK & PATRICIA MCCAULEY
   P.O. BOX 631
10. EUREKA, NV 89316

11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

2