1

John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Plaintiff, Roger Pierre Baylocq

E-filed:  December 4, 2013

2

3

4

5

6

7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

8

In re:

9

CASE NO.: BK-N-10-51372-gwz

ROGER PIERRE BAYLOCQ,

10

Chapter 11

11

Debtor.

Adversary Case No:  13-05052-gwz

12

13

_____/

NOTICE OF ENTRY
OF CLERK'S DEFAULTS

ROGER PIERRE BAYLOCQ,

14

No Hearing Required

15

Plaintiff,

16

v.

17

WELLS FARGO, N.A.;

18

DIRECTOR OF THE FIRM FOUNDATION,

19

A Church Corporation File With The Washington
Secretary of State, As Trustee Of The Harvest

20

Time Foundation And As Trustee Of The Aspen

21

Valley Christian Foundation; and B & C
BUILDER'S SUPPLY CO., INC., A Nevada

22

Corporation,

23

Defendant.

24

_____/

25

PLEASE TAKE NOTICE that on October 8, 2013, an ENTRY OF DEFAULTS (Dockets 19

26

27

/ / /

28

1

/ / / and 20) were entered by the Court Clerk in this Court's docket.  Copies of the same are attached hereto.

Dated: December 4, 2013.

WHITE LAW CHARTERED

by: _____
    John White, Esq.
    Attorney for the Debtor

2

1

CERTIFICATE OF SERVICE

2

3    I hereby certify under penalty and pain of perjury that I am an employee of White Law

Chartered and that on the date shown below, I served a true and correct copy of the following

4    document(s): NOTICE OF ENTRY OF CLERK'S DEFAULTS, in the following manner:

5

6    _x_    a. Via the Court's ECF System to:

7    CHRISTOPHER D JAIME on behalf of Defendant DIRECTOR OF THE FIRM

FOUNDATION and on behalf of Defendant Harvest Time Foundation

8    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

9

10    JOHN WHITE on behalf of Plaintiff ROGER PIERRE BAYLOCQ

bankruptcy@whitelawchartered.com, john@whitelawchartered.com;

11    tonet@whitelawchartered.com;nicole@whitelawchartered.com

12

13    _x_    2. By depositing a copy of the same in the United States Postal Office, Reno , Nevada,

14    addressed  to the parties described below:

15        1.    Wells Fargo Bank, N.A.
            BDD Bankruptcy Department
16            MAC S4101-08C
            100 W. Washington St.
17            Phoenix, AZ 85003

18        2.    Wells Fargo Bank, N.A.
19            P.O.Box 14469 MAC X2303-01M
            Des Moines, IA 50306-9655
20

21        3.    B & C Builders Supply Co., Inc.
            Attention:  Douglas Fermoile, Esq.
22            Commercial Resident Agent
            P.O. Box 3197
23            Reno, NV 89505

24
    I declare under penalty and perjury that the foregoing is true and correct.
25

    Dated: December 4, 2013
26

                            /s/ Nicole M Ernst
27                            Nicole M Ernst

28

3

B 260
(1/96)

# United States Bankruptcy Court

NORTHERN _____ District Of ___NEVADA_____

In re __ROGER PIERRE BAYLOCQ_____,    )
                   Debtor    )    Case No. __10-51372-GWZ___
**Entered on Docket**    )
**October 08, 2013**    )    Chapter ___11_____
      __ROGER PIERRE BAYLOCQ_____,    )
            Plaintiff    )
                    )
            v.    )
    __WELLS FARGO BANK, N.A._____,    )    Adv. Proc. No. __13-5052-GWZ__
            Defendant    )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
| --- |
| WELLS FARGO BANK, N.A. |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

MARY A. SCHOTT, CLERK
_____
*Clerk of the Bankruptcy Court*

__10/8/13_____
*Date*

By:_____
*Deputy Clerk*

RECEIVED AND FILED
2013 OCT 8 AM 10 55
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# United States Bankruptcy Court

NORTHERN _____ District Of __ NEVADA _____

In re ROGER PIERRE BAYLOCQ _____ ,      )
             Debtor      )      Case No. __ 10-51372-GWZ __

**Entered on Docket**      )
**October 08, 2013**      )      Chapter ____ 11 _____
ROGER PIERRE BAYLOCQ _____ ,      )
             Plaintiff      )
                   )
             v.      )
B&C BUILDER'S SUPPLY CO.,INC. ___ ,      )      Adv. Proc. No. __ 13-5052-GWZ __
             Defendant      )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
>
>    B&C BUILDER'S SUPPLY CO., INC.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

**MARY A. SCHOTT, CLERK**

_____
*Clerk of the Bankruptcy Court*

___ 10/8/13 ___
*Date*

By: _____
*Deputy Clerk*