ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email: mail@asmithlaw.com*

*ELECTRONICALLY FILED*
*May 10, 2011*

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

In Re:

INTEGRATED FINANCIAL
ASSOCIATES, INC., a Nevada
Corporation

      Debtor.
_____/

INTEGRATED FINANCIAL
ASSOCIATES, INC., a Nevada
Corporation,

      Plaintiff,

      vs.

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
MARSHALL BANK, N.A., THE
MARSHALL GROUP, INC.,
MARSHALL FINANCIAL GROUP,
LLC, MARSHALL BANKFIRST
CORPORATION and MB-BONA, LLC,

      Defendant.
_____/

Case No. BK-11-13537-BAM

Chapter 11

Adv. No.:_____

**<u>VERIFIED COMPLAINT FOR
INJUNCTIVE RELIEF</u>**

      COMES NOW Plaintiff, INTEGRATED FINANCIAL ASSOCIATES, INC., a

Nevada corporation (hereinafter "IFA"), by and through its counsel, Alan R. Smith, Esq., of

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Adv\Complaint FDIC 050511-dlg.wpd

1  the Law Offices of Alan R. Smith, and for its complaint against Defendant, FEDERAL

2  DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MARSHALL BANK,

3  N.A., THE MARSHALL GROUP, INC., MARSHALL FINANCIAL GROUP, LLC,

4  MARSHALL BANKFIRST CORPORATION and MB-BONA, LLC, avers as follows:

5  **PARTIES, JURISDICTION AND VENUE**

6      1.      This case presents claims that are related to a proceeding that is pending under

7  Title 11 U.S.C., and therefore, this Court has jurisdiction of this matter pursuant to the

8  provisions of 28 U.S.C. §1334.

9      2.      This adversary proceeding concerns seeking an injunction against FEDERAL

10  DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MARSHALL BANK,

11  N.A., THE MARSHALL GROUP, INC., MARSHALL FINANCIAL GROUP, LLC,

12  MARSHALL BANKFIRST CORPORATION and MB-BONA, LLC, from proceeding in an

13  action entitled *Integrated Financial Associates, Inc. v. Marshall Bank, N.A., et al.*, Case No.

14  RIC532644EDCV 10-00209-AG (Opx), further described herein.

15      3.      This Court is the proper venue for this case under the provisions of 28 U.S.C.

16  §1409(a).

17      4.      Plaintiff, IFA, is a corporation organized and existing under the laws of the

18  State of Nevada.

19      5.      Defendant, FEDERAL DEPOSIT INSURANCE CORPORATION AS

20  RECEIVER FOR MARSHALL BANK, N.A., is an entity that is organized and controlled

21  by the United States federal government (hereinafter "FDIC").

22      6.      Defendant THE MARSHALL GROUP, INC., is a corporation organized under

23  the laws of Minnesota.

24      7.      Defendant MARSHALL FINANCIAL GROUP, LLC, is a limited liability

25  company organized under the laws of Delaware.

26      8.      Defendant MARSHALL BANKFIRST CORPORATION is a Minnesota

27  banking corporation.

28      9.      Defendant MB-BONA, LLC is a limited liability company organized under the

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Adv\Complaint FDIC 050511-dlg.wpd          - 2 -

1   laws of Minnesota.

2       10.    The FDIC, MARSHALL BANK, N.A., THE MARSHALL GROUP, INC.,

3   MARSHALL FINANCIAL GROUP, LLC, MARSHALL BANKFIRST CORPORATION

4   and MB-BONA, LLC, are collectively hereinafter referred to as the "Marshall Entities."

5                          **GENERAL ALLEGATIONS**

6       11.    IFA is a Plaintiff in an action entitled *Integrated Financial Associates, Inc. v.*

7   *Marshall Bank, N.A., et al.*, Case No. RIC532644EDCV 10-00209-AG (Opx), (the "Federal

8   Court Case"). The matter is pending in United States District Court, Central District of

9   California, (Eastern Division - Riverside).

10      12.    IFA was previously represented by Robert K. Sall, Esq., of The Sall Law Firm

11  in connection with the Federal Court Case.

12      13.    On April 11, 2011, the Court granted Robert K. Sall, Esq.'s motion to

13  withdraw as counsel for IFA. IFA currently has no counsel in the Federal Court Case.

14      14.    On March 14, 2011, IFA filed its Chapter 11 petition commencing the above-

15  captioned case.

16      15.    Depositions in the Federal Court Case have been scheduled by the Marshall

17  Entities for April 25th, 26th, 27th, 28th, 29th, May 2nd and 3rd, hereinafter collectively referred

18  to as "Discovery." The depositions are of persons who are beneficiaries on various loans

19  where IFA is either a participant or loan source or both.

20      16.    IFA is the plaintiff in several other state court actions, and is determining the

21  manner in which it will proceed in the various state court actions. In the subject Federal

22  Court Case, IFA currently has no counsel, and is deciding whether to proceed with the

23  action.

