

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 01, 2013
_____

Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Pkwy.
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Secured Creditor
Milton M. Dambacher, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: BK-13-50194-btb<br>(Chapter 12) |
| PATRICK MCCAULEY,<br>dba GC LIVESTOCK, LLC;<br>PATRICIA MCCAULEY, | **ORDER APPROVING STIPULATION FOR EXTENSION TO RESPOND TO CHAPTER 12 PLAN, VALUATION MOTION, MOTION TO ESTIMATE DAMBACHER CLAIM, AND MOTION TO CONFIRM/SUPPLEMENT TO DEBTORS' VALUATION MOTION** |
| Debtors.<br>_____/ | (No Hearing Required) |

The Court has reviewed and considered the *Stipulation For Extension To Respond to Chapter 12 Plan, Valuation Motion, Motion to Estimate Dambacher Claim, and Motion to*

1

*Confirm/Supplement to Debtors' Valuation Motion* ("Stipulation") by and between secured creditor Milton M. Dambacher, Trustee of the Dambacher 1987 Family Trust ("Dambacher"), and Patrick McCauley and Patricia McCauley ("Debtors"), by and through their respective counsel. Good cause appearing, IT IS HEREBY ORDERED:

1. The Stipulation is in all respects APPROVED.

2. The extension to and including Friday, July 5, 2013, provided for in the Stipulation is incorporated herein by this reference and as incorporated is GRANTED.

**SUBMITTED BY:**
MAUPIN, COX & LeGOY

By:  */s/ Christopher D. Jaime*
     Christopher D. Jaime, Esq.
     Attorneys for Dambacher

**APPROVED:**
WHITE LAW CHARTERED

By:  */s/ John White*
     John White, Esq.
     Attorneys for Debtors

# # #

2