ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*May 19, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

In Re:

INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada Corporation

Debtor.

_____/

Case No. BK-11-13537-BAM
Chapter 11

**EX PARTE MOTION TO RECONSIDER ORDER APPROVING APPOINTMENT OF ATTORNEY**

(No Hearing Required)

COMES NOW, Alan R. Smith, Esq., attorney for the Debtor, INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation, and moves this Court to reconsider its decision to bar John J. Gezelin, Esq., from performing work for the Debtor in this matter. This Motion is based upon F.R.Bankr.P. 9024, the Points and Authorities attached hereto, the attached Declaration of John J. Gezelin, and all the papers and pleadings filed herein.

**BACKGROUND**

On April 26, 2011, a hearing was held before this Honorable Court to consider the INTEGRATED FINANCIAL ASSOCIATES, INC.'s Application to Employ Attorney for Debtor Nunc Pro Tunc. In the Application of the Law Offices of Alan R. Smith, it was disclosed that a contract attorney used by Debtor's counsel is John J. Gezelin, Esq. Mr.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Employ\Mot Reconsider 051911-dlg.wpd

1 Gezelin is the uncle of Paul Kinne, who is married to Kristine Kinne, the Bankruptcy Analyst
2 for the U.S. Trustee's office in this matter. Counsel for the Debtor, Alan R. Smith, Esq.,
3 respectfully requests that this Court reconsider its ruling which bars Mr. Gezelin from
4 working on this matter.

5 **POINTS AND AUTHORITIES**

6 Under F.R.Bankr.P. 9024, "Relief from an order can be granted for a clerical mistake
7 or for mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, fraud,
8 misrepresentation, misconduct, where the order is void or has been satisfied, released, or
9 discharged or is no longer equitable, for any other reason justifying relief from the order."
10 *See*, *Crofford v. Conseco Financial Service Corporation*, (*In re Crofford*) 277 B.R. 109, 113
11 (8th Cir. BAP 2002).

12 Here, the Debtor was surprised by this Court's decision to bar Mr. Gezelin from
13 working on this matter and did not fully explain Mr. Gezelin's connection with Kristine
14 Kinne. As the attached Declaration of John J. Gezelin indicates, he has limited contact with
15 Ms. Kinne. There is a generational difference between Paul Kinne, Mr. Gezelin's nephew,
16 and his wife Kristine Kinne. As Mr. Gezelin's Declaration further indicates, there is no
17 regular contact or communication between Ms. Kinne and that the only in person contact
18 with Ms. Kinne occurs at family holiday gatherings or at formal initial debtor interviews in
19 which Mr. Gezelin and Ms. Kinne participate. As the Declaration of Mr. Gezelin further
20 states that there has never been any discussion of any case with Ms. Kinne in an informal
21 setting or outside of any initial debtor interview or a request by Ms. Kinne regarding any
22 pending matter. The Debtor believes that these facts, may have impact upon the Court's
23 decision.
24 ///
25 ///
26 ///
27 ///
28 ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Employ\Mot Reconsider 051911-dlg.wpd    - 2 -

1   It is submitted to this Court that this additional evidence is sufficient to allow this
2   Court to reconsider its Motion barring Mr. Gezelin from working on this matter.
3   **DATED** this 19th day of May, 2011.

                                    LAW OFFICES OF ALAN R. SMITH

                                    By:     */s/ Alan R. Smith*
                                        ALAN R. SMITH, ESQ.
                                        Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Employ\Mot Reconsider 051911-dlg.wpd      - 3 -