LAW OFFICE OF NATHAN R. ZELTZER
Nathan R. Zeltzer, Esq,  SBN 5173
333 Marsh Avenue, Suite 1A
Reno, Nevada 89509
(775) 324-7600

ECF filed: 7/5/2013

Former Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In Re:

PATRICK MCCAULEY,
PATRICIA MCCAULEY,

          Debtors,
_____/

Case No. BK-N-13-50194btb
(Chapter 12)

**NOTICE OF ENTRY OF ORDER**

     PLEASE TAKE NOTICE that on June 24, 2013 the above-entitled Court entered an ORDER.  A copy of this Order is attached hereto.

DATED this 5th day of July, 2013

/s/ Nathan R. Zeltzer
Nathan R. Zeltzer, Esq.
Former Attorney for Debtors