_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**June 24, 2013**
_____

Law Office of Nathan R. Zeltzer
Nathan R. Zeltzer, Esq., SBN 5173
12 W. Taylor St.
Reno, Nevada 89509
(775) 786-9993

Former attorney for Debtor/Applicant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

PATRICK J. MCCAULEY,
PATRICIA L. MCCAULEY,

Debtors,
_____/

Case No. BK-N-13-50194btb
(Chapter 12)

**ORDER APPROVING APPLICATION FOR FEES AND EXPENSES**

Date: June 21, 2013
Hearing Time: 1:30 P.M.

THIS MATTER having come before the Court on motion of the Applicant, Debtor's former counsel Nathan R. Zeltzer, for approval of attorney fees as an administrative expense, Applicant appearing before the Court on his own behalf in this matter, no other appearances being made and no opposition being filed in this matter; the Court having reviewed the matters before it and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application is granted and that Debtors' had previously paid Applicant $1,000.00 upon retaining Applicant, and additional fees in the amount of $3,809.50 for

1

work completed between January 30, 2013, and May 22, 2013 is hereby approved. Applicant is awarded these fees as an administrative expense in this case.

Submitted by:

/s/ Nathan R. Zeltzer
Nathan R. Zeltzer, Esq.
Applicant

###

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The Court waived the requirements of Local Rule 9021.

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared or have an interest in the hearing regarding this matter and/or who filed a written objection and each has:

        \_\_\_\_ approved the form of this order as indicated above;

        \_\_\_\_ waived the right to review the order; and/or

        \_\_\_\_ failed to file and serve papers in accordance with L.R. 9021(c).

        \_\_\_\_ failed to respond to the proposed Order Granting Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate.

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

     X    No opposition was filed to the motion, and no other party or counsel appeared at the hearing.

Dated this 24th day of June, 2013

                                              /S/NATHAN R. ZELTZER
                                              Nathan R. Zeltzer, Esq.
                                              Former Attorney for Debtors