| | |
|---|---|
| LAW OFFICE OF NATHAN R. ZELTZER,<br>Nathan R. Zeltzer, Esq., NV SBN 5173<br>12 W. Taylor St.<br>Reno, Nevada 89509<br>nrzbk@yahoo.com<br>(775) 329-6400<br><br>Former Attorney for Debtors | ECF-filed on: 7/5/2013 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>PATRICK MCCAULEY,<br>dba GC LIVESTOCK, LLC<br>PATRICIA MCCAULEY,<br><br><br>Debtor(s).<br>_____/ | Case No.: BK-13-50194-btb<br>Chapter 12 |

### CERTIFICATE OF SERVICE

    1. On July 5, 2013, I served the following document(s): NOTICE OF ENTRY OF ORDER.

    2. I served the Above-named document(s) by the following means to the persons as listed below:

    _x_ a. ECF System:
        Jan Johnson
        ch12@jpj13trustee.com
        Brooks Bauer LLP
        jsallade@brooksbauer.com
        Maupin, Cox & LeGoy
        cjaime@mclrenolaw.com
        John White, Esq.
        john@johnwhitelawchartered.com

    __ b. United States Mail, postage fully prepaid:
        PATRICK & PATRICIA MCCAULEY
        P.O. BOX 631
        EUREKA, NV 89316

    __ c. Personal Service: I personally delivered the document(s) to the persons at these addresses:

    ___ d. By direct e-mail (as opposed to through the ECF System)
    ___ e. By fax transmission
    ___ f. By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 5, 2013                 /s/Nathan Zeltzer
                                                    Nathan Zeltzer, Declarant