Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 08, 2013

Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Secured Creditor
Milton M. Dambacher

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

PATRICK MCCAULEY,
dba GC LIVESTOCK, LLC;
dba GC LIVESTOCK, LLC;
PATRICIA MCCAULEY,

     Debtors.
_____/

Case No: BK-13-50194-btb
(Chapter 12)

**ORDER GRANTING EX PARTE APPLICATION PURSUANT TO LOCAL RULE 9014(e) FOR LEAVE TO FILE OMNIBUS OBJECTION AND OPPOSITION IN EXCESS OF PAGE LIMIT**

Hearing Date: July 16, 2013
Hearing Time: 3:00 p.m.

  The Court having reviewed and considered the *Ex Parte Application Pursuant to Local Rule 9014(e) for Leave to File Omnibus Objection and Opposition in Excess of Page Limit* (the "Ex Parte Application") filed by Milton M. Dambacher, Trustee, Dambacher 1987 Family Trust, and good

1

cause appearing;

IT IS HEREBY ORDERED that the Ex Parte Application is granted to expand the page limit from 20 pages to not in excess of 35 pages within which to file the *Omnibus Objection and Opposition by Milton M. Dambacher, Trustee, to Chapter 12 Plan, Valuation Motion, Motion Estimate Dambacher Claim, and Motion to Confirm; Supplement to Debtor's Valuation Motion.*

Submitted by:

MAUPIN, COX & LeGOY

By: /s/ Christopher D. Jaime
   Christopher D. Jaime, Esq.
   Attorneys for Dambacher

# # #