John White, Esq., Bar #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Joint Debtors

E-filed: July 10, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

PATRICK AND PATRICIA McCAULEY,

Joint Debtors.

_____/

Chapter 12

CASE NO: BK-N-13-50194-btb

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2013, I served a true and correct copy of the following documents,

**a. Debtors' Reply to the Benner/Sandstrom Opposition to the Chapter 12 Plan (Doc. 52, attaching Doc. 52-1); and,**

**b. Declaration of Debtor, Pat McCauley In Support of Debtor's Reply to the Benner/Sandstrom Opposition to the Chapter 12 Plan (Doc. 53),**

in the following manner:

X  Via the Court's ECF System, to:

Michael R. Brooks on behalf of Creditor John J. Benner and Mary Alice Sandstrom, General Partnership jsallade@brooksbauer.com

Christopher D. Jaime on behalf of Creditor Milton Dambacher cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

Jan P. Johnson  ch12@jph13trustee.com

John White  Bankruptcy@whitelawchartered.com, john@whitelawchartered.com

Nathan R. Zeltzer nrzbk@yahoo.com; nrzbk@gmail.com

1

1 | _____By placing an true copy thereof in a sealed envelope placed for collection and mailing in the
2 | United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices,
3 | addressed as follows:  **N/A**

4

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 10, 2013.

                                                _/s/ John White_
                                                Declarant, John White
                                                Employee, White Law Chartered