District of Nevada
Case no. BK-13-50194-btb
Chapter 12

In Re: GC Livestock LLC
Patrick + Patricia McCauley       Monthly Operating Report
Month Ending: Feb, 2013   Debtor
                                  Petition Date: Jan. 31, 2013

| | Amount | Amount | Net Income |
|---|---|---|---|
| **Ranch Income** | | | |
| Freight | $1528.00 | | |
| Livestock Sales | 800.00 | | |
| Sub-total | $2328.00 | | |
| | | | |
| **Ranch Expenses** | | | |
| Repairs | | $130.00 | |
| Supplies | | 48.14 | |
| Fuel | | 602.81 | |
| Business Travel | | 308.54 | |
| Office Supplies | | 64.97 | |
| Postage | | 17.88 | |
| Sub-total | | $1172.34 | |
| | | | |
| Net Amount | | | $1155.66 |

*Patricia McCauley* (signature)

District of Nevada
Case No. BK-13-50194-btb
Chapter 12

In Re: Patrick & Patricia McCaulley, Debtor

Monthly Operating Report

Month Ending: February, 2013
Petition Date: January 31, 20__

| | Amount | Amount | Net Amount |
|---|---|---|---|
| Personal Income | -0- | | |
| | | | |
| Personal Expenses | | | |
| Meals | | $ 207.74 | |
| Insurance | | 179.00 | |
| Telephone | | 330.16 | |
| Fuel | | 140.00 | |
| Total | | $ 856.90 | |
| | | | |
| Net Amount | | | $ -856.90 |

*Patricia McCaulley* (signature)