District of Nevada
Case No. BK-13-50194-btb
Chapter 12

In Re: GC Livestock LLC
Patrick + Patricia McCauley
Month Ending: April, 2013 Debtor

Monthly Operating Report
Petition Date: January 31, 2013

| | Amount | Amount | Net Amount |
|---|---|---|---|
| Ranch Income | | | |
| Livestock Sales | $2000.00 | | |
| Equipment Sales | | | |
|   Draft Rake | 1500.00 | | |
|   Rock Picker | 4300.00 | | |
| Refund | 70.00 | | |
| Sub-total | $7870.00 | | |
| | | | |
| Ranch Expenses | | | |
| Fuel | | $751.51 | |
| Repairs | | 241.11 | |
| Business Travel | | 276.85 | |
| Service Charge | | 502.00 | |
| Office Supplies | | 15.00 | |
| My Fax | | 20.00 | |
| Sub-total | | $1806.47 | |
| Net Amount | | | $6063.53 |

*Patricia McCauley* (signature)

District of Nevada
Case no. BK-13-50194-btb
Chapter 12

In Re: Patrick & Patricia McCauley, Debtor

Monthly Operating Report

Month Ending: April, 2013

Petition Date: January 31, 2013

| | Amount | Amount | Net Amount |
|---|---|---|---|
| Personal Income | -0- | | |
| Personal Expenses | | | |
| Fuel | | $ 460.92 | |
| Groceries | | 815.00 | |
| Insurance | | 100.00 | |
| Total | | $ 1375.92 | |
| Net Amount | | | $ -1375.92 |

Patricia McCauley