District of Nevada
Case No. BK-13-50194-btb
Chapter 12

| In Re: GC Livestock LLC Patrick & Patricia McAuley Month Ending: May, 2013 Debtor | | Monthly Operating Reports Petition Date: January 31, 2013 | |
|---|---|---|---|
| | Amount | Amount | Net Amount |
| Ranch Income | | | |
| Equipment Sale Land Plan | $300000 | | |
| | | | |
| Ranch Expenses | | | |
| Fuel | | $1333.67 | |
| Repairs | | 885.02 | |
| Office Supplies | | 68.20 | |
| My Fax | | 10.00 | |
| Vet | | 265.00 | |
| Business Travel | | 318.63 | |
| D.M.V. License | | 108.33 | |
| Storall | | 61.60 | |
| Custom Work | | 2000.00 | |
| Overdraft Fees | | 165.00 | |
| sub-total | | $5963.85 | |
| Net Amount | | | $-2963.85 |

Patricia McAuley

District of Nevada
Case No. BK-13-50194-btb
Chapter 12

In Re: Patricia & Patrick McCauley, Debtor

Monthly Operating Report

Month Ending: May, 2013

Petition Date: January 31, 2013

| | Amount | Amount | Net Amount |
|---|---|---|---|
| Personal Income | | | |
| Rent | $6400.00 | | |
| | | | |
| Personal Expenses | | | |
| Fuel | | $600.00 | |
| Electric | | 286.40 | |
| Attorney | | 3000.00 | |
| Telephone | | 585.73 | |
| Insurance | | 204.00 | |
| Meals | | 532.99 | |
| Sub-total | | $5209.12 | |
| Net Amount | | | $1,190.88 |

Patricia McCauley