E-filed on **June 14, 2011**

**ALAN R. SMITH, ESQ.**
Name

**SBN 1449**
Bar Code #

**505 RIDGE STREET**
**RENO, NV 89501-1719**
Address

**(775) 786-4579**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   INTEGRATED FINANCIAL ASSOCIATES,
         INC.

Case #    **11-13537**
Chapter   **11**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

### Amendment(s) to the following are transmitted herewith. Check all that apply.

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

(X)   Summary of Schedules

( )   Schedule A - Real Property

(X)   Schedule B - Personal Property

( )   Schedule C - Property Claimed as Exempt

(X)   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (X)   Add/delete creditor(s), change amount or classification of debt **$26.00 fee required**

    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

(X)   Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )   Schedule H - Codebtors

( )   Schedule I - Current Income of Individual Debtor(s)

( )   Schedule J - Current Expenditures of Individual Debtor(s)

(X)   Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/ William Dyer

**William Dyer**
**Debtor's Signature**
**Date:**   June 14, 2011

(Revised 4/19/04)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**

Debtor(s)

Case No.   **11-13537**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **VESTIN REALTY MORTGAGE 8379 W SUNSET ROAD LAS VEGAS, NV 89113** | **VESTIN REALTY MORTGAGE 8379 W SUNSET ROAD LAS VEGAS, NV 89113** | **JUDGMENT CREDITOR** | **Contingent Unliquidated Disputed** | 5,150,000.00 |
| **STANLEY PAHER 1997 LIVING TRUST 4135 BADGER CIRCLE RENO, NV 89509** | **STANLEY PAHER 1997 LIVING TRUST 4135 BADGER CIRCLE RENO, NV 89509** | **NOTES PAYABLE 3/3/11** | | 2,916,186.37 |
| **EDWARD ERGANIAN IVESTMENT LLP 2715 S TENAYA WAY LAS VEGAS, NV 89117** | **EDWARD ERGANIAN IVESTMENT LLP 2715 S TENAYA WAY LAS VEGAS, NV 89117** | **NOTES PAYABLE 3/3/11** | | 2,750,000.00 |
| **ROBERT & DONNA MCDONALD FAMILY TRUST 9605 RUNAWAY COURT LAS VEGAS, NV 89117** | **ROBERT & DONNA MCDONALD FAMILY TRUST 9605 RUNAWAY COURT LAS VEGAS, NV 89117** | **NOTES PAYABLE 3/3/11** | | 1,713,532.17 |
| **JJC LIVING TRUST 13405 EL CAMINO REAL ATASCADERO, CA 93422** | **JJC LIVING TRUST 13405 EL CAMINO REAL ATASCADERO, CA 93422** | **NOTES PAYABLE 3/3/11** | | 1,072,046.89 |
| **KEVIN DONAHOE SEP PROP TR 192 BARTIZAN DRIVE LAS VEGAS, NV 89138** | **KEVIN DONAHOE SEP PROP TR 192 BARTIZAN DRIVE LAS VEGAS, NV 89138** | **NOTES PAYABLE 3/3/11** | | 1,024,938.99 |
| **MUSTAPHA ASSI REV TRUST 3281 S HIGHLAND DR. #813 LAS VEGAS, NV 89109** | **MUSTAPHA ASSI REV TRUST 3281 S HIGHLAND DR. #813 LAS VEGAS, NV 89109** | **NOTES PAYABLE 3/3/11** | | 759,235.31 |
| **LARRY CARTER REVOCABLE TRUST 22 INNISBROOK AVE LAS VEGAS, NV 89113** | **LARRY CARTER REVOCABLE TRUST 22 INNISBROOK AVE LAS VEGAS, NV 89113** | **NOTES PAYABLE 3/3/11** | | 740,509.15 |
| **KEN & JOY FLEMING LIVING TRUST 1841 NEWPORT BAY DRIVE LAS VEGAS, NV 89117** | **KEN & JOY FLEMING LIVING TRUST 1841 NEWPORT BAY DRIVE LAS VEGAS, NV 89117** | **NOTES PAYABLE 3/3/11** | | 693,666.46 |
| **ROBERT R BELLIVEAU TRUST 5850 NORTH PARL STREET LAS VEGAS, NV 89149** | **ROBERT R BELLIVEAU TRUST 5850 NORTH PARL STREET LAS VEGAS, NV 89149** | **NOTES PAYABLE 3/3/11** | | 621,157.42 |

B4 (Official Form 4) (12/07) - Cont.

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**              Case No.    **11-13537**

                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| JOHN R & VICTORIA L MYERS<br>2025 CATALINA MARIE<br>HENDERSON, NV 89074 | JOHN R & VICTORIA L MYERS<br>2025 CATALINA MARIE<br>HENDERSON, NV 89074 | NOTES PAYABLE 3/3/11 | | 544,408.52 |
| REAL ESTATE ASSET ADVISORS<br>1398 ROXBOROUGH<br>PLACENTIA, CA 92870 | REAL ESTATE ASSET ADVISORS<br>1398 ROXBOROUGH<br>PLACENTIA, CA 92870 | NOTES PAYABLE 3/3/11 | | 426,393.55 |
| RONALD MARKIN LIVING TRUST<br>2100 STRADA MIA COURT<br>LAS VEGAS, NV 89117 | RONALD MARKIN LIVING TRUST<br>2100 STRADA MIA COURT<br>LAS VEGAS, NV 89117 | NOTES PAYABLE 3/3/11 | | 407,989.98 |
| PETROLEUM PROPERTIES LLC<br>2300 W SAHARA BOX 16 1110<br>LAS VEGAS, NV 89102 | PETROLEUM PROPERTIES LLC<br>2300 W SAHARA BOX 16 1110<br>LAS VEGAS, NV 89102 | NOTES PAYABLE 3/3/11 | | 378,369.27 |
| PETE & ANGELA BECKER REV TRUST<br>34 BURNING TREE COURT<br>LAS VEGAS, NV 89113 | PETE & ANGELA BECKER REV TRUST<br>34 BURNING TREE COURT<br>LAS VEGAS, NV 89113 | NOTES PAYABLE 3/3/11 | | 344,112.98 |
| JOHN DAVID KRUGER FAM TRUST<br>1307 S COMMERCE STREET<br>LAS VEGAS, NV 89102 | JOHN DAVID KRUGER FAM TRUST<br>1307 S COMMERCE STREET<br>LAS VEGAS, NV 89102 | NOTES PAYABLE 3/3/11 | | 315,307.49 |
| 1ST REG BANK CST NEIL GLOVER<br>4053 BRYN MAWR<br>DALLAS, TX 75225 | 1ST REG BANK CST NEIL GLOVER<br>4053 BRYN MAWR<br>DALLAS, TX 75225 | NOTES PAYABLE 3/3/11 | | 241,419.88 |
| J & K SAN SALVADOR<br>5909 LINGERING BREEZE STREET<br>LAS VEGAS, NV 89148 | J & K SAN SALVADOR<br>5909 LINGERING BREEZE STREET<br>LAS VEGAS, NV 89148 | NOTES PAYABLE 3/3/11 | | 192,547.00 |
| ALOHA LUANNA HUTTON S PR TR<br>PO BOX 2115<br>PARK CITY, UT 84060 | ALOHA LUANNA HUTTON S PR TR<br>PO BOX 2115<br>PARK CITY, UT 84060 | NOTES PAYABLE 3/3/11 | | 189,185.37 |
| ANTHONY & LINDA PUSATERI F T<br>9328 FONTAINBLEU DRIVE<br>LAS VEGAS, NV 89145 | ANTHONY & LINDA PUSATERI F T<br>9328 FONTAINBLEU DRIVE<br>LAS VEGAS, NV 89145 | NOTES PAYABLE 3/3/11 | | 155,002.34 |

B4 (Official Form 4) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**

       Debtor(s)

Case No. **11-13537**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 14, 2011**     Signature **/s/ William Dyer**

                   **William Dyer**

                   **President**

*Penalty for making a false statement or concealing property* :  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**              ,      Case No.    **11-13537**

                                      Debtor

Chapter          **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,000,000.00 | | |
| B - Personal Property | Yes | 3 | 13,356,417.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,857,261.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 39,682,104.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 19,356,417.92 | | |
| Total Liabilities | | | | 44,539,366.23 | |

B6B (Official Form 6B) (12/07)

