ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*June 16, 2011*

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

| | |
|---|---|
| In Re:<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada Corporation<br><br>            Debtor.<br><br>_____/ | Case No. BK-11-13537-LBR<br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING REGARDING EX PARTE MOTION TO RECONSIDER ORDER APPROVING APPOINTMENT OF ATTORNEY**<br><br>Hearing Date:  July 20, 2011<br>Hearing Time: 1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that an **EX PARTE MOTION TO RECONSIDER ORDER APPROVING APPOINTMENT OF ATTORNEY** was filed herein on May 19, 2011 ["Motion," **Dkt. #43**], by the Law Offices of Alan R. Smith, attorney for Debtor.  Said Motion requests the Court to reconsider its decision to bar John J. Gezelin, Esq., from performing work for the Debtor in this matter.  On June 16, 2011, the Court requested that the Motion be set for hearing on July 20, 2011, at 1:30 p.m.

**NOTICE IF FURTHER GIVEN** that any opposing memoranda to the Motion must be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission and Local Rule 9014(d)(1).

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Employ\NOH Mot Reconsider (amend) 061611-dlg.wpd

...[A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court. You <u>must</u> also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may <u>refuse to allow you to speak</u> at the scheduled hearing; and
> - The court may <u>rule against you</u> without formally calling the matter at the hearing.

Copies of the Motion may be obtained by written request from the Law Offices of Alan R. Smith at the address above or may be obtained directly from the Bankruptcy Court's website at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 200 Las Vegas Blvd., South, Las Vegas, Nevada, 89101 on **July 20, 2011, at 1:30 p.m.**

**DATED** this 16th day of June, 2011.

        LAW OFFICES OF ALAN R. SMITH

        By: */s/ Alan R. Smith*
            ALAN R. SMITH, ESQ.
            Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Employ\NOH Mot Reconisder (amend) 061611-dlg.wpd    - 2 -