MICHAEL LEHNERS, ESQ.
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
email: michaellehners@yahoo.com
(775) 786-1695

ecf: 5/30/13

Attorney for Chapter 7 Trustee
ALLEN M. DUTRA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

RICK J. ARNAUD,

　　Debtor.
_____/

CASE NO.: 11-51998-btb
(Chapter 7)

HRG. DATE: 7-2-13
AND TIME: 10:00a

**NOTICE OF HEARING**

TO:　ALL PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that a MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS was filed on 5/29/2013 by Trustee  The Motion seeks the following relief: Sell of the estate property located at 1100 Hart Lane, Hazen Nevada.  Any Opposition must be filed pursuant to Local Rule 9014(d)(1)

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court and serve a copy on the person making the motion **no later than 14 days** preceding the hearing date for the motion, unless an exemption applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority and be supported by affidavits or declarations that conform to Local Rule 9014(e).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You **must** also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person you sent you this notice, then:
>
> The Court may *refuse to allow you to speak* at the scheduled hearing; and
> The Court may **rule against you** without formally calling the matter at the hearing

　　NOTICE IS FURTHER GIVEN that the hearing on said MOTION will be held before a United States Bankruptcy Judge in the Clifton Young Federal Building and Courthouse, Bankruptcy Courtroom, 5th Floor, 300 Booth Street, Reno, Nevada 89509, on the 2nd day of July, 2013. at the hour of 10:00am.

　　DATED this 30 day of May, 2013

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Lehners
　　　　　　　　　　　　　　　　　　　　　　　Michael Lehners, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Trustee