

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 11, 2013

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Joint Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                              Chapter 12

PATRICK AND PATRICIA McCAULEY,                      CASE NO: BK-N-13-50194-btb

                                                    ORDER APPROVING STIPULATION
                                                    TO CONTINUE EVIDENTIARY
                                                    HEARING

                                                    Original Hearing Date: Sept 11, 2013
                                                    Hearing time:  2:00 p.m.

                    Joint Debtors.                  New Hearing Date: Nov. 19, 2013
                                                    New Hearing Time: 2:30 p.m.
_____/

The Court after having reviewed and considered the STIPULATION TO CONTINUE

EVIDENTIARY HEARING ("Stipulation") among creditors, John J. Benner and Mary Alice

Sandstrom, General Partnership, ( the "Benners"), Blake and Stephanie dba Alexandre Family Eco

Dairy Farms (the "Alexandres"), Milton Dambacher, Trustee of the 1987 Dambacher Family Trust

1

(the "Dambacher Trust") and Joint Debtors Patrick and Patricia McCauley (the "Debtors"), by and through their respective counsel and

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation is in all respects APPROVED.

2. The evidentiary hearing set for September 11, 2013 at 2:00 p.m., shall be vacated and shall further be continued to November 19, 2013 at 2:30 p.m..

3. Any opposition and/or reply shall be filed in accordance with the time limits in Local Rule 9014 based on the continued hearing date.

SUBMITTED BY:

WHITE LAW CHARTERED

By: /s/ John White
John White, Esq.
Attorney for the Debtors

APPROVED BY:

BROOKS BAUER LLP

By: see attached signature page
    Christopher S. Connell, Esq.
Attorneys for John J. Benner and Mary Alice Sandstrom, General Partnership

Dated: 9/9/13

MAUPIN, COX & LeGOY

By: /s/ Christopher D. Jaime
    Christopher D. Jaime, Esq.
Attorneys for the Dambacher Trust
Dated: 9/9/13

LAW OFFICES OF AMY N. TIRRE, PC

By: /s/ Amy N. Tirre
    Amy N. Tirre, Esq.
Attorneys for the Alexandres

Dated: 9/9/13

###

2

(the "Dambacher Trust") and Joint Debtors Patrick and Patricia McCauley (the "Debtors"), by and through their respective counsel and

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation is in all respects APPROVED.

2. The evidentiary hearing set for September 11, 2013 at 2:00 p.m., shall be vacated and shall further be continued to November 19, 2013 at 2:30 p.m..

3. Any opposition and/or reply shall be filed in accordance with the time limits in Local Rule 9014 based on the continued hearing date.

SUBMITTED BY:

WHITE LAW CHARTERED

By: /s/ John White
John White, Esq.
Attorney for the Debtors

APPROVED BY:

BROOKS BAUER LLP

By: _____ #8481
Christopher S. Connell, Esq.
Attorneys for John J. Benner and Mary Alice Sandstrom, General Partnership

Dated: 09/09/13

MAUPIN, COX & LeGOY

By: _____
Christopher D. Jaime, Esq.
Attorneys for the Dambacher Trust
Dated: _____

LAW OFFICES OF AMY N. TIRRE, PC

By: _____
Amy N. Tirre, Esq.
Attorneys for the Alexandres

Dated: _____

###

2