## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

**ELECTRONICALLY**

**JUN 2 1 2011**

**FILED**

In re: Integrated Financial Associates, Inc.

| | |
|---|---|
| **Case No.** | 11-13537 |

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** May-11          **PETITION DATE:** 03/14/11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). ___
Dollars reported in    $1

|  |  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|  | a. Current Assets | $3,795,429 | $3,726,930 | |
|  | b. Total Assets | $13,444,504 | $13,371,798 | $13,290,031 |
|  | c. Current Liabilities | $10,132 | $19,764 | |
|  | d. Total Liabilities | $46,120,598 | $46,130,230 | $46,147,387 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
|  | a. Total Receipts | $166,701 | $91,441 | $258,142 |
|  | b. Total Disbursements | $168,948 | $122,433 | $291,381 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,248) | ($30,992) | ($33,240) |
|  | d. Cash Balance Beginning of Month | $187,889 | $218,891 | $230,625 |
|  | e. Cash Balance End of Month (c + d) | $185,642 | $187,899 | $197,385 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $82,338 | $57,718 | $185,811 |
| 5. | **Account Receivables (Pre and Post Petition)** | $3,591,458 | $3,519,063 | |
| 6. | **Post-Petition Liabilities** | $10,132 | $19,764 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $16,202 | $7,973 | |

| At the end of this reporting month: | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | Just Payroll | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X ;          U.S. Trustee Quarterly Fees   X ;  Check if filing is current for: Post-petition tax reporting and tax returns:   X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/20/11                                   _____
                                                Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 05/31/11 _____

| | Current Month | | | Revenues: | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | $0 | 1 | Gross Sales | $0 | |
| | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold        (Schedule 'B') | $0 | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | $0 | |
| $45 | $0 | $45 | 7 | Other Income: | $45 | $0 |
| $112,653 | $112,653 | ($0) | 8 | Loan Servicing & Management Fees | $287,083 | $112,653 |
| $12,500 | $12,500 | $0 | 9 | Rental Income | $31,855 | $12,500 |
| $125,198 | $125,153 | $45 | 10 | **Total Revenues** | $318,983 | $125,153 |
| | | | | **Expenses:** | | |
| $20,875 | $20,875 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $60,710 | $20,875 |
| $5,175 | $4,550 | ($625) | 12 | Salaries | $17,568 | $4,550 |
| | | $0 | 13 | Commissions | $0 | |
| | | $0 | 14 | Contract Labor | $0 | |
| | | | | Rent/Lease: | | |
| $186 | | ($186) | 15 | Personal Property | $1,986 | |
| $5,984 | $2,820 | ($3,164) | 16 | Real Property | $10,060 | $2,820 |
| $646 | $320 | ($326) | 17 | Insurance | $920 | $320 |
| | | $0 | 18 | Management Fees | $0 | |
| | | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| $3,805 | $1,945 | ($1,860) | 20 | Employer Payroll Taxes | $7,499 | $1,945 |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | |
| $338 | $165 | ($173) | 23 | Other Selling | $507 | $165 |
| | $2,095 | $2,095 | 24 | Other Administrative | $577 | $2,095 |
| | | $0 | 25 | Interest | $0 | |
| $150 | $600 | $450 | 26 | Other Expenses:   Telephone | $744 | $600 |
| $509 | | ($509) | 27 | Bank Service Charges | $1,402 | |
| $150 | $270 | $120 | 28 | Computer Maintenance | $768 | $270 |
| $1,140 | $200 | ($940) | 29 | Licenses and Permits | $3,887 | $200 |
| $930 | $265 | ($665) | 30 | Office Supplies | $2,139 | $265 |
| $143 | $140 | ($3) | 31 | Payroll Processing | $636 | $140 |
| $125 | $625 | $500 | 32 | Postage and Delivery | $2,241 | $625 |
| $0 | $125 | $125 | 33 | Printing and Reproduction | $376 | $125 |
| $304 | $25 | ($279) | 34 | Title and Recording Fees | $2,645 | $25 |
| $40,460 | $35,020 | ($5,440) | 35 | **Total Expenses** | $114,664 | $35,020 |
| $84,738 | $90,133 | ($5,395) | 36 | **Subtotal** | $204,318 | $90,133 |
| | | | | **Reorganization Items:** | | |
| ($2,075) | $0 | $2,075 | 37 | Professional Fees | ($17,858) | $7,000 |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| ($325) | ($325) | $0 | 41 | U.S. Trustee Quarterly Fees | ($650) | ($325) |
| | | $0 | 42 | | $0 | |
| ($2,400) | ($325) | ($2,075) | 43 | **Total Reorganization Items** | ($18,508) | $6,675 |
| $82,338 | $89,808 | ($7,470) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $185,811 | $96,808 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $82,338 | $89,808 | ($7,470) | 46 | **Net Profit (Loss)** | $185,811 | $96,808 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | ($13,848) |
| 31 | Payroll taxes | | ($1,131) |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $16,711 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:  Deferred Rental Income | | ($31,855) |
| 42 | Trust Monies | | $41,315 |
| 43 | Accrued Expenses | | ($1,060) |
| 44 | **Total Current Liabilities** | | $10,132 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $10,132 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $4,857,262 |
| 48 | Priority unsecured claims | F | $903,215 |
| 49 | General unsecured claims | F | $40,349,989 |
| 50 | **Total Pre-Petition Liabilities** | | $46,110,466 |
| 51 | **Total Liabilities** | | $46,120,598 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($4,629,697) |
| 53 | Capital Stock | | $100,000 |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | $185,809 |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | ($28,332,206) |
| 59 | **Total Equity (Deficit)** | | ($32,676,094) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $13,444,504 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $112,653 | $509 | |
| 31-60 Days | $112,653 | $16,202 | |
| 61-90 Days | $112,653 | | $16,202 |
| 91+ Days | $3,253,499 | | |
| Total accounts receivable/payable | $3,591,458 | $16,711 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $3,591,458 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
| Product for resale | |
| Distribution - | |
| Products for resale | |
| Manufacturer - | |
| Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
| Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| | |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
Yes _____ No _____
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | __ |
| LIFO cost | __ |
| Lower of cost or market | __ |
| Retail method | __ |
| Other | __ |
| Explain | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | | Cost | Market Value |
|---|---|---|---|
| Machinery & Equipment - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| | | | |
| Furniture & Fixtures - | | | |
| Various Desks, Filing Cabinets | Cost | $46,663 | $5,000 |
| | Accum Depr | ($28,903) | |
| | | | |
| Total | | $17,760 | $5,000 |
| | | | |
| Office Equipment - | | | |
| Various Computer Equipment, Software Applications | Cost | $92,814 | $10,000 |
| and Telephone System | Accum Depr | ($80,588) | |
| Total | | $12,226 | $10,000 |
| | | | |
| Leasehold Improvements - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| | | | |
| Vehicles - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
For the Month Ended _____05/31/11_____

