1  CANDACE C. CARLYON, ESQ.
   Nevada Bar No. 02666
2  SHEA & CARLYON, LTD.
   701 Bridger Ave., Suite 850
3  Las Vegas, NV 89101
4  Telephone: (702) 471-7432
   Facsimile: (702) 471-7435
5  E-mail: ccarlyon@sheacarlyon.com

6  Attorneys for Creditor
7  VESTIN REALTY MORTGAGE II, INC.

8

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: BK-S-11-13537-LBR<br>Chapter 11 |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., | |
| Debtor. | Hearing Date: August 3, 2011<br>Hearing Time: 2:00 p.m. |

**NOTICE OF HEARING ON MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. §1104 (OR, IF NOT GRANTED, TO APPOINT EXAMINER)**

NOTICE IS HEREBY GIVEN that a Motion to Appoint Trustee Pursuant to 11 U.S.C. §1104 (or, if not Granted, to Appoint Examiner) (the "Motion") was filed on July 1, 2011 by Vestin Realty Mortgage II, Inc., ("Vestin"). The Motion seeks an order seeks appointment of a Trustee in this matter (or, if not granted, appointment of an Examiner, with the duties of the Examiner to include investigation into insider transactions, investigation of potential avoidance actions, investigation of the potential to unwind the merger or subordinate the resulting claims, and the advisability of prompt liquidation). The Motion will be heard on **August 3, 2011 at 2:00 p.m.**, by a United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd. So., Las Vegas, NV 89101. A copy of the above referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court

for the District of Nevada, Foley Federal Building, 300 Las Vegas Blvd. So., Las Vegas, NV 89101; via the bankruptcy court's website at ww.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be filed and served pursuant to Local Rule 9014(d)(1), which provides:

> . . . [a]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 1st day of July, 2011.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Attorneys for Creditor
VESTIN REALTY MORTGAGE II, INC.