ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*July 11, 2011*

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

| | |
|---|---|
| In Re:<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation<br><br>Debtor.<br><br>_____/ | Case No. BK-11-13537-LBR<br>Chapter 11<br><br>**MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF ITS PLAN OF REORGANIZATION**<br><br>Hearing Date: August 24, 2011<br>Hearing Time: 2:00 p.m. |

Debtor, INTEGRATED FINANCIAL ASSOCIATES, INC., (the "Debtor"), through its counsel, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, respectfully represents as follows:

1. Debtor INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation (hereinafter "Debtor") filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code on March 14, 2011.

2. The 120-day period during which the Debtor may file a plan of reorganization expires on July 12, 2011. By this Motion, the Debtor requests a sixty-day extension of its exclusivity period, to September 12, 2011. Debtor also seeks a corresponding extension of the time period to obtain confirmation of a proposed plan of reorganization.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Mot Ext Excl Periods 071111-dlg.wpd

1        3.      The 60-day extension of time requested herein is necessary due to the
2 complexity of the case.  There are approximately 115 unsecured creditors.  The Debtor
3 services multiple loans and manages a number of limited liability companies.  Essentially the
4 plan will revolve around collection of servicing fees and the sale of properties.  The Debtor
5 is in the process of formulating projections which will be the basis fo the plan.  Debtor is
6 proceeding diligently in its efforts, and believes it will be able to formulate an acceptable
7 plan of reorganization within the extension of time requested herein.

8        4.      The request set forth herein is Debtor's first request for an extension of time
9 in which to file a plan.  It is believed that an extension of 60 days to file the plan will be
10 necessary.  Debtor would also request an extension of the exclusivity period to obtain
11 confirmation of his filed plan of reorganization.  Section 1121(d) of the Bankruptcy Code
12 authorizes the Court to grant an extension of the exclusive time period for filing and
13 obtaining confirmation of a debtor's plan, assuming cause is shown therefor. Debtor believes
14 that cause is indicated.

15        WHEREFORE, Debtor respectfully requests this Court enter its Order extending the
16 120-day exclusive time period to file his plan of reorganization, more specifically, from July
17 12, 2011, to and including September 12, 2011, and further that a 60-day extension also be
18 granted for the corresponding exclusive period for obtaining confirmation of Debtor's filed
19 plan of reorganization.

20        **DATED** this 11th day of July, 2011.

21                                        LAW OFFICES OF ALAN R. SMITH

22                                        By:_____*/s/ Alan R. Smith*_____
23                                              ALAN R. SMITH, ESQ.
                                                Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Mot Ext Excl Periods 071111-dlg.wpd    - 2 -