**Entered on Docket**
**July 29, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Craig S. Dunlap (NV Bar No. 4974)
Jeffrey J. Steffen (NV Bar No. 9912)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
ldavis@fclaw.com

Attorneys for MB-Bona, LLC and OUTSOURCE
SERVICES MANAGEMENT, LLC, dba Presidium
Asset Solutions, Interested Parties

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada Corporation, | Case No. BK-11-13537-LBR |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **Hearing Date:  July 20, 2011** **Hearing Time: 1:30 p.m.** **Location:  300 Las Vegas Blvd. South Courtroom #1 Las Vegas, Nevada 89101** |

The Motion for Relief from the Automatic Stay ("Motion") filed by MB-BONA,

LLC ("MB-Bona") and OUTSOURCE SERVICES MANAGEMENT, LLC, dba

Presidium Asset Solutions ("OSM"), the Managing Member of MB-Bona, came on

regularly for hearing with appearances noted on the record.  The Court having

1    considered the Motion and the Debtor's Statement of Non-Opposition to the Motion, and

2    other good cause appearing,

3        IT IS HEREBY ORDERED THAT relief from the automatic stay of 11 U.S.C. §

4    362(a) is granted for the purpose of allowing the parties to proceed with discovery and

5    proceed to judgment with respect to the Complaint, and defenses to the Complaint, filed

6    in the non-bankruptcy litigation entitled <u>Integrated Financial Associates, Inc. v. Marshall</u>

7    <u>Bank, N.A., et al.</u>, U.S. District Court for the Central District of California, Southern

8    Division, Case No. EDCV 10-00209-AG (Opx).

9        IT IS SO ORDERED.

10   SUBMITTED BY:

11   FENNEMORE CRAIG, P.C.

12

13   By:    /s/ Laurel E. Davis
            Laurel E. Davis
14   Counsel for MB-Bona, LLC and
     OUTSOURCE SERVICES MANAGEMENT, LLC
15

16

17                              # # #

18

19

20

21

22

23

24

25

26

LAS/LDAVIS/120134.2/029924.0001

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

_X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| Alan R. Smith |  |  | Mr. Smith filed a statement of non-opposition, but then objected to the Order regarding counterclaims; per the Court's ruling, the counterclaims reference was omitted. This revised Order was sent to Mr. Smith on 7/20/11. Despite follow up, he has not responded. |

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Laurel E. Davis
Laurel E. Davis

FENNEMORE CRAIG, P.C.

LAS VEGAS

LAS/LDAVIS/120134.2/029924.0001

- 3 -