ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email: robert@kupperlin.com
**KUPPERLIN LAW GROUP, LLC**
10120 S Eastern Ave, Suite 202
Henderson, NV 89052
Telephone: (702) 614-6004
Facsimile: (702) 614-0647

*Attorney for creditors: The Ron Markin Living Trust; Stanley Paher 1997 Living Trust; John David Kruger Family Trust; Peter J. and Angela A. Becker Revocable Trust Dated November 14, 1984; Ralph Covell; Kevin J Donahoe Separate Property Trust UAD 2-11-99; Larry E. Carter Revocable Trust; Robert & Donna McDonald Family Trust; and JJC Living Trust*

E-filed August 30, 2011

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC.;<br>            Debtor. | Case No.  11-13537-LBR<br>Chapter 11<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

## VERIFIED STATEMENT OF ROBERT ATKINSON, ESQ. MADE PURSUANT TO BANKRUPTCY RULE 2019

STATE OF NEVADA    )
COUNTY OF CLARK    )

I, Robert Atkinson, being first duly sworn, make this verified statement

1. I am an attorney licensed to practice law in the State of Nevada, and am employed by the law firm of Kupperlin Law Group, LLC.

2. This verified statement is made of my own personal knowledge, to the best of my information and belief.

3. Kupperlin Law Group, LLC is counsel for nine creditors in the above-captioned bankruptcy case [*In re Integrated Financial Associates, Inc.*] pending in the United States Bankruptcy Court, District of Nevada. The nine creditors represented are

      i. **The Ron Markin Living Trust**, at address 2100 Strada Mia Court, Las Vegas, NV 89117.
      ii. **Stanley Paher 1997 Living Trust**, at address 4135 Badger Circle, Reno, NV 89509.
      iii. **John David Kruger Family Trust**, at address 1307 S Commerce St., Las Vegas, NV 89102.
      iv. **Peter J. and Angela A. Becker Revocable Trust Dated November 14, 1984**, at address 34 Burning Tree Court, Las Vegas, NV 89113.
      v. **Ralph Covell**, at address 5694 Bridge St., Cambria, CA 93428.
      vi. **Kevin J Donahoe Separate Property Trust UAD 2-11-99**, at address 192 Bartizan Dr., Las Vegas, NV 89138
      vii. **Larry E. Carter Revocable Trust**, at address 22 Innisbrook Ave., Las Vegas, NV 89113
      viii. **Robert & Donna McDonald Family Trust**, at address 9605 Runaway Court, Las Vegas, NV 89117
      ix. **JJC Living Trust**, at address 13405 El Camino Real, Etascadero CA 93422

4. These nine are the only parties currently represented by Kupperlin Law Group, LLC in this bankruptcy case.

5. We were directly employed by each of the clients for representation in this matter. Each of the creditors paid $500 to Kupperlin Law as a retainer for representation. They have not yet been invoiced, nor have they paid any more than that. The source of the $500 for each client was the client, or in some instances the trustee of the client who paid in their individual capacity.

6. To the best of my knowledge and belief, the nature and amount of each creditor's unsecured claim against the bankruptcy estate are as shown in the debtor's Schedule F (DE #65). Each is a holder of a promissory note evidencing an obligation of Debtor arising from the merger of IFA and IFA Capital earlier this year.[1]

///
///
///
///
///

---

[1] Although not a claim against the debtor and therefore are beyond the scope of this Verified Statement, for full disclosure: (i) one or more clients may have an interest in secured debt relating to an affiliated LLC; and (ii) one or more clients has small ownership interests in affiliates of the debtor. The precise nature and amount of these interests are still being identified.

Signed under penalty of perjury this 30th day of August, 2011.

ROBERT ATKINSON

***ACKNOWLEDGEMENT:***

This instrument was acknowledged before me on AUGUST 30, 2011 by ROBERT ATKINSON.

Signature of Notarial Officer



KATHLEEN GOULDING
Notary Public, State of Nevada
Appointment No. 10-3556-1
My Appt. Expires Oct 7, 2014