ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*September 9, 2011*

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

| | |
|---|---|
| In Re:<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada Corporation<br><br>                    Debtor.<br><br>_____/ | Case No. BK-11-13537-LBR<br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME ON DEBTOR'S MOTION TO APPROVE SALE OF ASSETS TO BRYTAR COMPANY**<br><br>Hearing Date:  September 15, 2011<br>Hearing Time:  9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that on September 2, 2011, Debtor, INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation, filed its Motion To Approve Sale of Assets To Brytar Company [**Dkt. No. 316**] (the "Motion"), and its Ex Parte Motion For Order Shortening Time on Debtor's Motion To Approve Sale of Assets To Brytar Company [**Dkt. No. 318**] by electronic filing with the United States Bankruptcy Court, District of Nevada. The Motion requests an order authorizing the sale of its fractionalized interest in a certain secured promissory note. The Order Shortening Time For Notice And Hearing on Debtor's Motion To Approve Sale of Assets To Brytar Company was entered by the Court on September 9, 2011 [**Dkt. No. 321**].

**NOTICE IF FURTHER GIVEN** that any opposing memoranda to the Motion must be filed by **September 14, 2011** and any reply's may be presented at the hearing.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Mot Sell Assets\NOH Mot Sell 090911-rmb.wpd

The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

Copies of the Motion may be obtained by written request from the Law Offices of Alan R. Smith at the address above or may be obtained directly from the Bankruptcy Court's website at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509, or the United States Bankruptcy Court Clerk's Office at 300 Las Vegas Blvd., South, Las Vegas, Nevada 89101, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

**NOTICE IF FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada 89101 on **September 15, 2011 at 9:30 a.m.**

**DATED** this 9th day of September, 2011.

LAW OFFICES OF ALAN R. SMITH

By:     /s/ Alan R. Smith
        ALAN R. SMITH, ESQ.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Mot Sell Assets\NOH Mot Sell 090911-rmb.wpd

- 2 -