Entered on Docket
October 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Counsel for Debtor

*ELECTRONICALLY LODGED*
*September 28, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

In Re:

INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation

Debtor.

_____/

Case No. BK-11-13537-LBR
Chapter 11

**ORDER GRANTING MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF ITS PLAN OF REORGANIZATION**

Hearing Date: August 30, 2011
Hearing Time: 2:30 p.m.

The matter of the Debtor's Motion For Extension Of Debtor's Exclusive Time Periods To File And Obtain Confirmation Of Its Plan Of Reorganization (the "Motion") came on for hearing before this Court on August 25, 2011. An opposition to the Motion was filed by Vestin Realty Mortgage II, Inc., through its counsel, Candace C. Carlyon, Esq., of Shea & Carlyon, Ltd. The Debtor appeared with its counsel, Alan R. Smith, Esq.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Mot Ext Excl Periods 092811-dlg.wpd

Candace C. Carlyon, Esq. appeared on behalf of Vestin Realty Mortgage II, Inc. Other appearances were noted on the record. The Court having considered the pleadings on file, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's exclusive period to file a plan of reorganization as set forth in 11 U.S.C. § 1121(b)(2) shall be extended to October 7, 2011, and that the time period in which to obtain confirmation of a plan shall be extended until December 6, 2011.

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

■ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

**APPROVED/DISAPPROVED**

SHEA & CARLYON, LTD.

By: _____
Candace C. Carlyon, Esq.
Attorney for Vestin Realty Mortgage II, Inc.

Unrepresented parties appearing: NONE.

Trustee:
No Appearance at hearing; no additional service required.

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH
By: _/s/ Alan R. Smith_
ALAN R. SMITH, ESQ.
Attorney for Debtor

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Mot Ext Excl Periods 092811-dlg.wpd    - 2 -