ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*October 6, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

—ooOoo—

In Re:

INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation

Debtor.

_____/

Case No. BK-11-13537-LBR
Chapter 11

**NOTICE OF HEARING ON DEBTOR'S SECOND MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVE TIME PERIODS TO FILE AND OBTAIN CONFIRMATION OF ITS PLAN OF REORGANIZATION**

Hearing Date: November 9, 2011
Hearing Time: 2:00 p.m.

**NOTICE IS HEREBY GIVEN** that on October 6, 2011, Debtor, INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation, filed its Debtor's Second Motion For Extension Of Debtor's Exclusive Time Periods To File And Obtain Confirmation of His Plan of Reorganization by electronic filing with the United States Bankruptcy Court, District of Nevada. The Motion requests a thirty-day extension to file its plan of reorganization, more specifically, from October 7, 2011, to and including December 6, 2011, and further that a 30-day extension also be granted for the corresponding exclusive period for obtaining confirmation of Debtor's filed plan of reorganization.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\NOH Mot 2nd Ext Excl Periods 100511-dlg.wpd

1  **NOTICE IF FURTHER GIVEN** that any opposing memoranda to the Motion must be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission and Local Rule 9014(d)(1).

...[A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

Copies of the Motion may be obtained by written request from the Law Offices of Alan R. Smith at the address above or may be obtained directly from the Bankruptcy Court's website at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

///
///
///
///
///
///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\NOH Mot 2nd Ext Excl Periods 100511-dlg.wpd - 2 -

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Courtroom First Floor, Reno, Nevada on **November 9, 2011 at 2:00 p.m.**

**DATED** this 5th day of October, 2011.

LAW OFFICES OF ALAN R. SMITH

By: _/s/ Alan R. Smith_
ALAN R. SMITH, ESQ.
Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\NOH Mot 2nd Ext Excl Periods 100511-dlg.wpd - 3 -