**Entered on Docket
October 07, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar No. 3005)
Craig S. Dunlap (NV Bar No. 4974)
Jeffrey J. Steffen (NV Bar No. 9912)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
ldavis@fclaw.com

Attorneys for MB-Bona, LLC and OUTSOURCE SERVICES MANAGEMENT, LLC, dba Presidium Asset Solutions, Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada Corporation, | Case No. BK-11-13537-LBR |
| | **ORDER GRANTING AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor. | |
| | Hearing Date: September 28, 2011
Hearing Time: 3:00 p.m.
Location: 300 Las Vegas Blvd. South
Courtroom #1
Las Vegas, Nevada 89101 |

The <u>Amended Motion for Relief from the Automatic Stay</u> ("Motion") filed by MB-BONA, LLC ("MB-Bona") and OUTSOURCE SERVICES MANAGEMENT, LLC, dba Presidium Asset Solutions ("OSM"), the Managing Member of MB-Bona,

FENNEMORE CRAIG, P.C.
LAS VEGAS

124469.1/029924.0001

1  came on regularly for hearing with appearances noted on the record.  The Court having
2  considered the Motion and the Debtor's Statement of Limited Opposition to the Motion,
3  and other good cause appearing,
4      IT IS HEREBY ORDERED THAT relief from the automatic stay as set forth in
5  11 U.S.C. § 362(a) is granted to allow any party to file any and all claims for affirmative
6  relief against the Debtor in the non-bankruptcy litigation entitled <u>Integrated Financial
7  Associates, Inc. v. Marshall Bank, N.A., et al.</u>, U.S. District Court for the Central
8  District of California, Southern Division, Case No. EDCV 10-00209-AG (Opx) (the
9  "Counter-Claims" and the "Non-Bankruptcy Litigation," respectively).
10      The automatic stay continues to remain lifted with respect to the prosecution of
11  all defenses to the Non-Bankruptcy Litigation and to the Debtor's operative Complaint
12  filed in that litigation (the "Debtor's Non-Bankruptcy Complaint"), and to proceeding
13  with all discovery as well as to judgment on the Debtor's Non-Bankruptcy Complaint,
14  and on all defenses to the Debtor's Non-Bankruptcy Complaint.  The parties in the Non-
15  Bankruptcy Litigation further may proceed with all motion practice, including, but not
16  limited to, motions to dismiss the Debtor's Non-Bankruptcy Complaint, with prejudice,
17  for the Debtor's failure to appoint counsel in the Non-Bankruptcy Litigation, or for any
18  other reason whatsoever.  Pending disposition of such motion(s) to dismiss the Debtor's
19  Non-Bankruptcy Complaint, the parties in the Non-Bankruptcy Litigation may not
20  prosecute the Counter-Claims without further order of this Court.
21      IT IS SO ORDERED.
22  SUBMITTED BY:
23
24  FENNEMORE CRAIG, P.C.
25  By:  /s/ Craig S. Dunlap
       Craig S. Dunlap
26  Counsel for MB-Bona, LLC and

FENNEMORE CRAIG, P.C.  
LAS VEGAS

124469.1/029924.0001

- 2 -

1  OUTSOURCE SERVICES MANAGEMENT, LLC

2  APPROVED/DISAPPROVED:

3

4  By: _____
5        Candace Carlyon

6  Counsel for Vestin Realty Mortgage II Inc

7  APPROVED/DISAPPROVED:

8

9  By: _____
10       Alan R. Smith

11 Counsel for the Debtor

12

13 APPROVED/DISAPPROVED:

14

15 By: _____
        Athanasis Agelakopolous
16

17 Counsel for United States Trustee's Office

18

19 APPROVED/DISAPPROVED:

20

21 By: _____
        Ryan Works

22 Counsel for Kenneth Templeton and Steven Kalb

23

24

25

26  / / /

FENNEMORE CRAIG, P.C.
LAS VEGAS

124469.1/029924.0001

- 3 -

1
2   APPROVED/DISAPPROVED:
3
4   By: _____
            Dawn Cica
5
6   Counsel for Edward Erganian Investments, LLP

7                                                   # # #

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FENNEMORE CRAIG, P.C.
LAS VEGAS

124469.1/029924.0001

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ___ The court has waived the requirement set forth in LR 9021(b)(1).

    ___ No party appeared at the hearing or filed an objection to the motion.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

|  | APPROVED | DISAPPROVED | NO RESPONSE |
| --- | --- | --- | --- |
| Candace Carlyon |  |  | X |
| Alan Smith |  |  | X |
| Athanasis Agelakopolous |  |  | X |
| Ryan Works |  |  | X |
| Dawn Cica |  |  | X |

    ___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                /s/ Mia Hurtado
                             An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
LAS VEGAS

124469.1/029924.0001