# Exhibit "A"

In re: Integrated Financial Associates, Inc.

Case No. 11-13537-LBR

## Statement of Financial Affairs
### 3.b. Payment to any creditor within 90 days

| Date | Number | Payee | Memo | Payment |
|---|---|---|---|---|
| 12/20/10 | 11933 | Bank of Nevada | Payment on loan and for forbearance from collection. Listed for informational purposes only. | $2,648,904.14 |
| 1/11/11 | 11981 | Bank of Nevada | Legal Expenses for Forbearance | $1,815.78 |
| 2/15/11 | 12504 | Bank of Nevada | Interest | $17,556.64 |
| 2/24/11 | 12516 | Bank of Nevada | Late Fee | $877.83 |
| 3/1/11 | 12573 | Bank of Nevada | Interest | $15,857.62 |
| | | | | $2,685,012.01 |
| 1/11/11 | 11998 | CB Richard Ellis | Broker Commission for Property Lease | $7,500.00 |
| | | | | $7,500.00 |
| 12/23/10 | 11968 | Cypress-Fairbanks ISD Tax Assessor | Property Taxes - From Escrow Loan 25-028 | $2,922.98 |
| 2/2/11 | 12032 | Cypress-Fairbanks ISD Tax Assessor | Property Taxes - From Escrow Loan 25-028 | $2,922.98 |
| 2/2/11 | 12034 | Cypress-Fairbanks ISD Tax Assessor | Property Taxes - From Escrow Loan 25-028 | $2,922.98 |
| 2/28/11 | 12552 | Cypress-Fairbanks ISD Tax Assessor | Property Taxes - From Escrow Loan 25-028 | $8,768.94 |
| 12/23/10 | 11969 | Don Sumners, CPA, RTA | Property Taxes - From Escrow Loan 25-028 | $1,768.80 |
| 2/2/11 | 12033 | Don Sumners, CPA, RTA | Property Taxes - From Escrow Loan 25-028 | $1,768.80 |
| 2/2/11 | 12035 | Don Sumners, CPA, RTA | Property Taxes - From Escrow Loan 25-028 | $1,768.80 |
| 2/28/11 | 12553 | Don Sumners, CPA, RTA | Property Taxes - From Escrow Loan 25-028 | $14,494.02 |
| | | | | $19,800.42 |
| 1/27/11 | 12025 | Imperial Credit Corporation | Insurance Premium Financing | $3,701.08 |
| 2/24/11 | 12521 | Imperial Credit Corporation | Insurance Premium Financing | $1,492.09 |
| 3/4/11 | 12563 | Imperial Credit Corporation | Insurance Premium Financing | $1,492.09 |
| | | | | $6,685.26 |
| 2/9/11 | 12051 | Integrated Managers, LLC | Open Subsidiary Bank Accounts | $10,000.00 |
| 12/23/10 | 11964 | Ken Templeton Realty | Employee Health Insurance Premium | $1,144.41 |
| 1/11/11 | 11991 | Ken Templeton Realty | Employee Health Insurance Premium | $1,144.41 |
| 1/13/11 | 12017 | Ken Templeton Realty | Expense Reimbursement | $3,750.00 |
| 3/4/11 | 12564 | Ken Templeton Realty | Employee Health Insurance Premium | $1,144.41 |
| 3/7/11 | 12572 | Ken Templeton Realty | Employee Health Insurance Premium | $1,144.41 |
| | | | | $8,327.64 |

1

**In re: Integrated Financial Associates, Inc.**  
Case No. 11-13537-LBR

## Statement of Financial Affairs
### 3.b. Payment to any creditor within 90 days

| Date | Number | Payee | Memo | Payment |
|---|---|---|---|---|
| 1/27/11 | 12022 | Law Offices of Alan R. Smith | Legal | $9,113.50 |
| 2/1/11 | 12028 | Law Offices of Alan R. Smith | Legal | $186.90 |
| 3/9/11 | 12579 | Law Offices of Alan R. Smith | Legal | $10,500.00 |
| 3/10/11 | 12582 | Law Offices of Alan R. Smith | Legal | $45,000.00 |
|  |  |  |  | $64,800.40 |
| 12/20/10 | 11936 | Law Offices of John M. Netzorg | Legal | $5,000.00 |
| 12/23/10 | 11953 | Law Offices of John M. Netzorg | Legal | $330.00 |
| 3/7/11 | 12567 | Law Offices of John M. Netzorg | Legal | $4,597.62 |
|  |  |  |  | $9,927.62 |
| 12/23/10 | 11954 | Law Offices of Timothy Thomas | Legal | $983.77 |
| 12/29/10 | 11973 | Law Offices of Timothy Thomas | Legal | $4,000.00 |
| 2/25/11 | 12548 | Law Offices of Timothy Thomas | Legal | $5,000.00 |
| 3/4/11 | 12556 | Law Offices of Timothy Thomas | Legal | $3,000.00 |
|  |  |  |  | $12,983.77 |
| 12/23/10 | 11967 | Santoro, Driggs Et Al | Legal | $7,000.96 |
| 12/23/10 | 11959 | Templeton Plaza, LLC | Rent | $3,805.20 |
| 1/11/11 | 11995 | Templeton Plaza, LLC | Rent | $3,805.20 |
| 2/24/11 | 12535 | Templeton Plaza, LLC | Rent | $3,805.20 |
| 2/25/11 | 12547 | Templeton Plaza, LLC | Rent | $3,805.20 |
|  |  |  |  | $15,220.80 |
| 12/29/10 | 11938 | Thomas Lea | Contract Services | $2,609.00 |
| 1/21/11 | 12020 | Thomas Lea | Contract Services | $2,609.00 |
| 1/27/11 | 12023 | Thomas Lea | Contract Services | $2,609.00 |
| 2/10/11 | 12055 | Thomas Lea | Expense Reimbursement | $375.00 |
| 2/28/11 | 12514 | Thomas Lea | Contract Services | $2,609.00 |
| 3/14/11 | 12585 | Thomas Lea | Contract Services | $2,609.00 |
| 2/16/11 | 12505 | Tom Lea | Contract Services | $2,609.00 |
|  |  |  |  | $16,029.00 |

2

In re: Integrated Financial Associates, Inc.

Case No. 11-13537-LBR

## Statement of Financial Affairs
### 3.b. Payment to any creditor within 90 days

| Date | Number | Payee | Memo | Payment |
|---|---|---|---|---|
| 1/12/11 | 12008 | Troy & Gould | Legal | $20,000.00 |
| 12/23/10 | 11937 | US Bank | Payroll | $15,000.00 |
| 1/7/11 | 11976 | US Bank | Payroll | $40,000.00 |
| 1/27/11 | 12024 | US Bank | Payroll | $20,000.00 |
| 2/22/11 | 12512 | US Bank | Payroll | $40,000.00 |
|  |  |  |  | $115,000.00 |
| 1/4/11 | 11974 | William B. Dyer | Expense Reimbursement | $2,081.18 |
| 2/14/11 | 12501 | William B. Dyer | Expense Reimbursement | $2,500.00 |
| 2/23/11 | 12515 | William B. Dyer | Expense Reimbursement | $1,589.17 |
| 3/14/11 | 12590 | William B. Dyer | Expense Reimbursement | $736.07 |
|  |  |  |  | $6,906.42 |
| 1/12/11 | 12014 | Winthrop Couchot | Legal | $1,128.54 |
| 1/12/11 | 12015 | Winthrop Couchot | Legal | $4,892.79 |
|  |  |  |  | $6,021.33 |

3