24      17.    IFA has been advised that Marshall Entities is contemplating a counterclaim

25  against IFA and is concerned that the Discovery intended to be conducted by Marshall

26  Entities is in furtherance of a potential counterclaim against IFA. IFA has advised Marshall

27  Entities that it believes that the Discovery to be conducted in furtherance of a potential

28  counterclaim against IFA is barred by the automatic stay. 11 U.S.C. §362. Marshall Entities

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Adv\Complaint FDIC 050511-dlg.wpd            - 3 -

1    denies that the Discovery is in furtherance of a potential counterclaim against IFA.

2        18.    IFA has attempted to reach a consensual agreement with Marshall Entities for

3    a stay of further proceedings in the matter until IFA can decide whether or not it wishes to

4    proceed with the Federal Court Case.  If IFA decides to continue the Federal Court Case,

5    IFA needs time to seek new counsel and employ new counsel in this bankruptcy case.  The

6    parties have been unable to reach a consensual agreement to stay the Federal Court Case and

7    Marshall Entities has indicated that it intends to proceed with the Discovery.  If the

8    deponents do not appear at the deposition, it is likely that Marshall Entities will file a motion

9    to compel in the Federal Court Case, may reschedule depositions, and may seek sanctions.

10                    **FIRST CLAIM FOR RELIEF**

11                    **(Violation of the Automatic Stay)**

12        19.    IFA hereby repeats and reavers paragraphs 1 through 18 above, and

13    incorporates the same as though set forth in their entirety.

14        20.    The actions of Marshall Entities are in violation of the automatic stay in that

15    Marshall Entities is gathering information to assert a counterclaim against IFA, and has taken

16    advantage of the fact that IFA does not yet have counsel in the Federal Court Case.

17        21.    Marshall Entities has been advised of the bankruptcy case and the effect of the

18    automatic stay, but nevertheless has indicated it will continue to pursue the Discovery,

19    specifically including the above-referenced depositions.

20        WHEREFORE, IFA prays for relief as hereinafter set forth.

21                    **SECOND CLAIM FOR RELIEF**

22                    **(Injunction)**

23        22.    IFA hereby repeats and reavers paragraphs 1 through 21 above, and

24    incorporates the same as though set forth in their entirety.

25        23.    In the event Marshall Entities continues with the Discovery, IFA is informed

26    and believes that the Discovery will be in furtherance of claim that Marshall Entities intends

27    to assert against IFA.  In the event Discovery continues, IFA will be irreparably harmed

28    because it currently has no counsel representing it in connection with the proposed

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Adv\Complaint FDIC 050511-dlg.wpd            - 4 -

1    depositions.

2        24.    Even if the Discovery is not in violation of the automatic stay, IFA seeks

3    injunctive relief pursuant to Section 105 of the Bankruptcy Code to give it time to evaluate

4    the Federal Court Case, and determine whether to pursue it.  If IFA elects to proceed, it can

5    then employ counsel, seek employment of counsel in the bankruptcy case, and the Discovery

6    process can proceed accordingly.  If IFA elects not to proceed, then there is no need for the

7    proposed Discovery contemplated by Marshall Entities.

8        WHEREFORE, IFA prays for relief as follows:

9        (1)    With respect to the First Claim For Relief, for an order that the proposed

10           Discovery be stayed as in violation of the automatic stay of 11 U.S.C. §362.

11       (2)    With respect to the Second Claim For Relief, an order enjoining Marshall

12           Entities from proceeding with further discovery until this matter can be

13           brought before the Bankruptcy Court.

14       (3)    For such other and further relief as the Court shall deem just and proper.

15       DATED this 5th day of May, 2011.

16           LAW OFFICES OF ALAN R. SMITH

17           */s/ Alan R. Smith*

18           By:_____

19              ALAN R. SMITH, ESQ.
                Attorney for Debtor/Plaintiff

20

21

22

23

24

25

26

27

28

<u>**VERIFICATION**</u>

STATE OF NEVADA     )
                                    ) ss.
COUNTY OF CLARK    )

The undersigned hereby certifies under penalty of perjury that:

That I, William Dyer, am the President of INTEGRATED FINANCIAL ASSOCIATES, INC., Nevada corporation, which is the Plaintiff/Debtor in the foregoing adversary proceeding, and is authorized to make this verification on behalf of the Plaintiff/Debtor; that he has personal knowledge of the facts contained in the Verified Complaint and is competent to testify in a court of law as to those facts; that he has read the foregoing complaint and knows the contents thereof, that the same is true to the best of his knowledge, except as to those matters stated upon information and belief, and as to those matters, he believes them to be true.

**DATED** this 5th day of May, 2011.

_____
WILLIAM DYER, President

SUBSCRIBED and SWORN to before me this 5th day of May, 2011.

_____
NOTARY PUBLIC

MARY LISA WILLIAMS
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 3-3-15
Certificate No: 06-109453-1

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Adv\Complaint FDIC 050511-dlg.wpd