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No.    **11-13537**
                                                                                   ,
                                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CITY NATIONAL BANK - OPER ACCTS** | - | 73,055.44 |
| | | | **US BANK - PAYROLL ACCT** | - | 21,984.87 |
| | | | **BANK OF NEVADA - M.M. ACCT** | - | 1,693.61 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **SAHARA PROFESSIONAL PLAZA - SECURITY DEPOSIT, PREVIOUS LANDLORD** | - | 8,800.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 105,533.92 |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.** _____ ,    Case No. ___**11-13537**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | SEE ATTACHED | - | 1,090,118.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | SEE ATTACHED | - | 8,552,490.00 |
| 16. Accounts receivable. | | LOAN SERVICING FEES AND EXPENSES ADVANCED | - | 3,534,376.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | SEE ATTACHED | - | 58,900.00 |

Sub-Total >    13,235,884.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                        Case No.    **11-13537**
                                                                            ,
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTERS, PRINTERS, DESKS, CHAIRS, FILE CAB'S | - | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 15,000.00 |
| (Total of this page) | |
| Total > | 13,356,417.92 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re Integrated Financial Associates, Inc.                                                    Case No.  11-13537
       Debtor

**Schedule B**
**Item 21 - Other contingent and unliquidated claims**

| | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM |
|---|---|---|---|
| 1 | Integrated Financial Associates, Inc. vs. KB Home Nevada  Case No. A574976--NV District Court - Clark County | Suit for Breach of Contract, Unjust Enrichment, Fraud, Negligent Misrepresentation | VALUE UNKNOWN.  MUTIPLE CLAIMS FOR DAMAGES |
| 2 | Integrated Financial Associates, Inc. vs. Randall Blanchard, et. al. - Case No. 2:10-cv-00986-RLH-LRL--US District Court - State of NV | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $12,500,000.  IFA owns 7.267% of the claim with a total capital contribution of $908,400 |
| 3 | Integrated Financial Associates, Inc. vs. Randall Blanchard, et. al. - Case No. 2:10-cv-00992-RLH-LRL--US District Court - State of NV | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $1,175,000.  IFA owns .073% of the claim with a total capital contribution of $857 |
| 4 | Integrated Financial Associates, Inc. vs. Randall Blanchard, et. al. - Case No. 2:10-cv-00992-RLH-LRL--US District Court - State of NV | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $2,120,000.  IFA owns100% of the claim with a total capital contribution of $2,120,000 |
| 5 | Integrated Financial Associates, Inc. vs. Randall Blanchard, et. al. - Case No. 2:10-cv-00994-RLH-LRL--US District Court - State of NV | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $3,600,000.  IFA owns 13.33 of the claim with a total capital contribution of $480,000 |
| 6 | Integrated Financial Associates, Inc. vs. Randall Blanchard, et. al. - Case No.2:10-cv-00991-RLH-LRL--US District Court - State of NV | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $3,425,000.  IFA owns 86.715% of the claim with a total capital contribution of $2,970,000 |
| 7 | Integrated Financial Associates, Inc. vs. Ranco Capital et al. - Case No. A-10-617104C--NV District Court - Clark County | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $8,806,552.  IFA owns 20.72% of the claim with a total capital contribution of $1,824,834 |
| 8 | Integrated Financial Associates, Inc. vs. Ranco Capital et al. - Case No. A-10-617100C--NV District Court - Clark County | Suit for Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | VALUE UNKNOWN. Preforeclosure claim.  The toal claim is for $2,000,000.  IFA owns 76.71% of the claim with a total capital contribution of $1,534,210 |
| 9 | Integrated Financial Associates, Inc. vs. Marshall Bank, et. al. - Case No. 5:10-cv-00209-AG -OP--US District Court - Central District of CA | Suit for Wrongful Foreclosure, Negligence, Breach of Contract | VALUE UNKNOWN |
| 10 | Integrated Financial Associates, Inc. vs. Ray Gray - Case No. A583622--NV District Court - Clark County | Suit for Breach of Guaranty Suit filed on behalf of investors. | Judgment for IFA's investors for $4,795,370.  IFA owns 1.097% of the judgment |
| 11 | Integrated Financial Associates, Inc. vs. George Nicholas - Case No. A-10-615775-C--NV District Court - Clark County | Suit for Breach of Guaranty | Judgment for IFA on behalf of its investors for $1.9MM |
| 12 | Integrated Financial Associates, Inc. vs. Creative Energy - Case No. A586387--NV District Court - Clark County | Suit for Breach of Guaranty | Judgment for IFA on behalf of its investors for $1.02MM |
| 13 | Integrated Financial Associates, Inc. vs. John Thomas - Case No. 100903801--Second Judicial District Court, Weber County, Utah | Suit for Breach of Guaranty | VALUE UNKNOWN |
| 14 | Claim for oil royalties due from KP Kaufman | Evans, CO | $58,900 |

B6F (Official Form 6F) (12/07)

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.** , Case No. __11-13537__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | | J C | | | | | |
| Account No. **1222** <br><br> **1ST REG BANK CST NEIL GLOVER** <br> **4053 BRYN MAWR** <br> **DALLAS, TX 75225** | | - | | | NOTES PAYABLE 3/3/11 | | | | 241,419.88 |
| Account No. **1245** <br><br> **A. LUCERO CUST M. LUCERO** <br> **2472 MACRORY DRIVE** <br> **HENDERSON, NV 89044** | | - | | | NOTES PAYABLE 3/3/11 | | | | 19,789.88 |
| Account No. **187736047** <br><br> **ADT SECURITY SERVICES** <br> **PO BOX 371956** <br> **PITTSBURGH, PA 15250-7956** | | - | | | GOODS/SERVICES | | | | 2,023.38 |
| Account No. **1154** <br><br> **ALAN & ELSIE WINKLER REV TRUST** <br> **331 W 225 S** <br> **IVINS, UT 84738-5101** | | - | | | NOTES PAYABLE 3/3/11 | | | | 63,060.89 |
| __23__   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 326,294.03 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No. __**11-13537**__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **44022473** <br><br> **ALLIANCE TITLE & ESCROW CORP** <br> **9288 W EMERALD** <br> **SUITE 102** <br> **BOISE, ID 83704** | | - | **06/12/09** <br> **DEFAULT SERVICES** | | | | 14,975.94 |
| Account No. **1136** <br><br> **ALOHA LUANA HUTTON** <br> **PO BOX 2115** <br> **PARK CITY, UT 84060** | | - | **NOTES PAYABLE 3/3/11** | | | | 126,126.48 |
| Account No. **1207** <br><br> **ALOHA LUANNA HUTTON S PR TR** <br> **PO BOX 2115** <br> **PARK CITY, UT 84060** | | - | **NOTES PAYABLE 3/3/11** | | | | 189,185.37 |
| Account No. **1148** <br><br> **AMBER TUTTLE TRUST** <br> **6376 BOLD REGATTA COURT** <br> **LAS VEGAS, NV 89139** | | - | **NOTES PAYABLE 3/3/11** | | | | 31,664.14 |
| Account No. **IFA** <br><br> **ANNETTE PARKER** <br> **INNISBROOK AVE** <br> **LAS VEGAS, NV 89113** | | - | **02/15/11** <br> **SETTLEMENT AGREEMENT** | | | | 67,969.00 |

Sheet no. __**1**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     429,920.93

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.** ,        Case No.    **11-13537**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1219** <br><br> **ANTHONY & LINDA PUSATERI** <br> **9328 FONTAINBLEU DRIVE** <br> **LAS VEGAS, NV 89145** | - | | | NOTES PAYABLE 3/3/11 | | | | 126,670.22 |
| Account No. **1124** <br><br> **ANTHONY & LINDA PUSATERI F T** <br> **9328 FONTAINBLEU DRIVE** <br> **LAS VEGAS, NV 89145** | - | | | NOTES PAYABLE 3/3/11 | | | | 155,002.34 |
| Account No. **1147** <br><br> **AUSTIN M BURKE** <br> **5810 S BRONCO STREET** <br> **LAS VEGAS, NV 89118** | - | | | NOTES PAYABLE 3/3/11 | | | | 16,906.76 |
| Account No. **1014** <br><br> **BARBARA E STOUT SEP PROP TRUST** <br> **1450 SAN JUAN HILLS** <br> **#104** <br> **LAS VEGAS, NV 89134** | - | | | NOTES PAYABLE 3/3/11 | | | | 693,665.27 |
| Account No. **1776.0928121** <br><br> **BISHOP, WHITE & MARSHALL PS** <br> **720 OLIVE WAY** <br> **SUITE 1201** <br> **SEATTLE, WA 98101-1801** | - | | | 12/06/10 LEGAL FEES | | | | 5,758.48 |