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $23,910 |
| 2 | Cash and cash equivalents - restricted | | $161,733 |
| 3 | Accounts receivable (net) | A | $3,591,458 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $18,328 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $3,795,429 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $5,000 |
| 13 | Office equipment | D | $10,000 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $15,000 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Loan Investments | | $8,533,957 |
| 25 | Investment in LLC's | | $1,100,118 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $9,634,075 |
| 29 | **Total Assets** | | $13,444,504 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**Value determined based on debtor's estimates as of the date of filing it's petitiion. Values assume debtor's ability to liquidate the assets in an orderly fashion over time.**

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $4,857,262 | $4,857,262 |
| Priority claims other than taxes | | |
| Priority tax claims | $903,215 | $903,215 |
| General unsecured claims | $40,349,989 | $40,349,989 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 | Account 7 |
|---|---|---|---|---|---|---|---|
| Bank | CNB | CNB | Bk of NV | CNB | CNB | CNB | US Bk |
| Account Type | Checking | Checking | M.M. | Checking | Checking | Checking | Checking |
| Account No. | 4942 | 5094 | 6301 | 5108 | 4934 | 4926 | -2018 |
| Account Purpose | Operating Acct | Payroll Acct | Compens. Bal. | Recording Fee | Collect Trust | Invest Tr | Old P/R |
| Balance, End of Month | $3,654 | $15,231 | $1,664 | $3,360 | $160,747 | $985 | $0 |
| Total Funds on Hand for all Accounts | $185,642 | | | | | | |

*Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.*

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** ___05/31/11___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | $0 |
| 2 | Cash Received from Sales | | $0 |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 6 | Capital Contributions | | $0 |
| 7 | Loan Servicing Fees | $40,257 | $65,571 |
| 8 | Property Expense Reimbursements | $6,013 | $17,750 |
| 9 | | | $0 |
| 10 | Trust Funds | $92,430 | $123,619 |
| 11 | Bank Transfers In | $28,000 | $96,987 |
| 12 | **Total Cash Receipts** | $166,701 | $303,927 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | $0 |
| 14 | Selling | | $0 |
| 15 | Administrative | $9,046 | $21,081 |
| 16 | Capital Expenditures | | $0 |
| 17 | Principal Payments on Debt | | $0 |
| 18 | Interest Paid | | $0 |
| | Rent/Lease: | | |
| 19 | Personal Property | | $0 |
| 20 | Real Property | $6,970 | $7,241 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $17,997 | $61,819 |
| 22 | Draws | | $0 |
| 23 | Commissions/Royalties | | $0 |
| 24 | Expense Reimbursements | | $0 |
| 25 | Other | | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $4,295 | $18,485 |
| 27 | Management Fees | | $0 |
| | Taxes: | | |
| 28 | Employee Withholding | $3,553 | $10,970 |
| 29 | Employer Payroll Taxes | $2,071 | $6,897 |
| 30 | Real Property Taxes | | $0 |
| 31 | Other Taxes | $1,810 | $3,092 |
| 32 | Other Cash Outflows: | | $0 |
| 33 | Property Expenses | $10,521 | $19,833 |
| 34 | Title and Recording Fees | $304 | $2,632 |
| 35 | CPA Firm - Tax Return Preparation | $2,075 | $17,550 |
| 36 | Trust Funds | $82,305 | $130,864 |
| 37 | Bank Transfers Out | $28,000 | $48,428 |
| 38 | **Total Cash Disbursements:** | $168,948 | $348,892 |
| 39 | **Net Increase (Decrease) in Cash** | ($2,248) | ($44,965) |
| 40 | **Cash Balance, Beginning of Period** | $187,889 | $230,625 |
| 41 | **Cash Balance, End of Period** | $185,642 | $185,660 |

Revised 1/1/98

Integrated Financial Associates
## Reconciliation Detail
CNB Payroll Acct, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 15,846.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| General Journal | 4/30/2011 | 2372 | | X | -70.45 | -70.45 |
| General Journal | 5/15/2011 | 2381 | | X | -10,888.60 | -10,959.05 |
| General Journal | 5/15/2011 | 2381 | | X | -2,904.24 | -13,863.29 |
| General Journal | 5/15/2011 | 2381 | | X | -514.69 | -14,377.98 |
| General Journal | 5/15/2011 | 2381 | | X | -72.83 | -14,450.81 |
| General Journal | 5/31/2011 | 2413 | | X | -10,888.60 | -25,339.41 |
| General Journal | 5/31/2011 | 2413 | | X | -2,720.24 | -28,059.65 |
| **Total Checks and Payments** | | | | | -28,059.65 | -28,059.65 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 4/27/2011 | 1344 | Mary Lisa Williams | X | 514.69 | 514.69 |
| General Journal | 5/27/2011 | 2403 | | X | 27,000.00 | 27,514.69 |
| **Total Deposits and Credits** | | | | | 27,514.69 | 27,514.69 |
| **Total Cleared Transactions** | | | | | -544.96 | -544.96 |
| **Cleared Balance** | | | | | -544.96 | 15,301.46 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 5/31/2011 | 2413 | | | -70.45 | -70.45 |
| **Total Checks and Payments** | | | | | -70.45 | -70.45 |
| **Total Uncleared Transactions** | | | | | -70.45 | -70.45 |
| **Register Balance as of 05/31/2011** | | | | | -615.41 | 15,231.01 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 6/15/2011 | 2414 | | | -10,888.60 | -10,888.60 |
| General Journal | 6/15/2011 | 2414 | | | -2,720.24 | -13,608.84 |
| General Journal | 6/15/2011 | 2414 | | | -70.45 | -13,679.29 |
| **Total Checks and Payments** | | | | | -13,679.29 | -13,679.29 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 6/13/2011 | 2412 | | | 14,000.00 | 14,000.00 |
| **Total Deposits and Credits** | | | | | 14,000.00 | 14,000.00 |
| **Total New Transactions** | | | | | 320.71 | 320.71 |
| **Ending Balance** | | | | | -294.70 | 15,551.72 |



**CITY NATIONAL BANK**

The way up.™

Page 1          (0)