Sheet no. **2** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

998,003.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**
_____,                Case No. ____**11-13537**_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BOGATZ & ASSOCIATES PC**<br>**3455 CLIFF SHADPWS PKWY**<br>**STE 110**<br>**LAS VEGAS, NV 89169** | | - | | | LEGAL FEES | | | | 1,925.08 |
| Account No. **1196**<br><br>**CARTER 1990 TRUST**<br>**1714 FRANKLIN CHASE**<br>**HENDERSON, NV 89012** | | - | | | NOTES PAYABLE 3/3/11 | | | | 63,062.15 |
| Account No. **1077**<br><br>**CHAD & TAMARA VELLINGA FAMILY**<br>**TRUST**<br>**10058 LEMON VALLEY AVE**<br>**LAS VEGAS, NV 89147** | | - | | | NOTES PAYABLE 3/3/11 | | | | 94,593.38 |
| Account No. **1051**<br><br>**CHARLES ABAIR C/O W. KALB**<br>**52 GULF STREAM CT**<br>**LAS VEGAS, NV 89113** | | - | | | NOTES PAYABLE 3/3/11 | | | | 100,896.75 |
| Account No. **1097**<br><br>**CHERYL D NEWTON**<br>**725 S HUALAPAI WAY, #1109**<br>**LAS VEGAS, NV 89145** | | - | | | NOTES PAYABLE 3/3/11 | | | | 64,381.58 |

Sheet no. ___**3**___ of ___**23**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 324,858.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No. _____**11-13537**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1120** <br><br> **CINDY KALB TRUST** <br> **2845 DUNEVILLE STREET** <br> **LAS VEGAS, NV 89146** | | - | | NOTES PAYABLE 3/3/11 | | | | **42,653.80** |
| Account No. **1235** <br><br> **DANA STEGEMANN** <br> **6376 BOLD REGATTA COURT** <br> **LAS VEGAS, NV 89139** | | - | | NOTES PAYABLE 3/3/11 | | | | **5,044.92** |
| Account No. **1220** <br><br> **DAVID B & TREASIA L SMITH** <br> **106 FOUNTAINHEAD CIRCLE** <br> **HENDERSON, NV 89052** | | - | | NOTES PAYABLE 3/3/11 | | | | **126,122.23** |
| Account No. **1054** <br><br> **DAVID R BRANDSNESS TRUST** <br> **6151 GRAND TETON DRIVE** <br> **LAS VEGAS, NV 89131** | | - | | NOTES PAYABLE 3/3/11 | | | | **37,836.95** |
| Account No. **1223** <br><br> **DAVID ZWEIFEL** <br> **2382 SUNBURST VIEW** <br> **HENDERSON, NV 89015** | | - | | NOTES PAYABLE 3/3/11 | | | | **63,060.63** |

Sheet no. __**4**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**274,718.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.**                          Case No.  **11-13537**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1015** <br><br> **DEBORAH STOUT TRUST** <br> **10151 PARK RUN DRIVE** <br> **LAS VEGAS, NV 89145** | | - | | NOTES PAYABLE 3/3/11 | | | | 479,806.34 |
| Account No. **1062** <br><br> **DEETTE CARTER REVOCABLE TRUST** <br> **18831 W RICE ROAD** <br> **HAUSER, ID 83854-6988** | | - | | NOTES PAYABLE 3/3/11 | | | | 65,894.23 |
| Account No. **1208** <br><br> **DENLER FAMILY TRUST** <br> **PO BOX 680306** <br> **PARK CITY, UT 84068** | | - | | NOTES PAYABLE 3/3/11 | | | | 126,125.56 |
| Account No. **1242** <br><br> **DEVON A MAGANA** <br> **207 NORTH BROADWAY, SUITE I** <br> **SANTA ANA, CA 92701** | | - | | NOTES PAYABLE 3/3/11 | | | | 126,121.05 |
| Account No. <br><br> **EDWARD ERGANIAN IVESTMENT LLP** <br> **2715 S TENAYA WAY** <br> **LAS VEGAS, NV 89117** | | - | | NOTES PAYABLE 3/3/11 | | | | 2,750,000.00 |

Sheet no. **5** of **23** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,547,947.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                           Case No.    **11-13537**
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **1251** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| EFKTV HOLDINGS LLC S-A 8628 SCARSDALE DRIVE LAS VEGAS, NV 89117 | | | | | | | | 3,654,772.99 |
| Account No. **1201** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| EH OSHINS C/O R OSHINS 1645 VILLAGE CENTER CR, #170 LAS VEGAS, NV 89134 | | | | | | | | 70,234.67 |
| Account No. **IFA** | | - | | 11/01/10 SOFTWARE RENEWAL | | | | |
| FIDELITY NATIONAL INFO SERVICE 2875 DECKER LAKE DR #300 SALT LAKE CITY, UT 84119 | | | | | | | | 4,203.36 |
| Account No. **1222** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| FREDERICK T ZWEIFEL 4053 BRYN MAWR DALLAS, TX 75225 | | | | | | | | 63,060.64 |
| Account No. **1143** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| G & B KALB 1992 IRR TR 2845 DUNNEVILLE LAS VEGAS, NV 89146 | | | | | | | | 78,398.30 |
| Sheet no. **6** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 3,870,669.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**

Debtor

Case No.    **11-13537**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1007**<br><br>G & B KALB REV FAM TR<br>2845 DUNNEVILLE<br>LAS VEGAS, NV 89146 | | - | NOTES PAYABLE 3/3/11 | | | | 1,790,046.78 |
| Account No. **133745**<br><br>GARDERE WYNNE SEWELL LLP<br>1000 LOUISIANA<br>SUITE 3400<br>HOUSTON, TX 77002-5011 | | - | 10/19/10<br>LEGAL FEES | | | | 4,237.71 |
| Account No. **1180**<br><br>GEORGE & BARBARA KALB<br>2845 DUNEVILLE<br>LAS VEGAS, NV 89146 | | - | NOTES PAYABLE 3/3/11 | | | | 80,732.86 |
| Account No. **1122**<br><br>GEORGE J KALB TRUST<br>2845 DUNEVILLE<br>LAS VEGAS, NV 89146 | | - | NOTES PAYABLE 3/3/11 | | | | 37,217.93 |
| Account No. **1121**<br><br>GEORGE JEFFREY KALB TRUST<br>2845 DUNEVILLE<br>LAS VEGAS, NV 89146 | | - | NOTES PAYABLE 3/3/11 | | | | 20,511.80 |

Sheet no. **7** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,932,747.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                        Case No. ___**11-13537**___
                                                    ,
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1169** <br><br> **GEORGE TANNER KALB TRUST** <br> **11345 CORSICA MIST AVE** <br> **LAS VEGAS, NV 89135** | | - | | NOTES PAYABLE 3/3/11 | | | | **75,095.14** |
| Account No. **1248** <br><br> **GREGG WIENS** <br> **9794 ICE BOX CANYON COURT** <br> **LAS VEGAS, NV 89117-8438** | | - | | NOTES PAYABLE 3/3/11 | | | | **12,612.33** |
| Account No. **1041** <br><br> **H KALB TR C/O PREMIER TRUST** <br> **4465 S JONES BLVD** <br> **LAS VEGAS, NV 89103** | | - | | NOTES PAYABLE 3/3/11 | | | | **31,530.24** |
| Account No. **1178** <br><br> **HANNAH KATHRYN KALB** <br> **11345 CORSICA MIST AVE** <br> **LAS VEGAS, NV 89135** | | - | | NOTES PAYABLE 3/3/11 | | | | **201,552.07** |
| Account No. **1243** <br><br> **J & K SAN SALVADOR** <br> **5909 LINGERING BREEZE STREET** <br> **LAS VEGAS, NV 89148** | | - | | NOTES PAYABLE 3/3/11 | | | | **192,547.00** |

Sheet no. __**8**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**513,336.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.** _____ ,     Case No. ____**11-13537**_____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1039**<br><br>**J KALB TR C/O PREMIER TRUST**<br>**4465 S JONES BLVD**<br>**LAS VEGAS, NV 89103** | | - | | | NOTES PAYABLE 3/3/11 | | | | 31,530.19 |
| Account No. **1056**<br><br>**JANET B GLOVER**<br>**11345 CORSICA MIST AVENUE**<br>**LAS VEGAS, NV 89135** | | - | | | NOTES PAYABLE 3/3/11 | | | | 45,701.82 |
| Account No. **1221**<br><br>**JENNIFER & TY ZWEIFEL**<br>**9606 E MOUNTAIN SPRINGS**<br>**SCOTTSDALE, AZ 85250** | | - | | | NOTES PAYABLE 3/3/11 | | | | 63,060.64 |
| Account No. **1232**<br><br>**JERRY & MARIE BARKSDALE**<br>**9720 BLUE BELL DRIVE**<br>**LAS VEGAS, NV 89134** | | - | | | NOTES PAYABLE 3/3/11 | | | | 63,060.41 |
| Account No. **1252**<br><br>**JERRY E BARKSDALE**<br>**9720 BLUE BELL DRIVE**<br>**LAS VEGAS, NV 89134** | | - | | | NOTES PAYABLE 3/3/11 | | | | 47,284.04 |