**Account #:** ████5094

This statement: May 31, 2011
Last statement: April 29, 2011

**Contact us:**
702-948-1960

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV 89103

cnb.com

363                                     0830K
INTEGRATED FINANCIAL ASSOCIATES INC
DIP CASE NO. 11-13537
"PAYROLL ACCOUNT"
3311 S RAINBOW BLVD # 209
LAS VEGAS NV  89146

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL.  TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ████5094 | Beginning balance  (4/29/2011) | | $15,846.42 |
| Minimum balance | $1,910.30 | | | |
| Average balance | $9,224.76 | **Credits** Deposits     (0) | + 0.00 | |
| Avg. collected balance | $9,224.00 | Electronic cr  (0) | + 0.00 | |
| | | Other credits (1) | + 27,000.00 | |
| | | **Total credits** | | + $27,000.00 |
| | | **Debits** Checks paid  (0) | - 0.00 | |
| | | Electronic db  (6) | - 27,544.96 | |
| | | Other debits  (0) | - 0.00 | |
| | | **Total debits** | | - $27,544.96 |
| | | **Ending balance  (5/31/2011)** | | $15,301.46 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 5-27 | Account Transfer Cr. FR ACC ████4942 | | 27,000.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 5-4 | Preauthorized Debit ADP PAYROLL FEES ADP - FEES 110504 132SQ  6150020 | 70.45 |
| 5-12 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 110512 202SQ 051319A02 | 2,904.24 |
| 5-12 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 110512 5790194305952SQ | 10,888.60 |
| 5-18 | Preauthorized Debit ADP PAYROLL FEES ADP - FEES 110518 132SQ  6683526 | 72.83 |
| 5-27 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 110527 202SQ 053121A02 | 2,720.24 |
| 5-27 | Preauthorized Debit ADP TX/FINCL SVC ADP - TAX 110527 7110233303022SQ | 10,888.60 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 4-29 | 15,846.42 | 5-12 | 1,983.13 | 5-27 | 15,301.46 | | |
| 5-4 | 15,775.97 | 5-18 | 1,910.30 | | | | |

10:00 AM
06/20/11

# Integrated Financial Associates
## Reconciliation Detail
### CNB Recording Fees, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,812.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 5/10/2011 | 3201 | Riverside County R... | X | -63.00 | -63.00 |
| Check | 5/18/2011 | 3206 | Maricopa County R... | X | -13.00 | -76.00 |
| **Total Checks and Payments** | | | | | -76.00 | -76.00 |
| **Deposits and Credits - 3 Items** | | | | | | |
| Check | 5/18/2011 | 3204 | El Paso County Cle... | X | 0.00 | 0.00 |
| Check | 5/18/2011 | 3205 | El Paso County Cle... | X | 0.00 | 0.00 |
| Check | 5/19/2011 | 3208 | Utah County Recor... | X | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Cleared Transactions** | | | | | -76.00 | -76.00 |
| **Cleared Balance** | | | | | | 3,736.00 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 Items** | | | | | | |
| Check | 1/27/2011 | 1592 | Maricopa County R... | | -10.00 | -10.00 |
| Check | 4/11/2011 | 3001 | Douglas County Clerk | | -138.00 | -148.00 |
| Check | 5/18/2011 | 3203 | Riverside County R... | | -126.00 | -274.00 |
| Check | 5/18/2011 | 3207 | Riverside County R... | | -21.00 | -295.00 |
| Check | 5/18/2011 | 3202 | Riverside County R... | | -21.00 | -316.00 |
| Check | 5/20/2011 | 3209 | Maricopa County R... | | -60.00 | -376.00 |
| **Total Checks and Payments** | | | | | -376.00 | -376.00 |
| **Deposits and Credits - 7 Items** | | | | | | |
| Check | 3/10/2011 | 2012 | Riverside County R... | | 0.00 | 0.00 |
| Check | 4/11/2011 | 3000 | Washoe County Re... | | 0.00 | 0.00 |
| Check | 4/11/2011 | 3007 | Weld County Recor... | | 0.00 | 0.00 |
| Check | 4/13/2011 | 3017 | Riverside County R... | | 0.00 | 0.00 |
| Check | 4/13/2011 | 3025 | Riverside County R... | | 0.00 | 0.00 |
| Check | 4/13/2011 | 3015 | Riverside County R... | | 0.00 | 0.00 |
| Check | 4/13/2011 | 3024 | Riverside County R... | | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Uncleared Transactions** | | | | | -376.00 | -376.00 |
| **Register Balance as of 05/31/2011** | | | | | -452.00 | 3,360.00 |

10:00 AM
06/20/11

## Integrated Financial Associates
### Reconciliation Detail
#### CNB Recording Fees, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
|   **Checks and Payments - 3 items** | | | | | | |
| Check | 6/1/2011 | 3212 | El Paso County Cle.... | | -15.00 | -15.00 |
| Check | 6/1/2011 | 3211 | El Paso County Cle.... | | -15.00 | -30.00 |
| Check | 6/1/2011 | 3210 | Utah County Recor... | | -15.00 | -45.00 |
|   **Total Checks and Payments** | | | | | -45.00 | -45.00 |
| **Total New Transactions** | | | | | -45.00 | -45.00 |
| **Ending Balance** | | | | | -497.00 | 3,315.00 |

# CITY NATIONAL BANK

The way up.

Page 1        (2)

**Account #:** ████5108

This statement: May 31, 2011
Last statement: April 29, 2011

**Contact us:**
702-948-1960

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV 89103

363                                    0830K

INTEGRATED FINANCIAL ASSOCIATES INC
DIP CASE NO. 11-13537
"RECORDING FEES"
3311 S RAINBOW BLVD # 209
LAS VEGAS NV 89146

cnb.com

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT
SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A
BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL. TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ████5108 |
| Minimum balance | $3,736.00 |
| Average balance | $3,795.84 |
| Avg. collected balance | $3,795.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (4/29/2011) | | $3,812.00 |
| Credits | + $0.00 | |
| Debits  Checks paid (2) | - 76.00 | |
|         Electronic db (0) | - 0.00 | |
|         Other debits (0) | - 0.00 | |
|         **Total debits** | | - $76.00 |
| **Ending balance (5/31/2011)** | | $3,736.00 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3201 | 5-24 | 63.00 | 3206 * | 5-31 | 13.00 | * Skip in check sequence | | | | | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 4-29 | 3,812.00 | 5-24 | 3,749.00 | 5-31 | 3,736.00 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Twain Banking Office