Sheet no. __**9**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   250,637.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                              Case No. _____**11-13537**_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **1237** <br><br> JJC LIVING TRUST <br> 13405 EL CAMINO REAL <br> ATASCADERO, CA 93422 | | - | | | NOTES PAYABLE 3/3/11 | | | | 1,072,046.89 |
| Account No. **1152** <br><br> JOE BARRESI & LYDIA KING <br> 8091 MACKENZIE COURT <br> LAS VEGAS, NV 89129 | | - | | | NOTES PAYABLE 3/3/11 | | | | 50,448.39 |
| Account No. **1140** <br><br> JOHN DAVID KRUGER FAM TRUST <br> 1307 S COMMERCE STREET <br> LAS VEGAS, NV 89102 | | - | | | NOTES PAYABLE 3/3/11 | | | | 315,307.49 |
| Account No. **1019** <br><br> JOHN R & VICTORIA L MYERS <br> 2025 CATALINA MARIE <br> HENDERSON, NV 89074 | | - | | | NOTES PAYABLE 3/3/11 | | | | 544,408.52 |
| Account No. **1031** <br><br> JONATHAN SNYDER <br> 3051 TRAVERSE CREEK LANE <br> LAS VEGAS, NV 89135 | | - | | | NOTES PAYABLE 3/3/11 | | | | 435,921.47 |

Sheet no. __**10**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,418,132.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                        Case No.    **11-13537**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1168** | | | | | NOTES PAYABLE 3/3/11 | | | | |
| JULIA A HALPIN 1570 WARD FRONTIER LANE HENDERSON, NV 89002 | | - | | | | | | | 61,442.95 |
| Account No. **1022** | | | | | NOTES PAYABLE 3/3/11 | | | | |
| KALB LIMITED PARTNERSHIP 5670 WYNN ROAD LAS VEGAS, NV 89118 | | - | | | | | | | 315,302.39 |
| Account No. **1244** | | | | | NOTES PAYABLE 3/3/11 | | | | |
| KELLY JEWELL 1233 W RANCHO VISTA BL 829 PALMDALE, CA 93551 | | - | | | | | | | 47,169.74 |
| Account No. **1016** | | | | | NOTES PAYABLE 3/3/11 | | | | |
| KEN & JOY FLEMING LIVING TRUST 1841 NEWPORT BAY DRIVE LAS VEGAS, NV 89117 | | - | | | | | | | 693,666.46 |
| Account No. **IFA** | | | | | 12/20/10 GOODS/SERVICES - PROP DEVLPMT | | | | |
| KEN TEMPLETON REALTY 3311 S. RAINBOW BLVD #225 LAS VEGAS, NV 89146 | | - | | | | | | | 42,312.30 |

| | | |
|---|---|---|
| Sheet no. **11** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,159,893.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                   Case No. ___**11-13537**___
                                                             ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1027** <br><br> **KEVIN DONAHOE SEP PROP TR** <br> **192 BARTIZAN DRIVE** <br> **LAS VEGAS, NV 89138** | | - | | NOTES PAYABLE 3/3/11 | | | | 1,024,938.99 |
| Account No. **1236** <br><br> **KIT & KAREN GRASKI** <br> **4442 AMBER CANYON DRIVE** <br> **LAS VEGAS, NV 89129** | | - | | NOTES PAYABLE 3/3/11 | | | | 126,124.51 |
| Account No. <br><br> **KLT FAMILY LP** <br> **3311 S RAINBOW BLVD** <br> **LAS VEGAS, NV 89146** | | - | | NOTES PAYABLE 3/3/11 | | | | 500,000.00 |
| Account No. **1253** <br><br> **LARRY BARKSDALE** <br> **243 23RD DRIVE** <br> **BURLEY, ID 83318** | | - | | NOTES PAYABLE 3/3/11 | | | | 47,284.04 |
| Account No. **1057** <br><br> **LARRY CARTER REVOCABLE TRUST** <br> **22 INNISBROOK AVE** <br> **LAS VEGAS, NV 89113** | | - | | NOTES PAYABLE 3/3/11 | | | | 740,509.15 |

Sheet no. __**12**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,438,856.69 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No. ___**11-13537**___
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1226** | | | | NOTES PAYABLE 3/3/11 | | | | |
| LARRY, LORI, DAVID CARTER 22 INNISBROOK AVE LAS VEGAS, NV 89113 | | - | | | | | | 6,913.31 |
| Account No. **1240** | | | | NOTES PAYABLE 3/3/11 | | | | |
| LAUREN E. MAGANA 207 NORTH BROADWAY SUITE I SANTA ANA, CA 92701 | | - | | | | | | 126,122.66 |
| Account No. **1184** | | | | NOTES PAYABLE 3/3/11 | | | | |
| LEONARD G. BUCHHOLZ LIVING TRUST 256 MORPHEW ROAD HOT SPRINGS NATIONAL PARK, AR 71913 | | - | | | | | | 71,770.26 |
| Account No. **1241** | | | | NOTES PAYABLE 3/3/11 | | | | |
| LIBMAN FANILY TRUST 1709 GLENVIEW LAS VEGAS, NV 89134 | | - | | | | | | 12,612.64 |
| Account No. **1228** | | | | NOTES PAYABLE 3/3/11 | | | | |
| M PUSATERI C/O P PUSATERI 1743 EDGEFIELD ROAD LYNDHURST, OH 44124 | | - | | | | | | 126,124.79 |

| Sheet no. __**13**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 343,543.66 |
|---|---|---|---|---|---|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                            Case No. ____**11-13537**____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1183** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| MANPEX C/O PREMIER TRUST 4465 S JONES BLVD LAS VEGAS, NV 89103 | | | | | | | | 558,794.97 |
| Account No. **1002** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| MARK STOUT 10151 PARK RUN DRIVE LAS VEGAS, NV 89145 | | | | | | | | 2,300,848.67 |
| Account No. **1001** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| MARK STOUT INC 10151 PARK RUN DRIVE LAS VEGAS, NV 89145 | | | | | | | | 262,954.14 |
| Account No. **1020** | | - | | NOTES PAYABLE 3/3/11 | | | | |
| MARLEEN SCHMOUTEY-HAMRE 815 MORNING SUN COURT LAS VEGAS, NV 89110 | | | | | | | | 126,124.53 |
| Account No. **IFA** | | - | | 12/08/10 LEGAL FEES | | | | |
| MARQUIS & AURBACH 10001 PARK RUN DRIVE LAS VEGAS, NV 89145 | | | | | | | | 22,627.00 |

| Sheet no. __**14**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,271,349.31 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                    Case No.    **11-13537**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1246** <br><br> **MC LUCERO CST MR LUCERO** <br> **2472 MACROY DRIVE** <br> **HENDERSON, NV 89044** | | - | | NOTES PAYABLE 3/3/11 | | | | 19,789.88 |
| Account No. **1049** <br><br> **MOBILITY INC** <br> **8628 SCARSDALE DRIVE** <br> **LAS VEGAS, NV 89117** | | - | | NOTES PAYABLE 3/3/11 | | | | 460,185.58 |
| Account No. **1129** <br><br> **MUSTAPHA ASSI REV TRUST** <br> **3281 S HIGHLAND DR. #813** <br> **LAS VEGAS, NV 89109** | | - | | NOTES PAYABLE 3/3/11 | | | | 759,235.31 |
| Account No. **1176** <br><br> **NANCY W HALPIN** <br> **59 N GUIDE LIGHT DRIVE** <br> **CEDAR CITY, UT 84720** | | - | | NOTES PAYABLE 3/3/11 | | | | 14,984.00 |
| Account No. **IFA** <br><br> **OTIS COAN & PETERS LLC** <br> **1812 56TH AVE** <br> **GREELEY, CO 80634** | | - | | 5/31/10 <br> LEGAL FEES | | | | 9,441.90 |