9:54 AM
06/20/11

# Integrated Financial Associates
## Reconciliation Detail
### CNB Commercial, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 26,545.27 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 47 Items** | | | | | | |
| Bill Pmt -Check | 4/18/2011 | 1337 | Safeguard Busines... | X | -283.22 | -283.22 |
| Bill Pmt -Check | 4/18/2011 | 1326 | AT&T | X | -13.85 | -297.07 |
| Check | 4/20/2011 | 1339 | Safeguard Busines... | X | -30.00 | -327.07 |
| Check | 4/27/2011 | 1344 | Mary Lisa Williams | X | -514.69 | -841.76 |
| Check | 4/29/2011 | 1340 | Thomas Lea | X | -2,609.00 | -3,450.76 |
| Check | 5/2/2011 | 1345 | Nevada Depart. of ... | X | -1,733.67 | -5,184.43 |
| Bill Pmt -Check | 5/3/2011 | 1355 | Templeton Plaza, L... | X | -6,624.67 | -11,809.10 |
| Bill Pmt -Check | 5/3/2011 | 1354 | U.S. Trustee | X | -975.00 | -12,784.10 |
| Bill Pmt -Check | 5/3/2011 | 1348 | Idaho Power | X | -626.52 | -13,410.62 |
| Bill Pmt -Check | 5/3/2011 | 1351 | Pacer Service Center | X | -576.88 | -13,987.50 |
| Bill Pmt -Check | 5/3/2011 | 1352 | Purchase Power | X | -452.89 | -14,440.39 |
| Bill Pmt -Check | 5/3/2011 | 1350 | Office Depot | X | -367.36 | -14,807.75 |
| Bill Pmt -Check | 5/3/2011 | 1349 | Innovative Network ... | X | -312.69 | -15,120.44 |
| Bill Pmt -Check | 5/3/2011 | 1346 | AFCO | X | -277.23 | -15,397.67 |
| Bill Pmt -Check | 5/3/2011 | 1353 | Quixx | X | -121.55 | -15,519.22 |
| Bill Pmt -Check | 5/3/2011 | 1347 | AT&T | X | -84.81 | -15,604.03 |
| Check | 5/6/2011 | 1356 | City of Las Vegas | X | -20.00 | -15,624.03 |
| General Journal | 5/9/2011 | 2415 | | X | -360.00 | -15,984.03 |
| Bill Pmt -Check | 5/9/2011 | 1357 | Public Storage | X | -89.00 | -16,073.03 |
| General Journal | 5/9/2011 | 2415 | | X | -85.00 | -16,158.03 |
| General Journal | 5/9/2011 | 2415 | | X | -29.20 | -16,187.23 |
| General Journal | 5/9/2011 | 2415 | | X | -25.00 | -16,212.23 |
| Bill Pmt -Check | 5/17/2011 | 1371 | Ovist & Howard, CP... | X | -2,075.00 | -18,287.23 |
| Bill Pmt -Check | 5/17/2011 | 1361 | Idaho Power | X | -1,433.11 | -19,720.34 |
| Bill Pmt -Check | 5/17/2011 | 1366 | US Trustee | X | -1,300.00 | -21,020.34 |
| Bill Pmt -Check | 5/17/2011 | 1362 | Ken Templeton Rea... | X | -802.86 | -21,823.20 |
| Bill Pmt -Check | 5/17/2011 | 1374 | Xerox Corporation | X | -402.70 | -22,225.90 |
| Bill Pmt -Check | 5/17/2011 | 1359 | Cox Communicatio... | X | -261.46 | -22,487.36 |
| Bill Pmt -Check | 5/17/2011 | 1373 | Public Storage - Rai... | X | -187.00 | -22,674.36 |
| Bill Pmt -Check | 5/17/2011 | 1360 | DEX ONE | X | -169.00 | -22,843.36 |
| Bill Pmt -Check | 5/17/2011 | 1370 | Innovative Network ... | X | -150.00 | -22,993.36 |
| Bill Pmt -Check | 5/17/2011 | 1363 | Pitney Bowes | X | -133.48 | -23,126.84 |
| Bill Pmt -Check | 5/17/2011 | 1369 | FedEx | X | -124.95 | -23,251.79 |
| Bill Pmt -Check | 5/17/2011 | 1368 | Arrowhead | X | -80.00 | -23,331.79 |
| Check | 5/17/2011 | 1358 | Office Depot | X | -77.80 | -23,409.59 |
| Bill Pmt -Check | 5/17/2011 | 1367 | Public Storage | X | -69.00 | -23,478.59 |
| Bill Pmt -Check | 5/17/2011 | 1364 | Pitney Bowes Glob... | X | -65.48 | -23,544.07 |
| Bill Pmt -Check | 5/17/2011 | 1365 | Safeguard Busines... | X | -32.43 | -23,576.50 |
| Bill Pmt -Check | 5/17/2011 | 1372 | Pitney Bowes | X | -30.00 | -23,606.50 |
| Bill Pmt -Check | 5/18/2011 | 1375 | Verizon | X | -149.60 | -23,756.10 |
| Check | 5/19/2011 | 1379 | Clark County Dept. ... | X | -440.00 | -24,196.10 |
| Check | 5/23/2011 | 1380 | Secretary of State | X | -650.00 | -24,846.10 |
| Check | 5/24/2011 | 1381 | Summerwind Parth... | X | -100.00 | -24,946.10 |
| Bill Pmt -Check | 5/25/2011 | 1384 | DEX ONE | X | -169.00 | -25,115.10 |
| Check | 5/26/2011 | 1386 | Red Carpet | X | -492.00 | -25,607.10 |