Sheet no. __15__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,263,636.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.** Case No. **11-13537**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1212** <br><br> P FLANAGAN IRA CO STERLING T <br> PO BOX 2526 <br> WACO, TX 76702 | | - | | NOTES PAYABLE 3/3/11 | | | | 17,704.23 |
| Account No. **1218** <br><br> PAUL PUSATERI <br> 1743 EDGEFIELD ROAD <br> LYNDHURST, OH 44124 | | - | | NOTES PAYABLE 3/3/11 | | | | 64,397.99 |
| Account No. **1065** <br><br> PETE & ANGELA BECKER REV TRUST <br> 34 BURNING TREE COURT <br> LAS VEGAS, NV 89113 | | - | | NOTES PAYABLE 3/3/11 | | | | 344,112.98 |
| Account No. **1225** <br><br> PETROLEUM PROPERTIES LLC <br> 2300 W SAHARA BOX 16 1110 <br> LAS VEGAS, NV 89102 | | - | | NOTES PAYABLE 3/3/11 | | | | 378,369.27 |
| Account No. **1173** <br><br> PHILIP & ADELE ENGEL FAMILY TRUST <br> 1601 HOUSSELS AVE <br> LAS VEGAS, NV 89104-1434 | | - | | NOTES PAYABLE 3/3/11 | | | | 75,674.70 |

Sheet no. **16** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

880,259.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**                              Case No. ___**11-13537**___
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1064**<br><br>**PJ BECKER & SONS**<br>**34 BURNING TREE COURT**<br>**LAS VEGAS, NV 89113** | | - | NOTES PAYABLE 3/3/11 | | | | 126,120.95 |
| Account No. **1210**<br><br>**PRAVIN & VEENA BAKRANIA**<br>**8133 SAPPHIRE BAY CIRCLE**<br>**LAS VEGAS, NV 89128** | | - | NOTES PAYABLE 3/3/11 | | | | 63,061.79 |
| Account No. **IFA**<br><br>**PROPERTY ASSESSMENT SVCS**<br>**110211 N 32ND ST**<br>**SUITE G**<br>**PHOENIX, AZ 85028** | | - | 04/28/10<br>PROPERTY TAX APPEALS | | | | 35,981.27 |
| Account No. **1149**<br><br>**RALPH M COVELL**<br>**5694 BRIDGE STREET**<br>**CAMBRIA, CA 93428** | | - | NOTES PAYABLE 3/3/11 | | | | 91,096.38 |
| Account No. **1066**<br><br>**REAL ESTATE ASSET ADVISORS**<br>**1398 ROXBOROUGH**<br>**PLACENTIA, CA 92870** | | - | NOTES PAYABLE 3/3/11 | | | | 426,393.55 |

Sheet no. __**17**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                      742,653.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                          Case No. ___**11-13537**___
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1159** <br><br> **RENE C BLANCHARD REM TR** <br> **2108 BAY TREE DRIVE** <br> **LAS VEGAS, NV 89134** | | - | | NOTES PAYABLE 3/3/11 | | | | 40,473.61 |
| Account No. **1131** <br><br> **ROBERT & DONNA MCDONALD** <br> **FAMILY TRUST** <br> **9605 RUNAWAY COURT** <br> **LAS VEGAS, NV 89117** | | - | | NOTES PAYABLE 3/3/11 | | | | 1,713,532.17 |
| Account No. **1156** <br><br> **ROBERT R BELLIVEAU TRUST** <br> **5850 NORTH PARL STREET** <br> **LAS VEGAS, NV 89149** | | - | | NOTES PAYABLE 3/3/11 | | | | 621,157.42 |
| Account No. **1139** <br><br> **RONALD J FADEL IRA** <br> **15518 CHAMPION LAKES PL** <br> **LOUISVILLE, KY 40245** | | - | | NOTES PAYABLE 3/3/11 | | | | 48,492.08 |
| Account No. **1151** <br><br> **RONALD MARKIN LIVING TRUST** <br> **2100 STRADA MIA COURT** <br> **LAS VEGAS, NV 89117** | | - | | NOTES PAYABLE 3/3/11 | | | | 407,989.98 |

Sheet no. __**18**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,831,645.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**                           Case No.   **11-13537**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1029** | | | | NOTES PAYABLE 3/3/11 | | | | |
| RUTH S OSHINS REV FAM TR 59 JOHN STREET APT #9F NEW YORK, NY 10038 | - | | | | | | | 9,440.12 |
| Account No. **1068** | | | | NOTES PAYABLE 3/3/11 | | | | |
| SANDRA LEA 1721 SW GARDEN STREET SEATTLE, WA 98106 | - | | | | | | | 51,058.38 |
| Account No. **1003** | | | | NOTES PAYABLE 3/3/11 | | | | |
| SC KALB 5670 WYNN RD LAS VEGAS, NV 89118 | - | | | | | | | 53,754.75 |
| Account No. **1250** | | | | NOTES PAYABLE 3/3/11 | | | | |
| SEAN PROPERTIES LLC 823 CAMPBELL DRIVE LAS VEGAS, NV 89107 | - | | | | | | | 50,449.70 |
| Account No. | | | | | | | | |
| SEMRAU ENGINEERING 2118 RIVERSIDE DR., STE. 208 MOUNT VERNON, WA 98273 | - | | | | X | X | X | 45,594.00 |

Sheet no. **19** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            210,296.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                            Case No.    **11-13537**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1239**<br><br>SKYE ENTERPRISES LLC<br>2131 ROSCO MAYER RD<br>LOS ANGELES, CA 90077 | - | | | NOTES PAYABLE 3/3/11 | | | | 129,905.38 |
| Account No. **1023**<br><br>STANLEY PAHER 1997 LIVING TRUST<br>4135 BADGER CIRCLE<br>RENO, NV 89509 | - | | | NOTES PAYABLE 3/3/11 | | | | 2,916,186.37 |
| Account No. **1004**<br><br>STEVEN & WENDY KALB FM TRUST<br>5670 WYNN ROAD<br>LAS VEGAS, NV 89118 | - | | | NOTES PAYABLE 3/3/11 | | | | 990,128.09 |
| Account No. **1135**<br><br>T VELLINGA OR H TEMPLETON<br>8283 TURTLE CREEK CIRCLE<br>LAS VEGAS, NV 89113 | - | | | NOTES PAYABLE 3/3/11 | | | | 63,062.22 |
| Account No. **1249**<br><br>TEMPLETON INVESTMENT CORP<br>3311 S RAINBOW #225<br>LAS VEGAS, NV 89146 | - | | | NOTES PAYABLE | | | | 51,259.43 |

Sheet no. **20** of **23** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **4,150,541.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **INTEGRATED FINANCIAL ASSOCIATES, INC.** _____ ,  Case No. ___**11-13537**___
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **NOTES PAYABLE** | | | | |
| TEMPLETON INVESTMENT CORP 3311 S RAINBOW BLVD LAS VEGAS, NV 89146 | | | | | | | | 900,000.00 |
| Account No. 1185 | | - | | **NOTES PAYABLE 3/3/11** | | | | |
| THOMAS & THERESA EDEN F T 2650 LAKE SAHARA DR #200 LAS VEGAS, NV 89117 | | | | | | | | 126,124.22 |
| Account No. 1067 | | - | | **NOTES PAYABLE 3/3/11** | | | | |
| THOMAS E LEA TRUSTEE 11345 CORSICA MIST AVE LAS VEGAS, NV 89135 | | | | | | | | 15,756.09 |
| Account No. 1070 | | - | | **NOTES PAYABLE 3/3/11** | | | | |
| THOMAS LEA REV FAMILY TRUST 11345 CORSICA MIST AVE LAS VEGAS, NV 89135 | | | | | | | | 1,038,252.12 |
| Account No. IFA | | - | | **06/16/10 LEGAL FEES** | | | | |
| TROY & GOULD 1801 CENTURY PARK EAST 16 FLOOR LOS ANGELES, CA 90067 | | | | | | | | 136,968.94 |