9:54 AM
-06/20/11

# Integrated Financial Associates
## Reconciliation Detail
### CNB Commercial, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 5/27/2011 | 2403 | | X | -27,000.00 | -52,607.10 |
| Check | 5/31/2011 | 1387 | Carpinteria Partners... | X | -1,000.00 | -53,607.10 |
| **Total Checks and Payments** | | | | | **-53,607.10** | **-53,607.10** |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 5/3/2011 | | | | 2,183.82 | 2,183.82 |
| Deposit | 5/3/2011 | | | X | 2,701.67 | 4,885.49 |
| Deposit | 5/5/2011 | | | X | 692.45 | 5,577.94 |
| Deposit | 5/9/2011 | | | X | 24,305.41 | 29,883.35 |
| Deposit | 5/10/2011 | | | X | 2,979.36 | 32,862.71 |
| Deposit | 5/16/2011 | | | X | 45.00 | 32,907.71 |
| Deposit | 5/16/2011 | | | X | 5,720.89 | 38,628.60 |
| Deposit | 5/23/2011 | | | X | 500.00 | 39,128.60 |
| Deposit | 5/27/2011 | | | X | 400.00 | 39,528.60 |
| Deposit | 5/31/2011 | | | X | 1,000.00 | 40,528.60 |
| Deposit | 5/31/2011 | | | X | 1,650.00 | 42,178.60 |
| **Total Deposits and Credits** | | | | | **42,178.60** | **42,178.60** |
| **Total Cleared Transactions** | | | | | **-11,428.50** | **-11,428.50** |
| **Cleared Balance** | | | | | **-11,428.50** | **15,116.77** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Bill Pmt -Check | 12/2/2010 | 11924 | Chicago Title | | -222.00 | -222.00 |
| Bill Pmt -Check | 2/3/2011 | 12036 | Kemmons Wilson I... | | -3,634.82 | -3,856.82 |
| Bill Pmt -Check | 3/10/2011 | 12583 | The Sall Law Firm | | -452.91 | -4,309.73 |
| Check | 3/11/2011 | 12584 | Bogatz & Associate... | | -1,500.00 | -5,809.73 |
| Bill Pmt -Check | 3/14/2011 | 12597 | Travelers | | -1,218.00 | -7,027.73 |
| Check | 3/14/2011 | 12590 | William B. Dyer | | -736.07 | -7,763.80 |
| Bill Pmt -Check | 3/14/2011 | 12596 | The Sall Law Firm | | -523.64 | -8,287.44 |
| Bill Pmt -Check | 3/14/2011 | 12594 | Office Depot | | -245.91 | -8,533.35 |
| Bill Pmt -Check | 3/14/2011 | 12592 | Innovative Network ... | | -165.00 | -8,698.35 |
| Bill Pmt -Check | 3/14/2011 | 12598 | Verizon | | -148.56 | -8,846.91 |
| Check | 3/14/2011 | 12599 | Secretary of State | | -35.00 | -8,881.91 |
| Check | 3/14/2011 | 12591 | Mary Lisa Williams | | -20.00 | -8,901.91 |
| Bill Pmt -Check | 5/18/2011 | 1377 | U.S. Trustee | | -325.00 | -9,226.91 |
| Bill Pmt -Check | 5/18/2011 | 1378 | U.S. Trustee | | -325.00 | -9,551.91 |
| Bill Pmt -Check | 5/18/2011 | 1376 | U.S. Trustee | | -325.00 | -9,876.91 |
| Check | 5/24/2011 | 1382 | The Mahoney Group | | -1,060.40 | -10,937.31 |
| Bill Pmt -Check | 5/25/2011 | 1385 | Idaho Power | | -237.21 | -11,174.52 |
| Bill Pmt -Check | 5/25/2011 | 1383 | Aflac | | -48.20 | -11,222.72 |
| Check | 5/31/2011 | 1388 | Division of Mortgag... | | -700.00 | -11,922.72 |
| **Total Checks and Payments** | | | | | **-11,922.72** | **-11,922.72** |

Integrated Financial Associates
Reconciliation Detail
CNB Commercial, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/20/2010 | | | | 460.00 | 460.00 |
| **Total Deposits and Credits** | | | | | 460.00 | 460.00 |
| **Total Uncleared Transactions** | | | | | -11,462.72 | -11,462.72 |
| Register Balance as of 05/31/2011 | | | | | -22,891.22 | 3,654.05 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 6/3/2011 | 1390 | William B. Dyer | | -1,001.19 | -1,001.19 |
| Check | 6/3/2011 | 1389 | Office Depot | | -186.93 | -1,188.12 |
| General Journal | 6/8/2011 | 2411 | Pitney Bowes Purch... | | -1,000.00 | -2,188.12 |
| Check | 6/8/2011 | 1391 | Hazel Lake Holding... | | -400.00 | -2,588.12 |
| Check | 6/9/2011 | 1393 | Tuscany Partners, ... | | -719.47 | -3,307.59 |
| Check | 6/9/2011 | 1392 | Tuscany Partners 2... | | -100.00 | -3,407.59 |
| Check | 6/10/2011 | 1394 | Tiffany Dyer | | -256.00 | -3,663.59 |
| General Journal | 6/13/2011 | 2412 | | | -14,000.00 | -17,663.59 |
| Bill Pmt -Check | 6/13/2011 | 1395 | Applied Business S... | | -4,797.60 | -22,461.19 |
| Bill Pmt -Check | 6/13/2011 | 1397 | Templeton Plaza, L... | | -2,819.47 | -25,280.66 |
| Bill Pmt -Check | 6/13/2011 | 1396 | DEX ONE | | -169.00 | -25,449.66 |
| Bill Pmt -Check | 6/15/2011 | 1405 | Idaho Power | | -1,796.19 | -27,245.85 |
| Bill Pmt -Check | 6/15/2011 | 1404 | Franchise Tax Board | | -851.78 | -28,097.63 |
| Bill Pmt -Check | 6/15/2011 | 1406 | Ken Templeton Rea... | | -802.86 | -28,900.49 |
| Check | 6/15/2011 | 1400 | Bremerton Holdings... | | -750.00 | -29,650.49 |
| Bill Pmt -Check | 6/15/2011 | 1407 | Premium Financing ... | | -486.24 | -30,136.73 |
| Bill Pmt -Check | 6/15/2011 | 1403 | FedEx | | -329.65 | -30,466.38 |
| Bill Pmt -Check | 6/15/2011 | 1409 | Cox Communicatio... | | -276.00 | -30,742.38 |
| Bill Pmt -Check | 6/15/2011 | 1408 | Xerox Corporation | | -156.25 | -30,898.63 |
| Check | 6/15/2011 | 1398 | Isleton Land Holdin... | | -100.00 | -30,998.63 |
| Check | 6/15/2011 | 1399 | Roseville Partners L... | | -100.00 | -31,098.63 |
| Bill Pmt -Check | 6/15/2011 | 1402 | Arrowhead | | -63.74 | -31,162.37 |
| Bill Pmt -Check | 6/15/2011 | 1401 | Am Corn, Inc. | | -40.00 | -31,202.37 |
| **Total Checks and Payments** | | | | | -31,202.37 | -31,202.37 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 6/6/2011 | | | | 1,150.00 | 1,150.00 |
| Deposit | 6/7/2011 | | | | 31,461.94 | 32,611.94 |
| Deposit | 6/8/2011 | | | | 400.00 | 33,011.94 |
| Deposit | 6/9/2011 | | | | 719.47 | 33,731.41 |
| Deposit | 6/15/2011 | | | | 750.00 | 34,481.41 |
| Deposit | 6/15/2011 | | | | 5,258.01 | 39,739.42 |
| Deposit | 6/17/2011 | | | | 13,047.95 | 52,787.37 |
| **Total Deposits and Credits** | | | | | 52,787.37 | 52,787.37 |
| **Total New Transactions** | | | | | 21,585.00 | 21,585.00 |
| **Ending Balance** | | | | | -1,306.22 | 25,239.05 |