Sheet no. __**21**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,217,101.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.** _____ ,    Case No. ____**11-13537**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | - | | | | 11/22/10 JUDGMENT CREDITOR | X | X | X | |
| **VESTIN REALTY MORTGAGE 8379 W SUNSET ROAD LAS VEGAS, NV 89113** | | | | | | | | | |
| | | | | | | | | | 5,150,000.00 |
| Account No. **1010** | - | | | | NOTES PAYABLE 3/3/11 | | | | |
| **WILLIAM & ELAINE DONAHOE TRUST 1221 OAK TREE LANE LAS VEGAS, NV 89108** | | | | | | | | | |
| | | | | | | | | | 63,061.91 |
| Account No. **1187** | - | | | | NOTES PAYABLE 3/3/11 | | | | |
| **WILLIAM & LEA AHERN FAM TRUST 617 E SOLITUDE TRAIL QUEEN CREEK, AZ 85242** | | | | | | | | | |
| | | | | | | | | | 39,097.89 |
| Account No. **IFA** | - | | | | 02/16/10 LEGAL FEES | | | | |
| **WILSON & MCCOLL 420 WEST WASHINGTON BOISE, ID 83702** | | | | | | | | | |
| | | | | | | | | | 13,118.89 |
| Account No. **IFA** | - | | | | 07/01/10 LEGAL FEES | | | | |
| **WINTHROP COUCHOT 660 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660** | | | | | | | | | |
| | | | | | | | | | 17,683.25 |

Sheet no. __**22**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 5,282,961.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.**                                      Case No.    **11-13537**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **10219.01** <br><br> **WRONA LAW FIRM** <br> **1745 SIDEWINDER DRIVE** <br> **PARK CITY, UT 84060** | - | | | **12/31/10** <br> **LEGAL FEES** | | | | **2,097.72** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **23** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **2,097.72** |
| | Total <br> (Report on Summary of Schedules) | **39,682,104.37** |

B6G (Official Form 6G) (12/07)

In re    **INTEGRATED FINANCIAL ASSOCIATES, INC.** _____    Case No. ____**11-13537**_____
                                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FIRST INSURANCE PREMIUM**<br>**450 SKOKIE BLVD., STE 1000**<br>**NORTHBROOK, IL 60062** | **INSURANCE PREMIUM FINANCING** |
| **IMPERIAL CREDIT CORPORATION**<br>**45 E RIVER PARK PI WEST, #30**<br>**FRESNO, CA 93720** | **INSURANCE PREMIUM FINANCING** |
| **MT VERNON FIRE INSURANCE CO**<br>**190 S WARNER RD**<br>**WAYNE, PA 19087-2127** | **INSURANCE PREMIUM FINANCING** |
| **PITNEY BOWES GLOBAL FIANCIAL**<br>**PO BOX 371887**<br>**PITTSBURGH, PA 15250-7887** | **POSTAGE MACHINE LEASE** |
| **PREMIUM FINANCING SPECIALIST CORP**<br>**PO BOX 100391**<br>**PASADENA, CA 91189-0391** | **INSURANCE PREMIUM FINANCING** |
| **TEMPLETON PLAZA, LLC**<br>**3311 S RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **NON-RESIDENTIAL OFFICE LEASE** |
| **XEROX CORPORATION**<br>**PO BOX 7405**<br>**PASADENA, CA 91109-7405** | **COPIER LEASE** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re   **INTEGRATED FINANCIAL ASSOCIATES, INC.**           Case No.   **11-13537**
                                                Debtor(s)             Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,234,006.00** | **2009-LOAN SERVICING/MGMT FEES** |
| **$1,575,635.00** | **2010-LOAN SERVICING/MGMT FEES** |
| **$279,074.00** | **2011-LOAN SERVICING/MGMT FEES** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850 *.  If the debtor is an individual, indicate with asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED SCHEDULES** | | **$2,778,679.39** | **$5,005,315.21** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within  **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SEE ATTACHED SCHEDULES** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case No. 11-13537-BAM

In re: Integrated Finacial Associates, Inc.

**Statement of Financial Affairs**
**4. a. Suits and administrative proceedings, executions, garnishments and attachments**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OF DISPOSITION |
|---|---|---|---|
| Integrated Financial Associates, Inc. vs. KB Home Nevada Case No. A574976 | Breach of Contract, Unjust Enrichment, Fraud, Negligent Misrepresentation | NV District Court - Clark County | Pending |
| Randall Blanchard and Desert Highlands vs. Integrated Financial Associates, Inc., et. al. Case No. RIC 10005711 | Usury, RICO, Declaratory Relief | CA Superior Court - Riverside County | Pending |
| Integrated Financial Associates, Inc. vs. Randall Blanchard Case No. A-10-6171102C | Breach of Guaranty, Unjust Enrichment, Declaratory Judgment, Special Damages | NV District Court - Clark County | Pending |
| KMBD, et. al. vs. Integrated Financial Associates, Inc., et. al. - Case No. A-09-588680 | Usury, RICO, Declaratory Relief, Fraud, Constructive Trust | NV District Court - Clark County | Dismissed |
| Vestin Realty Mortgage II, Inc. vs. Integrated Financial Associates, Inc. Case No. A561902 | Breach of Contract | NV District Court - Clark County | Pending |
| Tesla Gray vs. Integrated Financial Associates, Inc. - Case No. 37-2009-00051325-CU | Breach of Contract, Usury, Reformation | CA Superior Court - San Diego County | Pending |
| Integrated Financial Associates, Inc vs. Marshall Bank, et. al. - Case No. RIC 53264 | Wrongful Foreclosure, Negligence, Breach of Contract | CA Superior Court, Riverside County | Pending |
| Assi vs. Integrated Financial Associates, Inc., et. al. - Case No. A583622 | Breach of Contract, Unjust Enrichment, Fraudulent Concealment | NV District Court - Clark County | Pending |
| Sahara Professional Plaza vs. Integrated Financial Associates, Inc. - Case No. A-10-629488-C | Breach of Contract | NV District Court - Clark County | Pending |
| Integrated Financial Associates, Inc. vs. Ray Gray - Case No. A583622 | Breach of Guaranty Suit filed on behalf of investors. | NV District Court - Clark County | Judgment for IFA's investors for $4,795,370.  IFA owns 1.097% |
| Integrated Financial Associates, Inc. vs. George Nicholas - Case No. A-10-615775-C | Breach of Guaranty | NV District Court - Clark County | Judgment for IFA for $1.9MM |

1

Case No. 11-13537-BAM

In re: Integrated Finacial Associates, Inc.

Statement of Financial Affairs
4. a. Suits and administrative proceedings, executions, garnishments and attachments

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OF DISPOSITION |
|---|---|---|---|
| Integrated Financial Associates, Inc. vs. Kirkland and Ricks - Case No. A-10-620680-C | Breach of Guaranty | NV District Court - Clark County | Pending |
| Integrated Financial Associates, Inc. vs. Creative Energy - Case No. A586387 | Breach of Guaranty | NV District Court - Clark County | Judgment for IFA for $1.02MM |
| Integrated Financial Associates, Inc. vs. John Thomas - Case No. 100903001 | Breach of Guaranty | Second Judicial District Court, Weber County, Utah | Pending |
| Hap Taylor & Sons vs. Integrated Financial Associates, Inc. - Case No. CV08-4251 | Mechanic's Lien Foreclosure | Idaho District Court | Being defended by Fidelity National Title |
| Semrau Engineering & Surveying vs. Integrated Financial Associates, Inc. - Case No. 10-2-01428-7 | Mechanic's Lien | Washington Superior Court for Skagit County | Pending |

2

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF ALAN R. SMITH**<br>**505 RIDGE STREET**<br>**RENO, NV 89501** | | **RETAINER $60,000.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **SEE ATTACHED SCHEDULES** | | |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SEE ATTACHED SCHEDULES** | | |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

In re: Integrated Finacial Associates, Inc.

**Statement of Financial Affairs**
**10. a. Other transfers**

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 58.43% membership interest in Redwood Land Holdings, LLC. Received $2,600,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 11.63% membership interest in Centerville Partners, LLC. Received $360,000, which is equal to 100% of Debtor's interest in the entity |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 6.83% membership interest in Eagle Falls Partners Limited Partnership. Received $1,350,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold a 12.4% fractional interest in a defaulted land loan in the principal amount of $3,500,000 Received $450,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 8/28/2009 | Sold 100% ownership interest in 28 acres of undeveloped real property located in Davis County Utah. Received $1,700,000, which is equal to 100% of Debtor's interest in the entity. |
| KDC Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 8/25/2009 | Sold 10.7% fractional interest in a defaulted land loan in the principal amount of $11,500,000 Received $1,242,000, which is equal to 100% of Debtor's interest in the entity. |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118. Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a residual interest in a fractionalized 24.8% interest in a defaulted note and deed of trust for $23.1MM secured by undeveloped property in Henderson, NV. Property is valued at <50% of original loan amount. The senior interest secures a $5MM note from the Debtor to Bank of Nevada. Pledge secures a line of credit for $100,000 |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118. Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a 47.6% security interest in a defaulted note and deed of trust for $822,000 secured by undeveloped property in Utah County, UT. Property is appraised at $160,000. Pledge secures a line of credit for $100,000 |
| KTSK, LLC, 5670 Wynn Road, Las Vegas, NV 89118. Entity is owned by shareholders of the Debtor | 12/20/2010 | Pledged a 20.7% security interest in a defaulted note and deed of trust for $8,806,552 secured by undeveloped property in Riverside County, CA. Property is valued at less than $2.5MM. Pledge secures a line of credit for $100,000. |
| CTI Capital Holdings, LLC,  3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 20.5% membership interest in Bremerton Holdings, LLC. Received $305,000 for interest valued at no more than $178,000. |

1

In re: Integrated Finacial Associates, Inc.