# CITY NATIONAL BANK
## The way up.

Page 1          (42)

**Account #:** ▓▓▓▓4942

This statement: May 31, 2011
Last statement: April 29, 2011

**Contact us:**
702-948-1960

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV 89103

363                              0830K

INTEGRATED FINANCIAL ASSOCIATES INC
DIP CASE NO. 11-13537
"COMMERCIAL ACCT"
3311 S RAINBOW BLVD # 209
LAS VEGAS NV 89146

cnb.com

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT
SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A
BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL.  TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ▓▓▓4942 | Beginning balance (4/29/2011) | | $26,545.27 |
| Minimum balance | $13,268.20 | | | |
| Average balance | $33,061.35 | Credits  Deposits      (11) | + 42,178.60 | |
| Avg. collected balance | $32,869.00 | Electronic cr (0) | + 0.00 | |
| | | Other credits (0) | + 0.00 | |
| | | Total credits | | + $42,178.60 |
| | | | | |
| | | Debits   Checks paid  (42) | - 26,107.90 | |
| | | Electronic db (0) | - 0.00 | |
| | | Other debits (5) | - 27,499.20 | |
| | | Total debits | | - $53,607.10 |
| | | | | |
| | | Ending balance (5/31/2011) | | $15,116.77 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 5-3 | Deposit | | 2,183.82 |
| 5-3 | Deposit | | 2,701.67 |
| 5-10 | Deposit | | 692.45 |
| 5-10 | Deposit | | 2,979.36 |
| 5-10 | Deposit | | 24,305.41 |
| 5-17 | Deposit | | 45.00 |
| 5-17 | Deposit | | 5,720.89 |
| 5-24 | Deposit | | 500.00 |
| 5-31 | Deposit | | 400.00 |
| 5-31 | Deposit | | 1,000.00 |
| 5-31 | Deposit | | 1,650.00 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1326 | 5-2 | 13.85 | 1344 * | 5-2 | 514.69 | 1348 | 5-6 | 626.52 | 1352 | 5-9 | 452.89 |
| 1337 * | 5-5 | 283.22 | 1345 | 5-9 | 1,733.67 | 1349 | 5-5 | 312.69 | 1353 | 5-13 | 121.55 |
| 1339 * | 5-4 | 30.00 | 1346 | 5-6 | 277.23 | 1350 | 5-16 | 367.36 | 1354 | 5-18 | 975.00 |
| 1340 | 5-5 | 2,609.00 | 1347 | 5-9 | 84.81 | 1351 | 5-10 | 576.88 | 1355 | 5-4 | 6,624.67 |

INTEGRATED FINANCIAL ASSOCIATES INC
May 31, 2011

Page 2
Account #: ████4942

## CHECKS PAID (Continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|--------|------|--------|
| 1356 | 5-9 | 20.00 | 1383 | 5-23 | 133.48 | 1370 | 5-23 | 150.00 | 1380 | 5-26 | 650.00 |
| 1357 | 5-13 | 89.00 | 1384 | 5-23 | 65.48 | 1371 | 5-19 | 2,075.00 | 1381 | 5-25 | 100.00 |
| 1358 | 5-18 | 77.80 | 1365 | 5-31 | 32.43 | 1372 | 5-23 | 30.00 | 1384 * | 5-31 | 169.00 |
| 1359 | 5-19 | 261.46 | 1366 | 5-25 | 1,300.00 | 1373 | 5-20 | 187.00 | 1386 * | 5-26 | 492.00 |
| 1360 | 5-23 | 169.00 | 1367 | 5-20 | 69.00 | 1374 | 5-19 | 402.70 | 1387 | 5-31 | 1,000.00 |
| 1361 | 5-23 | 1,433.11 | 1368 | 5-23 | 80.00 | 1375 | 5-23 | 149.60 | * Skip in check sequence | | |
| 1362 | 5-17 | 802.86 | 1369 | 5-20 | 124.95 | 1379 * | 5-24 | 440.00 | | | |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 5-9 | Debit Memo TNET WIRE AINTENANCE | | 25.00 |
| 5-9 | Debit Memo TNET TRANSACTIONS 1-500 | | 29.20 |
| 5-9 | Debit Memo TNET MAINTENANCE 1ST ACCOUNT | | 85.00 |
| 5-9 | Debit Memo TNET MAINTENANCE ACCTS 2-25 | | 360.00 |
| 5-27 | Account Transfer Dr. TO ACC ████5094 | | 27,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 4-29 | 26,545.27 | 5-6 | 20,138.89 | 5-17 | 49,133.78 | 5-24 | 42,810.20 |
| 5-2 | 26,016.73 | 5-9 | 17,348.32 | 5-18 | 48,080.98 | 5-25 | 41,410.20 |
| 5-3 | 30,902.22 | 5-10 | 44,748.66 | 5-19 | 45,341.82 | 5-26 | 40,268.20 |
| 5-4 | 24,247.55 | 5-13 | 44,538.11 | 5-20 | 44,960.87 | 5-27 | 13,268.20 |
| 5-5 | 21,042.64 | 5-16 | 44,170.75 | 5-23 | 42,750.20 | 5-31 | 15,116.77 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# TRUST ACCOUNT BANK RECONCILIATION

**COMPANY**

Integrated Financial Associates, Inc.
3311 S. Rainbow Blvd., Suite 209
Las Vegas NV 89146

**RECONCILIATION SUMMARY**

| | | |
|---|---|---|
| Reconciliation Summary As Of | | 05/31/2011 |
| Bank Statement Opening Date | | 04/01/2011 |
| Bank Statement Closing Date | | 05/31/2011 |
| Bank Statement Opening Balance | | $150,997.51 |
| Bank Statement Closing Balance | = | $161,122.07 |
| Plus Deposits in Transit Totaling | + | $0.00 |
| Less Outstanding Checks Totaling | – | $375.00 |
| Adjusted Bank Balance | = | $160,747.07 |
| Trust Account Balance | – | $160,747.07 |
| Unreconciled Difference | = | $0.00 |