Case No. 11-13537-BAM

Statement of Financial Affairs

10. a. Other transfers

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| CTI Capital Holdings, LLC, 3311 S. Rainbow Blvd., Ste 225, Las Vegas, NV 89146. Entity is owned by shareholders of the Debtor | 12/20/2010 | Sold a 47.6% membership interest in defaulted land loan in the principal amount of $882,000. Received $305,000 for property valued at no more than $77,150. |
| Tuscany Partners, LLC, 3311 S. Rainbow Blvd., Ste 209, Las Vegas, NV 89146. Entity is owned by various investors holding first deed of trust on the property. | Mar-11 | Transferred legal title in lieu of foreclosure. Value of interest transferred was zero. |
| Tuscany Partners 2, LLC, 3311 S. Rainbow Blvd., Ste 209, Las Vegas, NV 89146. Entity is owned by various investors holding first deed of trust on the property. | Mar-11 | Transferred legal title in lieu of foreclosure. Value of interest transferred was zero. |
| Plum Creeks Partners, LLC, 3311 S. Rainbow Blvd., Ste 209, Las Vegas, NV 89146. Entity is owned by various investors holding first deed of trust on the property. | Mar-11 | Transferred legal title in lieu of foreclosure. Value of interest transferred was zero. |
| Indian Canyon Partners LP, 3311 S. Rainbow Blvd., Ste 209, Las Vegas, NV 89146. Entity is owned by various investors holding first deed of trust on the property. | 11-Mar | Transferred legal title in lieu of foreclosure. Value of interest transferred was zero. |
| Ranches Holdings, LLC, 3311 S. Rainbow Blvd., Ste 209, Las Vegas, NV 89146. Entity is owned by Debtor. | 11-Mar | Nominal intesest in 3 loans transferred to entity so that it could engage in real estate mangement of 3 existing loans in Utah as an invested party. Value of Interest trasferred Unknown. |

2

8:00 AM
06/08/11
Accrual Basis

# Integrated Financial Associates
# Find Report
## March 1, 2009 through March 14, 2011

### Mar 1, '09 - Mar 14, 11

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 03/01/2011 | LOC 1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -15,857.62 | -15,857.62 |
| Bill | 03/01/2011 | LOC 1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | 15,857.62 | 0.00 |
| Bill | 03/01/2011 | 12573 | Bank of Nevada | | CNB Commercial | | Accounts Payable | -15,857.62 | -15,857.62 |
| Bill Pmt -Check | 03/01/2011 | 12573 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | 15,857.62 | 0.00 |
| Check | 02/24/2011 | 12516 | Bank of Nevada | | CNB Commercial | √ | Loan Interest | -877.83 | -877.83 |
| Check | 02/24/2011 | 12516 | Bank of Nevada | LOC #1201335090, Late Charge | Loan Interest | | CNB Commercial | 877.83 | 0.00 |
| Bill | 02/15/2011 | 12504 | Bank of Nevada | | CNB Commercial | | Accounts Payable | -17,556.64 | -17,556.64 |
| Bill Pmt -Check | 02/15/2011 | 12504 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | 17,556.64 | 0.00 |
| Bill | 01/19/2011 | 1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -17,556.64 | -17,556.64 |
| Bill | 01/19/2011 | 1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | 17,556.64 | 0.00 |
| Bill | 01/11/2011 | 11981 | Bank of Nevada | | CNB Commercial | | Accounts Payable | -1,815.78 | -1,815.78 |
| Bill Pmt -Check | 01/11/2011 | 11981 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | 1,815.78 | 0.00 |
| Bill | 01/01/2011 | LOC #1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | 1,815.78 | 0.00 |
| Check | 12/20/2010 | 11933 | Bank of Nevada | Interest - Nov & Dec | CNB Commercial | √ | -SPLIT- | -2,648,904.14 | -2,648,904.14 |
| Check | 12/20/2010 | 11933 | Bank of Nevada | | CNB Commercial | | CNB Commercial | 48,904.14 | -2,600,000.00 |
| Check | 12/20/2010 | 11933 | Bank of Nevada | Principal Reduction | Bank of Nevada | | CNB Commercial | 2,600,000.00 | 0.00 |
| Bill | 11/01/2010 | LOC #1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -27,071.92 | -27,071.92 |
| Bill | 11/01/2010 | LOC #1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | 27,071.92 | 0.00 |
| Bill | 11/01/2010 | 11874 | Bank of Nevada | | CNB Commercial | | Accounts Payable | 27,071.92 | 0.00 |
| Bill Pmt -Check | 11/01/2010 | 11874 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | -26,198.64 | -26,198.64 |
| Bill | 10/01/2010 | LOC #1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | 26,198.64 | 0.00 |
| Bill | 10/01/2010 | LOC #1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | 26,198.64 | 0.00 |
| Bill | 10/01/2010 | 11819 | Bank of Nevada | | CNB Commercial | | Accounts Payable | -27,071.92 | -27,071.92 |
| Bill Pmt -Check | 10/01/2010 | 11819 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | 27,071.92 | 0.00 |
| Bill | 09/01/2010 | LOC #1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | 27,071.92 | 0.00 |
| Bill | 08/15/2010 | | Bank of Nevada | | Loan Interest | | Accounts Payable | -27,071.92 | -27,071.92 |
| Bill | 08/01/2010 | LOC #1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | 0.00 | 0.00 |
| Bill Pmt -Check | 08/01/2010 | 11704 | Bank of Nevada | | CNB Commercial | √ | Accounts Payable | 27,071.92 | 0.00 |
| Bill Pmt -Check | 08/01/2010 | 11704 | Bank of Nevada | | CNB Commercial | √ | Accounts Payable | -27,071.92 | -27,071.92 |
| Bill | 07/08/2010 | 11667 | Bank of Nevada | | CNB Commercial | | Accounts Payable | 27,071.92 | 0.00 |
| Bill | 07/07/2010 | LOC #1201335090 | Bank of Nevada | | Loan Interest | | Accounts Payable | 27,071.92 | 0.00 |
| Bill | 06/01/2010 | 1201335090 | Bank of Nevada | | Accounts Payable | | Accounts Payable | -26,198.64 | -26,198.64 |
| Bill | 06/01/2010 | 1201335090 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | CNB Commercial | 26,198.64 | 0.00 |
| Bill Pmt -Check | 06/01/2010 | 11594 | Bank of Nevada | | Accounts Payable | √ | Accounts Payable | 26,198.64 | 0.00 |
| Bill | 06/01/2010 | 11594 | Bank of Nevada | | Loan Interest | | Accounts Payable | -27,071.92 | -27,071.92 |
| Bill | 05/01/2010 | 1201335090 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | CNB Commercial | 27,071.92 | 0.00 |
| Bill Pmt -Check | 05/01/2010 | 11528 | Bank of Nevada | | Accounts Payable | √ | Accounts Payable | 26,198.63 | 0.00 |
| Bill | 04/01/2010 | 1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -27,071.92 | -27,071.92 |