**ACCOUNT INFORMATION**

Collection Trust Account
Sun West Bank
5830 W. Flamingo Rd
Las Vegas, NV  89103
0010008189

## OUTSTANDING DEPOSITS AND OTHER CREDITS

| Date | Reference | Type | From Whom Received or To Whom Paid | Amount |
|---|---|---|---|---|
| | | | 0 Outstanding Deposits and Other Credits | $0.00 |

## OUTSTANDING CHECKS

| Date | Reference | Type | From Whom Received or To Whom Paid | Amount |
|---|---|---|---|---|
| 03/11/2011 | 78163 | CHK | Kapex, LLC | $375.00 |
| | | | 1 Outstanding Checks | $375.00 |

# Integrated Financial Associates

Bank Reconciliation - Cleared Deposits and Checks

Cutoff Date:  5/31/11

## Deposits

| Date | Reference | Acct | Name | Memo | Clear Status | Deposits | Checks |
|---|---|---|---|---|---|---|---|
| 5/2/2011 | WIRE | | Redwood Land Holdings, LLC | Escrow Release on Sale to Bob Zamar | C | 50,000.00 | |
| 5/3/2011 | 1015 | 41 | Deborah Stout Trust | Lender Payment | C | 2,226.39 | |
| 5/5/2011 | 1067 | 643 | Meteor Limited Partnership | Lender Payment | C | 692.45 | |
| 5/9/2011 | 10026 | 1031 | KDC Holdings, LLC | Lender Payment | C | 23,809.24 | |
| 5/9/2011 | 1709 | 791 | Marguerite E. Luce Living Trust | Lender Payment | C | 60.20 | |
| 5/9/2011 | 1802 | 784 | Ronald J. Fadel M.D. | Lender Payment | C | 338.21 | |
| 5/9/2011 | 2 | 1008 | Meadows Ranch Holdings, LLC | Lender Payment | C | 93.40 | |
| 5/9/2011 | 5004 | 166 | Marleen Schmouley-Hamre | Lender Payment | C | 230.00 | |
| 5/10/2011 | 10070 | 877 | KLT Family Ltd Partnership | Lender Payment | C | 1,979.36 | |
| 5/10/2011 | 65960 | 27 | Carefree Holdings L.P. | Lender Payment | C | 1,000.00 | |
| 5/16/2011 | 1 | 1015 | Palm Air II, LLC | Lender Payment | C | 7,687.91 | |
| 5/16/2011 | 12347 | 140 | Ken II Revocable Family Trust | Lender Payment | C | 2,917.42 | |
| 5/16/2011 | 3744 | 356 | MAP Family Trust Of 9/29/82 | Lender Payment | C | 695.39 | |
| 5/23/2011 | 1008 | 556 | Jane P. Wittich Trust | Lender Payment | C | 125.00 | |
| 5/23/2011 | 5870 | 555 | Gunther G. Wittich Trust | Lender Payment | C | 375.00 | |
| 5/27/2011 | 7901 | 331 | Kim Stoddard Gerringer | Lender Payment | C | 200.00 | |
| | | | | Total | | 92,429.97 | |

## Checks

| Date | Reference | Acct | Name | Memo | Clear Status | Deposits | Checks |
|---|---|---|---|---|---|---|---|
| 5/2/2011 | 9999 | | Redwood Land Holdings, LLC | Incoming Wire Charge | C | | 13.00 |
| 5/3/2011 | 5625 | | Cypress-Fairbanks ISD Tax Assessor | 2010 Property Taxes | C | | 19,928.92 |
| 5/3/2011 | 5626 | | Harris Co. M.U.D. #230 | 2010 Taxes | C | | 11,973.53 |
| 5/3/2011 | 5627 | | Don Summers, CPA, RTA | 2010 Taxes | C | | 11,625.13 |
| 5/3/2011 | 5629 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 2,183.82 |
| 5/5/2011 | 5631 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 692.45 |
| 5/5/2011 | 5632 | | EL Land Holdings 1, LLC | | C | | 1,976.90 |
| 5/9/2011 | 5635 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 24,305.41 |
| 5/10/2011 | 5636 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 2,979.36 |
| 5/16/2011 | 5638 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 5,720.89 |
| 5/23/2011 | 5641 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 500.00 |
| 5/26/2011 | 9999 | | Integrated Financial Associates, Inc. | Bank Research Charge | C | | 6.00 |

Monday, June 20, 2011

Page 1 of 2

Page 2 of 2

# Integrated Financial Associates

**Bank Reconciliation** - *Cleared Deposits and Checks*

**Cutoff Date:** 5/31/11

| Date | Reference | Acct | Name | Memo | Clear Status | Deposits | Checks |
|---|---|---|---|---|---|---|---|
| 5/27/2011 | 5642 | BROKER | Integrated Financial Associates, Inc. | Vendor Check | C | | 400.00 |
| | | | | **Total** | | 92,429.97 | 82,305.41 |
| | | | | **Grand Totals** | | | 82,305.41 |

Monday, June 20, 2011

# CITY NATIONAL BANK
## The way up.

Page 1          (11)

Account #: ████4934

This statement: May 31, 2011
Last statement: April 29, 2011

Contact us:
702-948-1960

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV 89103

363                    0830K
INTEGRATED FINANCIAL ASSOCIATES INC
DIP CASE NO. 11-13537
"COLLECTION ACCT"
3311 S RAINBOW BLVD # 209
LAS VEGAS NV 89146

cnb.com

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL.  TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | ████4934 |
| Minimum balance | $155,748.24 |
| Average balance | $170,111.82 |
| Avg. collected balance | $169,912.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (4/29/2011) | | | $150,997.51 |
| Credits | Deposits (7) | + 42,429.97 | |
| | Electronic cr (1) | + 50,000.00 | |
| | Other credits (0) | + 0.00 | |
| | **Total credits** | | + $92,429.97 |
| Debits | Checks paid (11) | - 82,286.41 | |
| | Electronic db (0) | - 0.00 | |
| | Other debits (2) | - 19.00 | |
| | **Total debits** | | - $82,305.41 |
| Ending balance (5/31/2011) | | | $161,122.07 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 5-3 | Deposit | | 2,226.39 |
| 5-10 | Deposit | | 692.45 |
| 5-10 | Deposit | | 2,979.36 |
| 5-10 | Deposit | | 24,531.05 |
| 5-17 | Deposit | | 11,300.72 |
| 5-24 | Deposit | | 500.00 |
| 5-31 | Deposit | | 200.00 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 5-2 | Incoming Wire-Dom | 50,000.00 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5625 | 5-10 | 19,928.92 | 5629 * | 5-3 | 2,183.82 | 5635 * | 5-10 | 24,305.41 | 5641 * | 5-24 | 500.00 |
| 5626 | 5-10 | 11,973.53 | 5631 * | 5-10 | 692.45 | 5636 | 5-10 | 2,979.36 | 5642 | 5-31 | 400.00 |
| 5627 | 5-11 | 11,625.13 | 5632 | 5-16 | 1,976.90 | 5638 * | 5-17 | 5,720.89 | * Skip in check sequence |