8:00 AM
06/08/11
Accrual Basis

# Integrated Financial Associates
## Find Report
### March 1, 2009 through March 14, 2011

Page 2 of 2

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 04/01/2010 | 1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | -27,071.92 | 0.00 |
| Bill Pmt -Check | 04/01/2010 | 11449 | Bank of Nevada | | Accounts Payable | √ | Accounts Payable | -27,071.92 | -27,071.92 |
| Bill Pmt -Check | 04/01/2010 | 11449 | Bank of Nevada | | Accounts Payable | | CNB Commercial | 27,071.92 | 0.00 |
| Bill | 03/01/2010 | LOC #1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -24,452.06 | -24,452.06 |
| Bill | 03/01/2010 | LOC #1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | -24,452.06 | 0.00 |
| Bill Pmt -Check | 03/01/2010 | 11387 | Bank of Nevada | | Accounts Payable | √ | Accounts Payable | -24,452.06 | -24,452.06 |
| Bill Pmt -Check | 03/01/2010 | 11387 | Bank of Nevada | | Accounts Payable | | CNB Commercial | 24,452.06 | 0.00 |
| Check | 02/01/2010 | 11357 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | Loan Interest | -27,071.91 | -27,071.91 |
| Check | 02/01/2010 | 11357 | Bank of Nevada | | Loan Interest | | CNB Commercial | 27,071.91 | 0.00 |
| Bill Pmt -Check | 01/13/2010 | 11347 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | -20,085.61 | -20,085.61 |
| Bill Pmt -Check | 01/13/2010 | 11347 | Bank of Nevada | | Accounts Payable | | Accounts Payable | 20,085.61 | 0.00 |
| Bill | 01/01/2010 | 1201335090 | Bank of Nevada | LOC #1201335090 | Loan Interest | | Accounts Payable | -20,085.61 | -20,085.61 |
| Bill | 01/01/2010 | 1201335090 | Bank of Nevada | | Accounts Payable | | CNB Commercial | 20,085.61 | 0.00 |
| Bill Pmt -Check | 12/23/2009 | 11288 | Bank of Nevada | | Accounts Payable | √ | CNB Commercial | -60,256.86 | -60,256.86 |
| Bill Pmt -Check | 12/23/2009 | 11288 | Bank of Nevada | | Accounts Payable | | Accounts Payable | 60,256.86 | 0.00 |
| Check | 12/16/2009 | 11275 | Bank of Nevada | LOC Extension - Attorney Fees | Legal Fees | | CNB Commercial | -6,181.00 | -6,181.00 |
| Check | 12/16/2009 | 11275 | Bank of Nevada | LOC Extension - Escrow Fee | Title and recording | | CNB Commercial | 2,000.00 | 4,181.00 |
| Check | 12/16/2009 | 11275 | Bank of Nevada | LOC Extension - Title Insurance | Title and recording | | CNB Commercial | 195.00 | -3,986.00 |
| Check | 12/16/2009 | 11275 | Bank of Nevada | LOC Extension - Gov Recording & Transfer Cha | Title and recording | | CNB Commercial | 3,836.00 | -150.00 |
| Check | 12/16/2009 | 11275 | Bank of Nevada | | Title and recording | | CNB Commercial | 150.00 | 0.00 |
| Bill | 12/01/2009 | LOC 1201335090 | Bank of Nevada | | Accounts Payable | | Loan Interest | -60,256.86 | -60,256.86 |
| Bill | 12/01/2009 | LOC 1201335090 | Bank of Nevada | LOC 1201335090 | Loan Interest | | Accounts Payable | 60,256.86 | 0.00 |
| Check | 10/01/2009 | 11150 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | Loan Interest | -25,943.62 | -25,943.62 |
| Check | 10/01/2009 | 11150 | Bank of Nevada | | Loan Interest | | CNB Commercial | 25,943.62 | 0.00 |
| Check | 08/25/2009 | 11084 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | Loan Interest | -95,991.66 | -95,991.66 |
| Check | 08/25/2009 | 11084 | Bank of Nevada | | Loan Interest | | CNB Commercial | 44,401.68 | -51,589.98 |
| Check | 08/25/2009 | 11084 | Bank of Nevada | | Loan Interest | | CNB Commercial | 51,589.98 | 0.00 |
| Check | 08/01/2009 | 11009 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | -SPLIT- | -96,204.15 | -96,204.15 |
| Check | 08/01/2009 | 11009 | Bank of Nevada | | Bank of Nevada | | CNB Commercial | 50,000.00 | -46,204.15 |
| Check | 08/01/2009 | 11009 | Bank of Nevada | | Bank of Nevada | | CNB Commercial | 46,204.15 | 0.00 |
| Check | 07/01/2009 | 10953 | Bank of Nevada | LOC #1201335090 | CNB Commercial | | -SPLIT- | -94,864.12 | -94,864.12 |
| Check | 07/01/2009 | 10953 | Bank of Nevada | | Bank of Nevada | | CNB Commercial | 50,000.00 | -44,864.12 |
| Check | 07/01/2009 | 10953 | Bank of Nevada | | Loan Interest | | CNB Commercial | 44,864.12 | 0.00 |
| Check | 06/05/2009 | 10938 | Bank of Nevada | LOC #1201335090 | CNB Commercial | √ | -SPLIT- | -96,499.30 | -96,499.30 |
| Check | 06/05/2009 | 10938 | Bank of Nevada | | Bank of Nevada | | CNB Commercial | 50,000.00 | -46,499.30 |
| Check | 06/05/2009 | 10938 | Bank of Nevada | | Loan Interest | | CNB Commercial | 46,499.30 | 0.00 |
| Check | 05/04/2009 | 10866 | Bank of Nevada | File #298, Invoice #27277, Line of Credit Rene | Legal Fees | | CNB Commercial | -552.50 | -552.50 |
| Check | 05/04/2009 | 10866 | Bank of Nevada | | Legal Fees | | CNB Commercial | 552.50 | 0.00 |
| Check | 05/01/2009 | 10862 | Bank of Nevada | | CNB Commercial | √ | -SPLIT- | -95,165.17 | -95,165.17 |
| Check | 05/01/2009 | 10862 | Bank of Nevada | | Bank of Nevada | | CNB Commercial | 50,000.00 | -45,165.17 |
| Check | 05/01/2009 | 10862 | Bank of Nevada | | Loan Interest | | CNB Commercial | 45,165.17 | 0.00 |
| Check | 04/01/2009 | 10845 | Bank of Nevada | LOC #1201335090 | CNB Commercial | √ | -SPLIT- | -96,859.35 | -96,859.35 |
| Check | 04/01/2009 | 10845 | Bank of Nevada | LOC #1201335090 | Bank of Nevada | | CNB Commercial | 50,000.00 | -46,859.35 |
| Check | 04/01/2009 | 10845 | Bank of Nevada | | Loan Interest | | CNB Commercial | 46,859.35 | 0.00 |
| Check | 03/01/2009 | 10823 | Bank of Nevada | | CNB Commercial | √ | -SPLIT- | -92,071.91 | -92,071.91 |
| Check | 03/01/2009 | 10823 | Bank of Nevada | LOC #1201335090 | Bank of Nevada | | CNB Commercial | 50,000.00 | -42,071.91 |
| Check | 03/01/2009 | 10823 | Bank of Nevada | LOC #1201335090 | Loan Interest | | CNB Commercial | 42,071.91 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Mar 1, '09 - Mar 14, '11

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **SEE ATTACHED SCHEDULES** | | |

---

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7785 W. SAHARA AVE. #100** | **SAME** | **8/07-8/10** |
| **LAS VEGAS, NV 89117** | | |

---

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **SEE ATTACHED SCHEDULE** | | | | |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **SEE ATTACHED SCHEDULE** | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement  **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **GREGG WIENS, CFO** | **JUNE 2004 TO CURRENT** |
| **3311 S. RAINBOW, BLVD** | |
| **LAS VEGAS, NV 89146** | |

None
☐    b. List all firms or individuals who within the  **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **OVIST & HOWARD CPA'S** | **7 COMMERCE CENTER DRIVE, STE A**<br>**HENDERSON, NV 89014** | **2002 TO CURRENT** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **GREGG WIENS, CFO** | **3311 S RAINBOW BLVD, STE 209**<br>**LAS VEGAS, NV 89146** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **SEE ATTACHED** | |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **WILLIAM DYER**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **PRESIDENT, CEO, DIRECTOR** | **OFFICER/DIRECTOR/SHAREHOLDER** |
| **THOMAS LEA**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR** |
| **GREGG WIENS**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **CHIEF FINANCIAL OFFICER** | **CHIEF FINANCIAL**<br>**OFFICER/TREASURER** |
| **KEN TEMPLETON**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |
| **STEVE KALB**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |

Best Case Bankruptcy

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **MARK STOUT**<br>**3311 S. RAINBOW BLVD., STE 225**<br>**LAS VEGAS, NV 89146** | **DIRECTOR** | **DIRECTOR/SHAREHOLDER** |
| **JERRY SNYDER**<br>**8628 SCARSDALE DRIVE**<br>**LAS VEGAS, NV 89117** | **DIRECTOR/SECRETARY** | **DIRECTOR/SECRETARY** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 14, 2011**                          Signature    **/s/ William Dyer**
                                                                                          **William Dyer**
                                                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*