INTEGRATED FINANCIAL ASSOCIATES INC
May 31, 2011

Page 2
Account #: ██████4934

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 5-2 | Service Charge INCOMING WIRE-DOM | #25·028 *Kidweek frags* | 13.00 |
| 5-26 | Debit Memo RESEARCH & COPY | | 6.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 4-29 | 150,997.51 | 5-10 | 169,350.27 | 5-17 | 161,328.07 | 5-31 | 161,122.07 |
| 5-2 | 200,984.51 | 5-11 | 157,725.14 | 5-24 | 161,328.07 | | |
| 5-3 | 201,027.08 | 5-16 | 155,748.24 | 5-26 | 161,322.07 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Twain Banking Office

Page 1

10:15 AM
08/20/11

## Integrated Financial Associates
## Reconciliation Detail
### Bank of Nevada MM, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,674.17 |
| **Cleared Transactions** | | | | | | |
| Checks and Payments - 1 Item | | | | | | |
| General Journal | 5/31/2011 | 2416 | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| Deposits and Credits - 1 Item | | | | | | |
| General Journal | 5/31/2011 | 2416 | | X | 0.29 | 0.29 |
| Total Deposits and Credits | | | | | 0.29 | 0.29 |
| Total Cleared Transactions | | | | | -9.71 | -9.71 |
| **Cleared Balance** | | | | | -9.71 | 1,664.46 |
| Register Balance as of 05/31/2011 | | | | | -9.71 | 1,664.46 |
| **Ending Balance** | | | | | **-9.71** | **1,664.46** |



BANK OF NEVADA
P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 00012 01                    PAGE:    1
ACCOUNT:          6301   05/31/2011
DOCUMENTS:               0
```

```
INTEGRATED FINANCIAL ASSOCIATES INC                    30
3311 S RAINBOW BLVD STE 209                              0
LAS VEGAS NV  89146                                      0
```

========================================================================
                         BANK OF NEVADA
     Effective 3/28/11, our funds availability policy has changed. Our policy
     to make funds from deposits available to you generally on the first
     business day after the date we receive your deposit has not changed.
     However, if we must postpone availability of funds you deposit by check,
     we have increased the amount that may be made available to you on the
     first business day after your deposit date from $100 to $200.

========================================================================
             BUSINESS MONEY MARKET ACCOUNT        6301
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................... | | | 04/29/11 | 1,674.17 |
| INTEREST | | .29 | 05/31/11 | 1,674.46 |
| SERVICE CHARGE | 10.00 | | 05/31/11 | 1,664.46 |
| BALANCE THIS STATEMENT ........................... | | | 05/31/11 | 1,664.46 |

```
TOTAL CREDITS     (1)        .29
TOTAL DEBITS      (1)      10.00

- - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:        1,674.17  INTEREST EARNED:                    .29
AVERAGE AVAILABLE BALANCE:     1,674.17  DAYS IN PERIOD:                      32
INTEREST PAID THIS PERIOD:          .29  ANNUAL PERCENTAGE YIELD EARNED:  .20%
INTEREST PAID 2011:               1.41

     - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

     TOTAL CHARGE FOR BUSINESS MMDA:                  10.00
              * * *  C O N T I N U E D  * * *
```

```
                              003 00012 01              PAGE:      2
                              ACCOUNT:        ████6301  05/31/2011
                              DOCUMENTS:              0
```

INTEGRATED FINANCIAL ASSOCIATES INC

```
================================================================================
            BUSINESS MONEY MARKET ACCOUNT  ████6301
================================================================================

      - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

 *****************************************************************************
 *                              |    TOTAL FOR   |      TOTAL           *
 *                              |   THIS PERIOD  |   YEAR TO DATE       *
 *------------------------------------------------------------------------*
 * TOTAL OVERDRAFT FEES:        |        .00     |          .00         *
 *------------------------------------------------------------------------*
 * TOTAL RETURNED ITEM FEES:    |        .00     |          .00         *
 *****************************************************************************
```

10:12 AM
06/20/11

Page 1

# Integrated Financial Associates
## Reconciliation Detail
### CNB Investor Trust, Period Ending 05/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 985.27 |
| **Cleared Transactions** | | | | | | |
|   Deposits and Credits - 1 item | | | | | | |
| General Journal | 5/31/2011 | 2416 | | X | 0.08 | 0.08 |
|     Total Deposits and Credits | | | | | 0.08 | 0.08 |
|   Total Cleared Transactions | | | | | 0.08 | 0.08 |
| **Cleared Balance** | | | | | 0.08 | 985.35 |
| Register Balance as of 05/31/2011 | | | | | 0.08 | 985.35 |
| **Ending Balance** | | | | | **0.08** | **985.35** |



**CITY NATIONAL BANK**
The way up.

Page 1          (0)

**Account #:** ████4926

This statement: May 31, 2011
Last statement: April 29, 2011

**Contact us:**
702-948-1960

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV  89103

363                              0830K

INTEGRATED FINANCIAL ASSOCIATES INC
DIP CASE NO. 11-13537
"INVESTOR TRUST"
3311 S RAINBOW BLVD # 209
LAS VEGAS NV 89146

cnb.com

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL. TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Money Market Investment Acct

| | | | |
|---|---|---|---|
| Account number | ████4926 | Beginning balance | $985.27 |
| Minimum balance | $985.27 | Total credits | .08 |
| Average balance | $985.27 | Total debits | .00 |
| Avg. collected balance | $985.00 | Ending balance | $985.35 |
| | | Interest paid YTD | $ 0.20 |

### INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 04-29-11 | 0.100% | | | | | | |

### CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 05-31 | Interest Credit | | .08 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-29 | 985.27 | 05-31 | 985.35 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Twain Banking Office