# Exhibit "D"

# Integrated Financial Associates, Inc.
## Executory Contracts - Loan Servicing Agreements

Investor
Name

| Loan: | 20-009 Tri Star Properties LC | Loan Amount: | $822,000 |
|---|---|---|---|
| | | Loan Origination Date | 5/19/2000 |

Arthur Snyder
CTI Capital Holdings, LLC
EFKTV Holdings LLC, Series A
Holladay Ranch Holdings LP
Kurt Larsen
M. Roohanipur MD Ltd. Pension Trust
Premier Trust, Agent for Manpex, LLC Profit Sharing
Ray W. Millisor Trust DTD 1/15/92 as restated

| Loan: | 20-018 The Ranches IV | Loan Amount: | $1,381,858 |
|---|---|---|---|
| | | Loan Origination Date | 12/29/2000 |

Allison Hensey,Trustee
Andrea F. Banks
Bobi J. Templeton Family Trust
Carefree Holdings L.P.
David and Dawn Burns Trust
Deborah Stout Trust
E.H. Sedgwick AIMPP
EFKTV Holdings LLC, Series A
First Regional Bank cust. FBO Neil Glover IRA
First Western Capital
George D. and Barbara Kalb, JTWRS
Gus and Virginia Thiros Trust
Henry B. Soloway 2006 Revocable Family Trust
Hugh Templeton
Integrated Financial Associates
Jackie DeLaney, IRA
James and Reba Cardwell Family Trust
James Carollo
James F. Montgomery
James Schryver Trust
Joel Fine
Kakes and B-Boys, LLC
Larry Carter Trust
M. Roohanipur MD Ltd. Pension Trust
Mark Heese
MBK Holdings, LLC
Paul Bruggemans
Pete and Angela Becker Trust
R. H. Ziegler & Assoc. PP&T
Ray W. Millisor Irrevocable Education Trust
Richard Gawlik, IRA
Robert and Beverly Carollo, JTWRS
Robert and Donna McDonald Family Trust
Robert and Ruth Raasveld Family Trust
Ronald D. Kadziel
SCWAK, LLC
Sharon G. Brandsness Trust
Shauna Hood
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
Stout Management
The Hensey Living Trust
The William & Lea Ahern Family Trust
Theodore M. Liese

**Integrated Financial Associates, Inc.**
**Executory Contracts - Loan Servicing Agreements**

|  | Investor<br>Name |
|---|---|
|  | Timothy and Denise Cashman Revocable Family Tru |
|  | Walsh Family Trust |

| Loan: | 23-003 **Micro Investments LC** | Loan Amount: | $1,685,712 |
|---|---|---|---|
|  |  | Loan Origination Date | 2/18/2003 |
|  | KDC Holdings, LLC |  |  |

| Loan: | 23-014 **Tuscany, LLC** | Loan Amount: | $3,291,570 |
|---|---|---|---|
|  |  | Loan Origination Date | 6/10/2003 |

Annette Parker Trust
Beatrice S. Bernstein Rev. Fam. Tr. FBO Carol B. O
Betty Engelstad, Rollover IRA
Caryl J. Guth Trust
Caryl J. Guth, IRA
Dan Bozanic
Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9
David B. Krynzel
Deborah Stout Trust
DeEtte Carter Revocable Trust
Earle Romak, IRA
EFKTV Holdings LLC, Series A
Evalyn C. Taylor
Frank R. Nolimal & Robin F. Nolimal Family Trust
George D. and Barbara Kalb, JTWRS
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Glenn Raynes & Rene M. Raynes Revocable Family
Henry B. Soloway 1991 Irrevocable Trust
Hilary Schmutz
Integrated Financial Associates
James and Reba Cardwell Family Trust
John A. Hunt, PC Profit Sharing Plan and Trust
John Falstad Marital Trust
Jon A. Griffin and Judy A. Griffin, JTWRS
Jonathan Jaggers Trust
Kalb Construction Co. Profit Sharing Plan
Karin B. Soloway Irrevocable Trust DTD 4/25/96
Laurie Engel Family Ltd. Ptsp
Marshall Shields
Michael H. Schulman
Milton Bozanic
Mimi Griffin
Newby 1984 Trust
O'Keefe Living Trust
Paul Bruggemans
Pete and Angela Becker Trust
Peter Yogman & Dianne Walker, JTWRS
Premier Trust of Nevada C/F Rene M. Raynes, IRA
Raleigh, Hunt & McGarry P.P. 12/12/93 FBO A. Rale
Raleigh, Hunt & McGarry P.P. 12/12/93 FBO C. Rale
Ray W. Millisor Trust DTD 1/15/92 as restated
Robert and Ruth Raasveld Family Trust
Ruby Valley Holdings, LLC
Ruth Oshins Revocable Family Trust
Schulman Family Foundation
Schwartz Family Trust
SCWAK, LLC
Soloway Limited Partners

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| Sunrise Mountain Holdings, LLC |
| Tenth Street Funding, LP |
| The Maheu Companies, Ltd. |
| Thomas L. & Theresa E. Eden Family Trust |
| WAS Living Trust DTD 4/30/04 |
| White Pine Enterprises, LLC |

| | | | Loan Amount: | $3,900,000 |
| --- | --- | --- | --- | --- |
| **Loan:** | **24-005** | **Tuscany Parcel 2, LLC** | **Loan Origination Date** | **3/16/2004** |

Beatrice S. Bernstein Rev. Fam. Tr. FBO Carol B. O
Betty Engelstad, Rollover IRA
Caryl J. Guth Trust
Deborah Stout Trust
DO NOT USE - Tim McGarry
EFKTV Holdings LLC, Series A
George D. and Barbara Kalb, JTWRS
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Glenn Raynes & Rene M. Raynes Revocable Family
Henry B. Soloway 1991 Irrevocable Trust
Hilary Schmutz
Integrated Financial Associates
James and Reba Cardwell Family Trust
John A. Hunt, PC Profit Sharing Plan and Trust
John Falstad Marital Trust
Kalb Construction Co. Profit Sharing Plan
Karin B. Soloway Irrevocable Trust DTD 4/25/96
Laurie Engel Family Ltd. Partnership
Laurie Engel Family Ltd. Partnership-1
Newby 1984 Trust
Peter Yogman & Dianne Walker, JTWRS
Pyramid Lake Holding, LLC
Raleigh, Hunt & McGarry P.P. 12/12/93 FBO A. Rale
Raleigh, Hunt & McGarry P.P. 12/12/93 FBO C. Rale
Reba Clark, IRA
Richard & Carol Oshins Revocable Family Trust
Ruby Valley Holdings, LLC
Ruth Oshins Revocable Family Trust
SCWAK, LLC
Silver City Enterprises, LLC
Soloway Limited Partners
Sunrise Mountain Holdings, LLC
Tenth Street Funding, LP
Tom O Rourke
White Pine Enterprises, LLC

| | | | Loan Amount: | $8,806,552 |
| --- | --- | --- | --- | --- |
| **Loan:** | **24-021** | **Sand Castle Nuevo Ranch II, LLC** | **Loan Origination Date** | **9/9/2004** |

Anthony C. & Linda A. Pusateri Family Trust
Betty Engelstad, Rollover IRA
CJ Managed Assets Ltd. Partnership
David M. Carver Family Ltd. Partnership
DeEtte Carter Revocable Trust
Di Biase 1979 Trust/Survivors Administrative Trust
George D. and Barbara Kalb, JTWRS
Glenn Raynes & Rene M. Raynes Revocable Family
Integrated Financial Associates
Joann P. Clark Legacy Trust

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

|  | Investor<br>Name |
|---|---|
|  | Jon A. Griffin and Judy A. Griffin, JTWRS |
|  | Jonathan Jaggers Trust |
|  | Joseph D. Pezzano Living Trust |
|  | Kalb Construction Co. Profit Sharing Plan |
|  | Kathleen Jones Steele Sep. Prop. Trust |
|  | Larry Carter Trust |
|  | Margaret A. Vasilakos Living Trust 2004 |
|  | Michael J. Proto & Helen Proto Revocable Living Tru |
|  | Pyramid Lake Holding, LLC |
|  | Ray W. Millisor Trust DTD 1/15/92 as restated |
|  | Rene C. Blanchard Trust DTD 2/14/73 |
|  | Ruby Valley Holdings, LLC |
|  | SCWAK, LLC |
|  | SDS Trust DTD 12/18/2002 |
|  | Sherman H. Simmons |
|  | Silver City Enterprises, LLC |
|  | Sunrise Mountain Holdings, LLC |
|  | Tenth Street Funding, LP |
|  | The Maheu Companies, Ltd. |
|  | The Vasilakos Family Trust |
|  | The William & Lea Ahern Family Trust |
|  | VG Revocable Trust |
|  | White Pine Enterprises, LLC |

|  | Loan Amount: | $3,650,000 |
|---|---|---|
| **Loan:    24-027  Desert Highlands Associates, LLC** | **Loan Origination Date** | **12/13/2004** |

|  |
|---|
| Alain Rastrelly Revocable Living Trust |
| Anthony C. & Linda A. Pusateri Family Trust |
| Butrick Family Trust DTD 4/10/00 |
| Carolyn Ann Huggins & Murray A. Huggins Revocabl |
| Craig and Diane Shanklin JTWRS |
| Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9 |
| David M. Carver Family Ltd. Partnership |
| Dennis Duesing |
| Donna M. Kraft Separate Property Trust |
| Evalyn C. Taylor |
| Harold Richards Trust |
| Hugh Templeton |
| Integrated Financial Associates |
| Jane P. Wittich Trust |
| JMBP Family Trust DTD 8/1/05 |
| Jon A. Griffin and Judy A. Griffin, JTWRS |
| Joseph D. Pezzano Living Trust |
| Kalb Construction Co. Profit Sharing Plan |
| M. Roohanipur MD Ltd. Pension Trust |
| MAPCA, INC.  Profit Sharing Plan Trust |
| Margaret A. Vasilakos Living Trust 2004 |
| Michael Friedman Revocable Trust |
| Mobility, Inc. |
| Nevada Trust Company C/F Daryl Alterwitz, IRA |
| O'Keefe Living Trust |
| Premier Trust, Agent for Manpex, LLC Profit Sharing |
| Richard J. Kraft |
| Rick Templeton |
| RJ Brosio Family, L.P. |
| SDS Trust DTD 12/18/2002 |
| Sherman H. Simmons |
| Stanley Paher Trust |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| *Investor Name* |
| --- |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| The Vasilakos Family Trust |
| William E. Walsh & Elaine M. Walsh Fam. Trust |

| | | | *Loan Amount:* | **$8,500,000** |
| --- | --- | --- | --- | --- |
| *Loan:* | *25-006* | *Desert Highlands Associates, LLC* | *Loan Origination Date* | *2/25/2005* |

Baron Family Trust
Bobi J. Templeton Family Trust
Brian D. Baxter Sr. & Patricia A. Baxter, JTWRS
Cero, Inc.
CJ Managed Assets Ltd. Partnership
Craig and Diane Shanklin JTWRS
D. Carson Trust
Dan Bozanic
Deborah Stout Trust
DeEtte Carter Revocable Trust
Di Biase 1979 Trust/Survivors Administrative Trust
Dorothy Paher
Dwight & Mary Ann Harouff, JTWRS
Frank R. Nolimal & Robin F. Nolimal Family Trust
Fuson Family 1998 Revocable Trust
Glenn Raynes & Rene M. Raynes Revocable Family
Gunther G. Wittich Trust
Gus and Virginia Thiros Trust
Hugh Templeton
Integrated Financial Associates
JA Kretsch Financial Retirement Plan
Jacquelyn A. McDaniel
James and Reba Cardwell Family Trust
Jason Shields
Jeremy Shields
Jon A. Griffin and Judy A. Griffin, JTWRS
Jonathan Jaggers Trust
Jonathan Snyder
Joseph D. Pezzano Living Trust
Kalb Construction Co. Profit Sharing Plan
L.F.A.F. Family Trust
Larry E. Carter Revocable Trust
Lincoln Trust Company, Trustee FBO Faith Conor Fi
Lincoln Trust Company, Trustee FBO Joel M. Fine I
MAP Family Trust  Of 9/29/82
Marshall Shields IRA
Michael & Karen Feeney, JTWRS
Michael J. Proto & Helen Proto Revocable Living Tru
Milton Bozanic
O'Keefe Living Trust
Philip & Adele Engel Family Trust
Prism Management Pension Trust
Pyramid Lake Holding, LLC
Ray W. Millisor Trust DTD 1/15/92 as restated
Richard A. Oshins 1995 Irrevocable Trust
Rick Templeton
Robert and Ruth Raasveld Family Trust
SCWAK, LLC
SDS Trust DTD 12/18/2002
Sean Properties, LLC
Sharon G. Brandsness Trust

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| Sherman H. Simmons |
| Shirley A. Gray U/T/A 4/4/90 |
| Shirley Whitaker |
| Sierra Simmons |
| Silver City Enterprises, LLC |
| Stanley Paher Trust |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Sunrise Mountain Holdings, LLC |
| Tenth Street Funding, LP |
| Terry L. Powers |
| The Meritage Trust |
| The William & Lea Ahern Family Trust |
| Thomas L. & Theresa E. Eden Family Trust |
| Thomas L. Paciolla |
| Thomas P. Soloway Revocable Family Trust |
| Valerie Nickerson |
| White Pine Enterprises, LLC |
| William Alan Pickett |

| | Loan Amount: | $5,000,000 |
| --- | --- | --- |
| **Loan:   25-007  STGG Holdings, Co. LLC** | **Loan Origination Date** | 2/10/2005 |

| |
| --- |
| Carl & Peggy Seelman Living Trust |
| Cathedral Rock Holdings, LLC |
| Deborah Stout Trust |
| Di Biase 1979 Trust/Survivors Administrative Trust |
| DO NOT USE - Mark Bleecker, IRA |
| DO NOT USE - Sharin Bleeker, IRA |
| DYS Family Limited Partnership |
| ESP, LLC |
| Frank R. Nolimal & Robin F. Nolimal Family Trust |
| Jeffrey A. Long Family Ltd. Ptsp |
| Joseph D. Pezzano Living Trust |
| L.F.A.F. Family Trust |
| MAPCA, INC.  Profit Sharing Plan Trust |
| Morris & Libby Raynes Family Survivor's Trust |
| Premier Trust of Nevada C/F Glenn Raynes, IRA |
| Premier Trust of Nevada C/F Libby W. Raynes, IRA |
| Premier Trust of Nevada C/F Rene M. Raynes, IRA |
| Robert R. Belliveau Trust |
| Ronald J. Fadel, M.D. |
| Ruby Valley Holdings, LLC |
| S & S Yamaguchi Charitable Trust |
| Schwartz Family Trust |
| SDS Trust DTD 12/18/2002 |
| Sean Properties, LLC |
| Sherman H. Simmons |
| Sierra Simmons |
| Silver City Enterprises, LLC |
| Sunrise Mountain Holdings, LLC |
| Tenth Street Funding, LP |
| The Vasilakos Family Trust |
| White Pine Enterprises, LLC |

| | Loan Amount: | $1,600,000 |
| --- | --- | --- |
| **Loan:   25-008  STGG Holdings, Co. LLC** | **Loan Origination Date** | 2/10/2005 |

| |
| --- |
| David M. Carver Family Ltd. Partnership |
| Gus and Virginia Thiros Trust |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| *Investor Name* |
| --- |
| Integrated Financial Associates |
| Jerome F. Snyder |
| Loan Partners Capital |
| Michael Friedman Revocable Trust |
| The LeMaire Family Trust |
| The Vasilakos Family Trust |
| The Zabran Family Trust |
| Thomas Lea Rev. Fam. Trust |

| | | | *Loan Amount:* | $4,000,000 |
| --- | --- | --- | --- | --- |
| **Loan:** | **25-012** | **Desert Highlands Associates, LLC** | *Loan Origination Date* | *2/25/2005* |

Becker Family Trust DTD 5/11/09
Carla M. Jewell
David M. Carver Family Ltd. Partnership
Debra L. Rybnick
Donna M. Kraft Separate Property Trust
Engel Trust UAD 7/14/76
First Regional Bank cust. FBO Neil Glover IRA
First Regional Bank cust. FBO Sandra Lea, IRA
Fuson Family 1998 Revocable Trust
George Zabran III
Gregg Wiens
Harold Richards Trust
Integrated Financial Associates
Janet B. Glover, trustee Janet B. Glover Revocable
Jason & Christine Bryant, JTWRS
Jeffrey Johnson or Donna Marie Kraft
Jon Allan Griffin Jr.
Josh Hirsberg
Kathryn Bryant Living Trust
Kevin George
LMC Living Trust
M. Ronald and Charlene R. Proto, JTWRS
Margo Gooding, Sole and Separate Property
Marilene B. Nevins Living Trust
Marleen Schmoutey-Hamre
Matthew Lea
Meteor Limited Partnership
Michael Friedman Revocable Trust
Mustapha Assi Rev. Living Trust 6/23/03
Pamela L. Millisor
Patricia Gayle Foster
Ray W. Millisor Trust DTD 1/15/92 as restated
RJ Brosio Family, L.P.
Robert and Ruth Raasveld Family Trust
Scott Engel
SCWAK, LLC
Sean Properties, LLC
The LeMaire Family Trust
The Zabran Family Trust
Thomas Lea Rev. Fam. Trust
Todd and Patricia Fuson, JTWRS
VG Revocable Trust

| | | | *Loan Amount:* | $1,405,102 |
| --- | --- | --- | --- | --- |
| **Loan:** | **25-019** | **FMR Ventures, LLC** | *Loan Origination Date* | *6/30/2005* |

Bobi J. Templeton Family Trust

**Integrated Financial Associates, Inc.**
**Executory Contracts - Loan Servicing Agreements**

| Investor Name |
| --- |

David M. Carver Family Ltd. Partnership
Integrated Financial Associates
Jennifer and Ty Zweifel
Jolley 1991 Trust
Libman Family Trust

| Loan:    25-022  North River Development, LLC | Loan Amount: | $3,500,000 |
| --- | --- | --- |
| | Loan Origination Date | 8/25/2005 |

Cabaret De Paris
Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9
Daniel & Linda Kozik JTWRS
David M. Carver Family Ltd. Partnership
Diamond Family Trust
Economic Studies, Inc.
First Regional Bank cust. FBO Neil Glover IRA
First Savings Bank Cleone Libman IRA
First Savings Bank Ernest W. Libman IRA
Harold Richards Trust
James and Reba Cardwell Family Trust
Jennifer and Ty Zweifel
Jerry E. & Marie Barksdale, JTWRS
JMBP Family Trust DTD 8/1/05
Jon A. Griffin and Judy A. Griffin, JTWRS
Kalb Construction Co. Profit Sharing Plan
KDC Holdings, LLC
Kelly Jewell
Kit & Karen Graski, JTWRS
Libman Family Trust
Line Renaud
Marshall Shields
Meteor Limited Partnership
Michael Friedman Revocable Trust
Michael J. Proto & Helen Proto Revocable Living Tru
Premier Trust of Nevada, Custodian FBO, Mark Stou
Ray W. Millisor Trust DTD 1/15/92 as restated
SCWAK, LLC
Sharon G. Brandsness Trust
Shirley Whitaker
Stanley Paher Trust
The Vasilakos Family Trust
VG Revocable Trust
William E. Walsh & Elaine M. Walsh Fam. Trust

| Loan:    25-023  Desert Highlands Associates, LLC | Loan Amount: | $4,100,000 |
| --- | --- | --- |
| | Loan Origination Date | 8/29/2005 |

Anthony C. & Linda A. Pusateri Family Trust
Betty T. Bishofberger, sole and separate property
Daniel & Linda Kozik JTWRS
David M. Carver Family Ltd. Partnership
Dorothy and Roger Paher Joint Tenants
Edward H. Oshins Revocable Family Trust
First Savings Bank Cleone Libman IRA
First Savings Bank Ernest W. Libman IRA
George & Adela Smith Family Trust DTD 9/14/98
Harold Richards Trust
Integrated Financial Associates
James Kinard

## *Integrated Financial Associates, Inc.*
## *Executory Contracts - Loan Servicing Agreements*

***Investor***
***Name***

James Kinard DDS Chtd. Pension Trust
JMBP Family Trust DTD 8/1/05
Jon A. Griffin and Judy A. Griffin, JTWRS
Kalb Construction Co. Profit Sharing Plan
Kathryn Bryant Living Trust
Libman Family Trust
Madigan Trust
Mae Kalb 2004 Irrevocable Trust
Mary Lou Schork
Michael Friedman Revocable Trust
Milton Bozanic
Nina Saxon Defined Benefit Pension Plan
O'Keefe Living Trust
Premier Trust, Agent for Manpex, LLC Profit Sharing
Richard & Carol Oshins Revocable Family Trust
Richard A. Oshins 1995 Irrevocable Trust
Robert DePrez or Angela Casino
Ruth Oshins Revocable Family Trust
SCWAK, LLC
Sharon G. Brandsness Trust
Stanley Paher & Dorothy Paher JTWRS
Stanley Paher Trust
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
The Cherry Trust

| | | **Loan Amount:** | **$5,000,000** |
|---|---|---|---|
| **Loan:    25-033  Stewart Holdings, LLC** | | **Loan Origination Date** | **12/7/2005** |

Brown Family Trust DTD 11/21/86
Carl & Peggy Seelman Living Trust
Construction Industries, LLC PSP
D. A. D. Hanson Trust
Dana Kanne, IRA
Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9
Diehl Realty LLC 401k Profit Sharing Plan
Donna Jean Knight 2008 Trust
Doody 2001 Family Trust
Fuson Family 1998 Revocable Trust
Gary Brennan
Glenn Raynes & Rene M. Raynes Revocable Family
Integrated Financial Associates
Jaggers Family Decedent's Trust
John Mendelsohn
Jon A. Griffin and Judy A. Griffin, JTWRS
Jonathan Jaggers Trust
Joseph D. Pezzano Living Trust
KMBD, LLC
Kochevar Living Trust
MAP Family Trust  Of 9/29/82
MBK Holdings, LLC
Pinnacle Holding Enterprises, LLC
Premier Trust Co., Inc cust. FBO Bonnie Cisneros S
Premier Trust of Nevada C/F Rene M. Raynes, IRA
Rene C. Blanchard Trust DTD 2/14/73
Richard A. Oshins 1995 Irrevocable Trust
Rick Templeton
Robert and Ruth Raasveld Family Trust

## Integrated Financial Associates, Inc.
## Executory Contracts - Loan Servicing Agreements

*Investor*
*Name*

| Loan: | 25-035 | *Desert Highlands Associates, LLC* | Loan Amount: | $2,600,000 |
|-------|--------|-------------------------------------|--------------|-----------|
| | | | Loan Origination Date | 12/29/2005 |

AMW Irrevocable Trust
Beatrice S. Bernstein Rev. Fam. Tr. FBO Carol B. O
Brown Family Trust DTD 11/21/86
D. A. D. Hanson Trust
Di Biase 1979 Trust/Survivors Administrative Trust
Integrated Financial Associates
James Kinard
James Kinard DDS Chtd. Pension Trust
Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust
Kalb Construction Co. Profit Sharing Plan
Lewis H. Fine
Myron S. Neiman Revocable Trust
Pete and Angela Becker Trust
Pyramid Lake Holding, LLC
Ray W. Millisor Trust DTD 1/15/92 as restated
Rick Templeton
Robert and Ruth Raasveld Family Trust
SCWAK, LLC
SDS Trust DTD 12/18/2002
Sherman H. Simmons
Sunrise Mountain Holdings, LLC
The 1994 Cisneros Family Trust
The Cherry Trust
White Pine Enterprises, LLC

| Loan: | 25-036 | *Desert Highlands Associates, LLC* | Loan Amount: | $1,000,000 |
|-------|--------|-------------------------------------|--------------|-----------|
| | | | Loan Origination Date | 12/29/2005 |

D. A. D. Hanson Trust
Gregg Wiens
Integrated Financial Associates
Janet B. Glover, trustee Janet B. Glover Revocable
Matthew A. Wiens
Matthew Lea & Janice Lea, JTWRS
Melissa M. Torres
The 1994 Cisneros Family Trust
Thomas Lea Rev. Fam. Trust

| Loan: | 26-005 | *STGG Holdings Company, LLC* | Loan Amount: | $4,250,000 |
|-------|--------|-------------------------------|--------------|-----------|
| | | | Loan Origination Date | 3/9/2006 |

Integrated Financial Associates

| Loan: | 26-007 | *Desert Highlands Associates, LLC* | Loan Amount: | $3,425,000 |
|-------|--------|-------------------------------------|--------------|-----------|
| | | | Loan Origination Date | 2/28/2006 |

Donna M. Kraft Separate Property Trust
Integrated Financial Associates
Jeffrey Johnson or Donna Marie Kraft
Lucrecia Sparks
Patricia Adamson 2002 Revocable Trust DTD 2/20/2
RJ Brosio Family, L.P.
Ronald J. Fadel M.D.

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

|  | | Investor Name | |
|---|---|---|---|

| Loan: | 26-009A Indian Canyon Home | *Loan Amount:* | *$3,531,514* |
|---|---|---|---|
| | | *Loan Origination Date* | *3/9/2006* |

Carol Prows
Construction Industries, LLC PSP
D. A. D. Hanson Trust
Dale Wynn Living Trust
Deborah Stout Trust
DeEtte Carter Revocable Trust
DO NOT USE - Scott Lieberman
Donna Jean Knight 2008 Trust
Gary Anderson
George D. Kalb & Barbara A. Kalb Rev. Family Trust
George Lynch & Patricia Welsh, JTWRS
Glenn Raynes & Rene M. Raynes Revocable Family
James H. & Kathleen W. San Salvador, JTWRS
James M. Lewenauer
Jeffrey A. Long Family Ltd. Ptsp
Jennifer Lynn Denison Revocable Living Trust
Jeremy Shields
Joey Jay Rosenberg
Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust
Kalb Construction Co. Profit Sharing Plan
Larry Carter Trust
Marshall Shields IRA
Matthew Lea & Janice Lea, JTWRS
Morris & Libby Raynes Family Survivor's Trust
Phyllis J. Winkler
Premier Trust of Nevada C/F Glenn Raynes, IRA
Premier Trust of Nevada C/F Rene M. Raynes, IRA
Robert & Debra Ann Rubin, JTWRS
Robert L. Pickering and Patricie A Pickering Family
Ronald J. Fadel M.D.
Ruth Oshins Revocable Family Trust
S & S Yamaguchi Family Trust
S.W. Commercial Investments, LLC
SCWAK, LLC
William Richard Moreno

| Loan: | 26-009B Indian Canyon Home | *Loan Amount:* | *$369,992* |
|---|---|---|---|
| | | *Loan Origination Date* | *3/9/2006* |

Carl & Peggy Seelman Living Trust
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Integrated Financial Associates
Jack and Amita Patel Family Trust
Meteor Limited Partnership
Michael and Geri Rumbolz Living Trust 2002
SCWAK, LLC

| Loan: | 26-019 Golden State Investments II, LP | *Loan Amount:* | *$3,300,000* |
|---|---|---|---|
| | | *Loan Origination Date* | *6/2/2006* |

Bobi J. Templeton Family Trust
Brown Family Trust DTD 11/21/86
Don and Carol Smith
George & Adela Smith Family Trust DTD 9/14/98
George D. Kalb & Barbara A. Kalb Rev. Family Trust

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

### Investor Name

Glenn Raynes & Rene M. Raynes Revocable Family
Hilary J. Kalb Trust
Integrated Financial Associates
JA Kretsch Financial Retirement Plan
Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust
Kalb Construction Co. Profit Sharing Plan
Karen A. Camp
Mark Heese
Nadie Meland & Micki Esken Living Trust
Nancy Lee W. Fiddyment Revocable Trust
Pravin P. Bakrania and Veena P. Bakrania Living Tr
Rick Templeton
Ruth Oshins Revocable Family Trust
SCWAK, LLC
TD3 Trust
TGA, L.L.C.
The 1994 Cisneros Family Trust
The Meritage Trust
The Ruth D. Miille Living Trust

| | | | Loan Amount: | $2,300,000 |
|---|---|---|---|---|
| **Loan:** | **26-020** | **Golden State Investments, LP & Pegasus-MH V** | **Loan Origination Date** | **6/2/2006** |

Brenner Revocable Trust DTD 5/12/97
George Zabran III
Integrated Financial Associates
LMC Living Trust
Michael J. Proto & Helen Proto Revocable Living Tru
Mustapha Assi Rev. Living Trust 6/23/03
Patrick M. Rich Trust DTD April 4, 2001
Richard Kropp cust., UGMA Sebastian Kropp
Richard Kropp, cust. UGMA Emerson Kropp
Richard Kropp, cust. UGMA Remington Kropp
Sharon Brashear
Skye Enterprises, LLC
Stephanie Kropp
The 1994 Cisneros Family Trust
The Proto Family Trust
The Zabran Family Trust
VG Revocable Trust

| | | | Loan Amount: | $7,750,000 |
|---|---|---|---|---|
| **Loan:** | **26-022** | **Golden State Enterprises, LLC** | **Loan Origination Date** | **8/10/2006** |

Alex B. & Diane G. Gilbert, JTWRS
Amber Tuttle Trust
Anthony C. & Linda A. Pusateri Family Trust
Baron Family Trust
Bishofberger Restated Family Trust UA 9/8/95
Bobi J. Templeton Family Trust
Brenda E. Pickard Revocable Trust
Carefree Holdings L.P.
Carolyn Elizabeth Baldwin Trust
Chris Stansbury
Claudia Beck Defined Benefit Pension Plan
Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9
Daniel R. Kozik, IRA
David G. Stibor D.D.S. Ltd. DBPP
David G. Stibor, D.D.S., Ltd. MPPP

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| *Investor Name* |
| --- |
| DeEtte Carter Revocable Trust |
| Di Biase 1979 Trust/Survivors Administrative Trust |
| Donna J. Steffan |
| Donna Steffan & Michael Steffan, JTWRS |
| First Regional Bank cust. FBO Neil Glover IRA |
| Fred S. Papalardo & Linda Papalardo, JTWRS |
| George D. Kalb & Barbara A. Kalb Rev. Family Trust |
| Gus and Virginia Thiros Trust |
| Hamilton Holdings Limited Partnership |
| Integrated Financial Associates |
| IRA Resources, Inc. FBO Carol C. Honeywell IRA |
| Jo Anne Carollo or Donna J. Steffan |
| Joe Barresi and Lydia King, JTWRS |
| John Lewenauer |
| Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust |
| Joseph D. Pezzano Living Trust |
| Kalb Construction Co. Profit Sharing Plan |
| Kathryn Bryant Living Trust |
| KLT Family Ltd. Partnership |
| Larry Warner Revocable Trust |
| Lilyan J. Shields Irrevocable Trust FBO Marshall Shi |
| MAPCA, INC.  Profit Sharing Plan Trust |
| Margaret A. Vasilakos Living Trust 2004 |
| Mark Baldwin |
| Mark Heese |
| Meena P. Vohra |
| Mimi Griffin |
| Nadie Meland & Micki Esken Living Trust |
| Nirmala Visrodia |
| Philip Engel Fam. Partnership |
| Pinnacle Holding Enterprises, LLC |
| Ray W. Millisor Trust DTD 1/15/92 as restated |
| Robert and Ruth Raasveld Family Trust |
| Robert Brazaskas |
| Ron Markin Living Trust |
| Ronald J. Fadel M.D. |
| SCWAK, LLC |
| SDS Trust DTD 12/18/2002 |
| Sherman H. Simmons |
| Tammy Burke |
| Tanya Milena Markin |
| TD3 Trust |
| Templeton Investment Corp. |
| The EGE Living Trust |
| The Mark and Cinda Towne Family Trust |
| The William & Lea Ahern Family Trust |
| Thomas C. Morrow Testamentary Trust |

| | | *Loan Amount:* | $27,472 |
| --- | --- | --- | --- |
| *Loan:* | *26-023A Kapex, LLC* | *Loan Origination Date* | *6/30/2008* |
| | Debra L. Rybnick | | |
| | Harold Richards Trust | | |

| | | *Loan Amount:* | $3,766,934 |
| --- | --- | --- | --- |
| *Loan:* | *26-023B Kapex, LLC* | *Loan Origination Date* | *6/1/2009* |
| | David M. Carver Family Ltd. Partnership | | |
| | EFKTV Holdings LLC, Series A | | |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| | | |
|---|---|---|
| | ***Investor*** | |
| | ***Name*** | |

Ken II Revocable Family Trust
Premier Trust, Agent for Manpex, LLC Profit Sharing

| | | **Loan Amount:** | **$2,476,005** |
|---|---|---|---|
| **Loan:    26-030  Washvada Investments, LLC** | | **Loan Origination Date** | **9/13/2006** |

Bobi J. Templeton Family Trust
Carefree Holdings L.P.
Carl & Peggy Seelman Living Trust
Construction Industries, LLC PSP
Dennis Duesing, Sole and Separate Individual
Glenn Raynes & Rene M. Raynes Revocable Family
Henry B. Soloway 1991 Irrevocable Trust
Integrated Financial Associates
Joe Barresi and Lydia King, JTWRS
Joseph D. Pezzano Living Trust
Kalb Construction Co. Profit Sharing Plan
Kit & Karen Graski, JTWRS
Larry Stinson or Gloria Munoz
Nadie Meland & Micki Esken Living Trust
Premier Trust of Nevada C/F Rene M. Raynes, IRA
Prism Management Pension Trust
Ron Markin Living Trust
SCWAK, LLC
TGA, L.L.C.
The 1994 Cisneros Family Trust
The Lloyd Family Trust
Z Bar Limited Partnership

| | | **Loan Amount:** | **$2,000,000** |
|---|---|---|---|
| **Loan:    26-037  Desert Highlands Associates, LLC** | | **Loan Origination Date** | **10/9/2006** |

Daniel & Linda Kozik JTWRS
Engel Mgmt. Ltd. PSP
Engel Trust UAD 7/14/76
Gus and Virginia Thiros Trust
Integrated Financial Associates
Line Renaud
Marguerite E. Luce Living Trust
Michael Josett
Ralph M. Covell
Rene C. Blanchard Charitable Remainder Trust

| | | **Loan Amount:** | **$675,000** |
|---|---|---|---|
| **Loan:    26-041  1835 Nevassee Investments, LLC** | | **Loan Origination Date** | **10/31/2006** |

Bebe Irrevocable Trust
Dale Wynn Living Trust
Integrated Financial Associates
Joe Barresi and Lydia King, JTWRS
John Claridy or Karen Inghram
Kenneth R. Wynn Family Trust
SCWAK, LLC

| | | **Loan Amount:** | **$6,600,000** |
|---|---|---|---|
| **Loan:    27-001  Hemet Highlands Associates, LLC** | | **Loan Origination Date** | **1/31/2007** |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| 8617 Westridge Holdings, LLC |
| Alan P. Mintz |
| Alex B. & Diane G. Gilbert, JTWRS |
| Betty Engelstad, Rollover IRA |
| Bharat C. Gandhi and Devyani B. Gandhi Living Tru |
| CJ Managed Assets Ltd. Partnership |
| Craig and Diane Shanklin JTWRS |
| Dale Wynn Living Trust |
| David M. Carver Family Ltd. Partnership |
| Deborah P. Chernin |
| Don and Carol Smith |
| Dorothy Paher or Roger Paher JTWRS |
| Fuson Family 1998 Revocable Trust |
| Integrated Financial Associates |
| Inventory Funding, LLC |
| Jacelyn S. Pinkus |
| James and Reba Cardwell Family Trust |
| James Kinard DDS Chtd. Pension Trust |
| Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust |
| Josh Hirsberg |
| Kalb Construction Co. Profit Sharing Plan |
| Kathleen Jones Steele Sep. Prop. Trust |
| Kathryn Bryant Living Trust |
| Kathryn Chernin Bach (2) |
| Kevin J. Donahoe Separate Prop. Trust |
| Keyna Territo |
| Lee and Christy Burton, JTWRS |
| Leonard Buchholz Trust |
| M & R Katzin Family Trust |
| Madigan Trust |
| Margaret A. Vasilakos Living Trust 2004 |
| Mark Heese |
| Marleen Schmoutey-Hamre |
| MBK Holdings, LLC |
| Meteor Limited Partnership |
| Michael Josett |
| Monroe Family Trust |
| Nevada Trust Company C/F Daryl Alterwitz, IRA |
| Parsons Family Trust |
| Peter Yogman & Dianne Walker, JTWRS |
| Pinnacle Domestic Non Grantor Trust |
| Pravin P. Bakrania and Veena P. Bakrania Living Tr |
| Premier Trust cust. FBO Ronald Fowler IRA |
| Ray W. Millisor Trust DTD 1/15/92 as restated |
| Robert & Bee Ann Knipscheer Trust |
| Robert and Donna McDonald Family Trust |
| Ruby Valley Holdings, LLC |
| Schwartz Family Trust |
| SCWAK, LLC |
| Silver City Enterprises, LLC |
| Skye Enterprises, LLC |
| Stanley Paher & Dorothy Paher JTWRS |
| Stanley Paher Trust |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Sterling Trust cust. FBO Patricia Richards IRA |
| Sterling Trust cust. FBO William Pipes IRA |
| Sunrise Mountain Holdings, LLC |
| TD3 Trust |
| Tenth Street Funding, LP |
| Terry and Cindy Ono |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

|  | Investor Name |
|---|---|
|  | The Meritage Trust |
|  | White Pine Enterprises, LLC |

| **Loan:  27-002  Hemet Highlands Associates, LLC** | **Loan Amount:** | **$1,175,000** |
|---|---|---|
|  | **Loan Origination Date** | **1/31/2007** |

Anthony C. & Linda A. Pusateri Family Trust
Arthur Snyder
David Lucchese & Lisa Lucchese, JTWRS
David M. Carver Family Ltd. Partnership
Deborah Stout Trust
EFKTV Holdings LLC, Series A
First Regional Bank cust. FBO Jon Griffin, IRA
Integrated Financial Associates
John Lewenauer
Lisa Lucchese, cust. UGMA Analise Lucchese
Lisa Lucchese, cust. UGMA Lilina Lucchese
Lucrecia Sparks
Mark Heese
Nina Saxon Defined Benefit Pension Plan
Robert and Ruth Raasveld Family Trust
VG Revocable Trust

| **Loan:  27-004  Indian Canyon Homes, LLC** | **Loan Amount:** | **$415,000** |
|---|---|---|
|  | **Loan Origination Date** | **2/27/2007** |

Integrated Financial Associates

| **Loan:  27-007  Desert Highlands Associates, LLC** | **Loan Amount:** | **$14,703,291** |
|---|---|---|
|  | **Loan Origination Date** | **4/25/2007** |

8617 Westridge Holdings, LLC
Alberta R. Thompson 2000 Living Trust
Alex B. & Diane G. Gilbert, JTWRS
Ana Maria Mucci
Ann Payne
Arthur Snyder
Barbara and Charles Shaller
Bharat C. Gandhi and Devyani B. Gandhi Living Tru
Bobi J. Templeton Family Trust
Bradley F. & Lori A. Burns Family Trust
Brenda E. Pickard Revocable Trust
Brennan Family Trust DTD 10/25/2005
Butrick Family Trust DTD 4/10/00
Cabaret De Paris
Carla M. Jewell
Carol Prows
Cary Colt Payne 1992 Trust Agreement
Charles or Lori Kelly
Christopher Q. Barry
Craig and Diane Shanklin JTWRS
Daniel & Linda Kozik JTWRS
David G. Stibor, D.D.S., Ltd. MPPP
David M. Carver Family Ltd. Partnership
Deborah Stout Trust
DO NOT USE - Karen Olsen
Donna M. Kraft Separate Property Trust
Engel Mgmt. Ltd. PSP

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| Engel Trust UAD 7/14/76 |
| First Regional Bank cust. FBO Neil Glover IRA |
| First Trust Co. of Onaga Nancy Younghans, IRA |
| Frank R. Nolimal & Robin F. Nolimal Family Trust |
| Gaste Music Publishing |
| George D. Kalb & Barbara A. Kalb Rev. Family Trust |
| Golden Legacy, LLC |
| Gus and Virginia Thiros Trust |
| Henry B. Soloway 1991 Irrevocable Trust |
| Henry B. Soloway 2006 Revocable Family Trust |
| Henry or Jacqueline Schroeder |
| Integrated Financial Associates |
| Jacquelyn A. McDaniel |
| James and Reba Cardwell Family Trust |
| James Gravitt |
| Janie Friedman Trust |
| Jeanne Greer |
| Jeffrey Johnson or Donna Marie Kraft |
| Joe Barresi and Lydia King, JTWRS |
| Joey Jay Rosenberg |
| John David Kruger Family Trust |
| John Falstad Marital Trust |
| Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust |
| Jonathan Jaggers Trust |
| Joseph D. Pezzano Living Trust |
| Judith Trotter or Bob Charles Trotter |
| Juneve Damus Irrevocable Spendthrift Trust |
| Kalb Construction Co. Profit Sharing Plan |
| Karen A. Camp |
| Kathryn Bryant Living Trust |
| Kevin George |
| Keyna Territo |
| Kurt Larsen |
| L. Earle Romak Family Trust |
| Larry Carter Trust |
| Larry Warner Revocable Trust |
| Lewis H. Fine |
| Line Renaud |
| Loving Guitar Music, Inc. |
| Lyan, LLC |
| Margo Gooding, Sole and Separate Property |
| Marguerite  E. Luce Living Trust |
| Mark and Susan Bennick, JTWRS |
| Mark Heese |
| Marshall Shields IRA |
| Meena P. Vohra |
| Meteor Limited Partnership |
| Michael & Karen Feeney, JTWRS |
| Michael and Geri Rumbolz Living Trust 2002 |
| Michael Friedman Revocable Trust |
| Michael J. Proto & Helen Proto Revocable Living Tru |
| Michael Josett |
| Mimi Griffin |
| Mobility, Inc. |
| Mustapha Assi Rev. Living Trust 6/23/03 |
| Nadie Meland & Micki Esken Living Trust |
| Nina Saxon Defined Benefit Pension Plan |
| Onofrio Variale Trust DTD 10/22/1997 |
| Patricia Adamson 2002 Revocable Trust DTD 2/20/2 |
| Patricia Gayle Foster |

## Integrated Financial Associates, Inc.
## Executory Contracts - Loan Servicing Agreements

### Investor
### Name

Patricia L. Payne-Zajac
Paul Kraft  or Sarah McCracken, JTWRS
Peter Yogman & Dianne Walker, JTWRS
Philip & Adele Engel Family Trust
Pravin P. Bakrania and Veena P. Bakrania Living Tr
Premier Trust cust. FBO Ronald Fowler IRA
Premier Trust, Agent for Manpex, LLC Profit Sharing
Rachel J. Lawrence Survivors Trust
Ray W. Millisor Trust DTD 1/15/92 as restated
Remark Revocable Trust DTD 10/23/98
Richard & Carol Oshins Revocable Family Trust
Richard Kropp cust., UGMA Sebastian Kropp
Richard Kropp, cust. UGMA Emerson Kropp
Richard Kropp, cust. UGMA Remington Kropp
Rick Templeton
RJ Brosio Family, L.P.
Robert and Ruth Raasveld Family Trust
Robert G. and Betty J. Bagy, JTWRS
Robert R. Belliveau Trust
Roger & Lucy Hanada, JTWRS
Ronald J. Fadel M.D.
S.W. Commercial Investments, LLC
Sarah McCracken or Paul Kraft JTWRS
Sharon G. Brandsness Trust
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
Sterling Trust cust. FBO Patricia Richards IRA
Sterling Trust cust. FBO William Pipes IRA
TD3 Trust
The Meritage Trust
The Ruth D. Miille Living Trust
The William & Lea Ahern Family Trust
Todd Bryant
Twin Investments, LLC
Variale Family Trust DTD 7/23/1996
VG Revocable Trust
William & Elaine Donahoe Trust
William E. Walsh & Elaine M. Walsh Fam. Trust
Yogman Children GST Trust

| | Loan Amount: | $2,800,000 |
|---|---|---|
| **Loan:    27-015  L217-1 ID Eagle Linder LLC** | **Loan Origination Date** | **5/11/2007** |

AMW Irrevocable Trust
Bebe Irrevocable Trust
Dale Wynn Living Trust
George & Adela Smith Family Trust DTD 9/14/98
Henry B. Soloway 2006 Revocable Family Trust
Integrated Financial Associates
JA Kretsch Financial Retirement Plan
Jeffrey A. Long Family Ltd. Ptsp
Kelly Jewell
Kenneth R. Wynn Family Trust
King Futt's Fun Funds, LLC
MAPCA, INC.  Profit Sharing Plan Trust
Morris & Libby Raynes Family Survivor's Trust
Mustapha Assi Rev. Living Trust 6/23/03
Patrick M. Rich Trust DTD April 4, 2001
Peter Yogman & Dianne Walker, JTWRS
Premier Trust of Nevada C/F Glenn Raynes, IRA

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

### Investor Name

Premier Trust of Nevada C/F Rene M. Raynes, IRA
Premier Trust, Agent for Manpex, LLC Profit Sharing
S.W. Commercial Investments, LLC
Skye Enterprises, LLC
Stanley Paher Trust
Steven E Clayton
Yogman Children GST Trust

| | | | |
|---|---|---|---|
| | | **Loan Amount:** | **$4,950,000** |
| **Loan:** | **27-019  Desert Highlands Assoc., LLC & Twelve Oaks** | **Loan Origination Date** | **6/13/2007** |

Aaron Snyder
Anthony C. & Linda A. Pusateri Family Trust
Charlotte Amber Bothwell
Darlene Weller, IRA
Debra L. Rybnick
EFKTV Holdings LLC, Series A
First Regional Bank cust. FBO Neil Glover IRA
First Savings Bank cust. FBO Shilah C. Hughes, IRA
First Trust Co. of Onaga cust. FBO Debra L. Rybnick
First Trust Co. of Onaga cust. FBO Gregg Wiens IR
Gregg Wiens
Hugh and JoAnn Templeton Family Trust
Integrated Financial Associates
James R. Williams & Mary Lisa Williams, JTWRS
Janet B. Glover, trustee Janet B. Glover Revocable
Jonathan Snyder
Mary Lisa Williams & James R. Williams, JTWRS
Matthew A. Wiens
Melissa M. Torres
Premier Trust of Nevada, Custodian FBO, Mark Stou
Ralph M. Covell
Rick Templeton
SCWAK, LLC
Sean Properties, LLC
The Lopes Family Trust
Thomas Lea Rev. Fam. Trust
VG Revocable Trust

| | | | |
|---|---|---|---|
| | | **Loan Amount:** | **$5,300,000** |
| **Loan:** | **27-023  325 Texvada Investments, LLC** | **Loan Origination Date** | **6/28/2007** |

8617 Westridge Holdings, LLC
Arthur Snyder
Cindy Sue Hunter
Dale Wynn Living Trust
David G. Stibor D.D.S. Ltd. DBPP
David Lucchese & Lisa Lucchese, JTWRS
David M. Carver Family Ltd. Partnership
Deborah Stout Trust
DeEtte Carter Revocable Trust
DYS Family Limited Partnership
First Regional Bank cust. FBO Jon Griffin, IRA
Fuson Family 1998 Revocable Trust
Heather A. Ralston Trust
Henry B. Soloway 1991 Irrevocable Trust
Integrated Financial Associates
James E. Hunter and Susan J. Prescott
James M. Lewenauer

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

|  | Investor<br>Name |
|---|---|

JMBP Family Trust DTD 8/1/05
John and Valerie Proto Living Trust dtd 9/21/2001
John David Kruger Family Trust
Josh Hirsberg
Justin B. Kalb Trust
Kalb Construction Co. Profit Sharing Plan
Kenneth R. Wynn Family Trust
Keyna Territo
Larry Carter Trust
Lewis H. Fine
Libman Family Trust
MAPCA, INC.  Profit Sharing Plan Trust
Margo Gooding
Mark and Sandra Heese Family Trust
Mark Heese
MBK Holdings, LLC
Meteor Limited Partnership
Monroe Family Trust
Mustapha Assi Rev. Living Trust 6/23/03
Nina Saxon Defined Benefit Pension Plan
Peter Yogman & Dianne Walker, JTWRS
Petroleum Properties, LLC
Philip & Adele Engel Family Trust
Pravin P. Bakrania and Veena P. Bakrania Living Tr
Premier Trust Co. cust. FBO Jacqueline D. Taylor IR
Premier Trust, Agent for Manpex, LLC Profit Sharing
Ralston Family Trust
Raymond J. Magana
Rene C. Blanchard Trust DTD 2/14/73
Robert and Ruth Raasveld Family Trust
Ron Markin Living Trust
Ronald J. Fadel M.D.
Schuessler/Shearer Living Trust
SCWAK, LLC
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
Terry J. Allen and Patricia J. Allen Living Trust UA
Victoria C. Pickard-Brown Trust

| | | Loan Amount: | $1,300,578 |
|---|---|---|---|
| **Loan:** | **27-025  SG Valley View, L.C.** | **Loan Origination Date** | **8/3/2007** |

Meadows Ranch Holdings, LLC

| | | Loan Amount: | $11,420,000 |
|---|---|---|---|
| **Loan:** | **27-026  Topaz Capital & Investments, LLC** | **Loan Origination Date** | **7/25/2007** |

8617 Westridge Holdings, LLC
Alain Rastrelly Revocable Living Trust
Alan & Elsie Winkler Revocable Inter Vivos Trust
Betty Engelstad, Rollover IRA
Bharat C. Gandhi and Devyani B. Gandhi Living Tru
Bobi J. Templeton Family Trust
Butrick Family Trust DTD 4/10/00
Caryl J. Guth Trust
Cathedral Rock Holdings, LLC
Charles Ingersoll & Kate Ellen Hayes, JTWRS
Don and Carol Smith
Dorothy Paher
Duke Marketing, Inc.

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| First Regional Bank cust. FBO Neil Glover IRA |
| First Savings Bank cust. FBO Karen A. Camp IRA |
| George & Adela Smith Family Trust DTD 9/14/98 |
| George D. Kalb & Barbara A. Kalb Rev. Family Trust |
| Gus and Virginia Thiros Trust |
| Henry B. Soloway 1991 Irrevocable Trust |
| Henry B. Soloway 2006 Revocable Family Trust |
| Jaggers Family Decedent's Trust |
| James and Reba Cardwell Family Trust |
| James E. Hunter and Susan J. Prescott |
| JMBP Family Trust DTD 8/1/05 |
| Joan Neiman Revocable Trust |
| Joe Barresi and Lydia King, JTWRS |
| John David Kruger Family Trust |
| John Falstad Marital Trust |
| Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust |
| Josh Hirsberg |
| Kalb Construction Co. Profit Sharing Plan |
| Karen A. Camp |
| Karin B. Soloway Revocable Family Trust |
| Kathryn Bryant Living Trust |
| KDC Holdings, LLC |
| Kit & Karen Graski, JTWRS |
| L. Earle Romak Family Trust |
| Larry Carter Trust |
| Lewis H. Fine |
| Libman Family Trust |
| Loving Guitar Music, Inc. |
| MAPCA, INC.  Profit Sharing Plan Trust |
| Mark and Sandra Heese Family Trust |
| Michael Josett & Bette Slatoff, JTWRS |
| Milica Weinstein Flanagan Tr. Agreement |
| Mimi Griffin |
| Neil Beller, Trustee |
| Onofrio Variale Trust DTD 10/22/1997 |
| Patrick Flanagan Trust |
| Peter Yogman & Dianne Walker, JTWRS |
| Pravin P. Bakrania and Veena P. Bakrania Living Tr |
| Pyramid Lake Holding, LLC |
| Ray W. Millisor Trust DTD 1/15/92 as restated |
| Raymond J. Magana |
| Reba Cardwell |
| Richard & Helen Carol Ellis, JTWRS |
| Robert A. Winkler & Phyllis J. Winkler Family Trust |
| Ron Markin Living Trust |
| Ronald J. Fadel M.D. |
| Ruby Valley Holdings, LLC |
| Rudiak Family Irrevocable Trust |
| S.W. Commercial Investments, LLC |
| Schmoutey Family Trust |
| SCWAK, LLC |
| Sean Properties, LLC |
| Shirley A. Gray U/T/A 4/4/90 |
| Silver City Enterprises, LLC |
| Skye Enterprises, LLC |
| Stage Door Inc. |
| Stanley Paher Trust |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Sterling Trust Co., cust. FBO Vincenzo Variale IRA |
| Tenth Street Funding, LP |

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

|  | *Investor Name* |
|---|---|
|  | The Denler Family Trust |
|  | The Mark and Cinda Towne Family Trust |
|  | The Meritage Trust |
|  | The William & Lea Ahern Family Trust |
|  | Thomas L. & Theresa E. Eden Family Trust |
|  | W. Daniel Miller & Cheryl D. Miller, JTWRS |
|  | Wheeler Peak Enterprises, LLC |
|  | William Richard Moreno |
|  | Yogman Children GST Trust |

| **Loan:** | **27-030  Essex Real Estate Partners, LLC** | *Loan Amount:* | $23,100,000 |
|---|---|---|---|
|  |  | *Loan Origination Date* | *12/3/2007* |

8617 Westridge Holdings, LLC
Aimee and Darryl Barnes
Alain Rastrelly Revocable Living Trust
Alex B. & Diane G. Gilbert, JTWRS
Annette Parker Trust
Beatrice S. Bernstein Rev. Fam. Tr. FBO Carol B. O
Betty Engelstad, Rollover IRA
Carfam Limited Partnership
Carol Prows
Cero, Inc.
Charles A. Howell or Xochitl Howell
Charlotte Amber Bothwell
Christopher & Karen Wicker JTWRS
Ciccotti Family Trust
David G. Stibor D.D.S. Ltd. DBPP
DeEtte Carter Revocable Trust
Donna M. Kraft Separate Property Trust
Elizabeth Gilbert
First Savings Bank cust FBO Deborah Howell
First Savings Bank FBO Karen A. Camp, IRA
Frank R. Nolimal & Robin F. Nolimal Family Trust
Fuson Family 1998 Revocable Trust
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Gregg Wiens
Gregory S. Gilbert and Mary Ann Dwire
Gus and Virginia Thiros Trust
Harry W. & Christine F. Dettmann Revocable Living
Henry B. Soloway 1991 Irrevocable Trust
Henry B. Soloway 2006 Revocable Family Trust
Integrated Financial Associates
Inventory Funding, LLC
IRA Resources, Inc. FBO Carol C. Honeywell IRA
Jacqueline D. Taylor
Jacquelyn A. McDaniel
James and Reba Cardwell Family Trust
Jason Parker
Jerry L. Honeywell Sheltered Trust
John David Kruger Family Trust
John Lewenauer
Jon A. Griffin Sr. & Judy A. Griffin Revocable Trust
Kalb Construction Co. Profit Sharing Plan
Karen A. Camp
Karli Parker
Kathyrn L. Petersen Living Trust
Kevin J. Donahoe Separate Prop. Trust
Kimberly L and Darryn Detmers

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| Larry Carter Trust |
| Larry Carter, Lori Carter, David Carter |
| Lowell R. Trepp and Jacqueline P. Trepp Family Tru |
| Lyan, LLC |
| MAPCA, INC.  Profit Sharing Plan Trust |
| Marguerite  E. Luce Living Trust |
| Mark and Sandra Heese Family Trust |
| Matthew A. Wiens |
| Meena P. Vohra |
| Melissa M. Torres |
| Michael & Karen Feeney, JTWRS |
| Michael J. Proto & Helen Proto Revocable Living Tru |
| Michael R. Proto 401(k) Profit Sharing Plan |
| Milica Weinstein Flanagan Tr. Agreement |
| Mimi Griffin |
| Mustapha Assi Rev. Living Trust 6/23/03 |
| Natalie and Danny Thompson |
| Newby 1984 Trust |
| Olivia M. Davidson |
| P.J. Becker and Sons LP |
| Patricia Adamson |
| Pete and Angela Becker Trust |
| Pravin P. Bakrania and Veena P. Bakrania Living Tr |
| Premier Trust, Agent for Manpex, LLC Profit Sharing |
| Pyramid Lake Holding, LLC |
| Raymond J. Magana |
| Rene C. Blanchard Trust DTD 2/14/73 |
| Richard A. Oshins 1995 Irrevocable Trust |
| RJ Brosio Family, L.P. |
| Robert and Donna McDonald Family Trust |
| Robert Brazaskas |
| Robert F. Campbell, Jr. Revocable Trust |
| Robert R. Belliveau Trust |
| Ronald J. Fadel M.D. |
| Ruby Valley Holdings, LLC |
| Ruth Oshins Revocable Family Trust |
| S. Alexandria Wolfert |
| Schulman Family Investments, LLC Profit Sharing Pl |
| Silver City Enterprises, LLC |
| Skye Enterprises, LLC |
| Stanley Paher Trust |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Sunrise Mountain Holdings, LLC |
| Taylor Robert Wight |
| Tenth Street Funding, LP |
| Terry and Cindy Ono |
| The Denler Family Trust |
| The J. J. C. Living Trust |
| The LeMaire Family Trust |
| The Meritage Trust |
| The Ruth D. Miille Living Trust |
| Thomas L. Paciolla |
| Thomas Lea Rev. Fam. Trust |
| Thomas P. Soloway Revocable Family Trust |
| Van Alan and Kelli Wimmer |
| Vestin Realty Mortgage, Inc. II |
| VG Revocable Trust |
| White Pine Enterprises, LLC |
| William B. Dyer |
| William G. Ahern & Susan M. Ahern, JTWRS |

## Integrated Financial Associates, Inc.
## Executory Contracts - Loan Servicing Agreements

|  | Investor Name |
|---|---|

| | | Loan Amount: | $2,120,000 |
|---|---|---|---|
| **Loan:** | **27-031  Desert Highlands Associates, LLC** | **Loan Origination Date** | **8/31/2007** |

Integrated Financial Associates

| | | Loan Amount: | $1,744,750 |
|---|---|---|---|
| **Loan:** | **27-032  325 Texvada Investments, LLC** | **Loan Origination Date** | **9/24/2007** |

Bobi J. Templeton Family Trust
Carl & Peggy Seelman Living Trust
Christopher & Karen Wicker JTWRS
Clark & Kathleen McAfee Family Trust
Claudia Beck Defined Benefit Pension Plan
Dana McDaniel Kanne Sep.Property Tr U/A/D 4/27/9
Dennis Duesing, Sole and Separate Individual
Duke Marketing, Inc.
EFKTV Holdings LLC, Series A
First Savings Bank cust FBO Deborah Howell
Henry B. Soloway 1991 Irrevocable Trust
Henry B. Soloway 2006 Revocable Family Trust
Integrated Financial Associates
Jan S. Monroe
John David Kruger Family Trust
John Lewenauer
Joseph D. Pezzano Living Trust
Kit & Karen Graski, JTWRS
MAPCA, INC.  Profit Sharing Plan Trust
Margaret A. Vasilakos Living Trust 2004
Mobility, Inc.
Nadie Meland & Micki Esken Living Trust
Nina Saxon Defined Benefit Pension Plan
Pravin P. Bakrania and Veena P. Bakrania Living Tr
Ray W. Millisor Trust DTD 1/15/92 as restated
Raymond J. Magana
Rene C. Blanchard Trust DTD 2/14/73
Schuessler/Shearer Living Trust
Tarr Family Educational Trust
The Lunn Revocable Trust of 1990, dtd April 25, 199
The Vasilakos Family Trust
Thomas L. Paciolla

| | | Loan Amount: | $4,160,000 |
|---|---|---|---|
| **Loan:** | **27-034  QC 1, LLC** | **Loan Origination Date** | **1/1/2008** |

Annette Parker Trust
David M. Carver Family Ltd. Partnership
DeEtte Carter Revocable Trust
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Henry B. Soloway 1991 Irrevocable Trust
Henry B. Soloway 2006 Revocable Family Trust
Integrated Financial Associates
Jacquelyn A. McDaniel
Kalb Construction Co. Profit Sharing Plan
Karin B. Soloway Irrevocable Trust DTD 4/25/96
Kenneth D. Black
Larry Carter Trust
Libman Family Trust

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| *Investor Name* |
| --- |
| Meteor Limited Partnership |
| Nadie Meland & Micki Esken Living Trust |
| Nevada Trust Co., cust FBO Robert R. Belliveau, IR |
| Nevada Trust Company C/F Daryl Alterwitz, IRA |
| SCWAK, LLC |
| The William & Lea Ahern Family Trust |

| **Loan:** | **29-002** | **325 Texvada Investments, LLC** | **Loan Amount:** | **$440,000** |
| --- | --- | --- | --- | --- |
| | | | **Loan Origination Date** | **4/30/2009** |

Bobi J. Templeton Family Trust
George D. Kalb & Barbara A. Kalb Rev. Family Trust
Integrated Financial Associates
JMBP Family Trust DTD 8/1/05
Kalb Construction Co. Profit Sharing Plan
Margaret A. Vasilakos Living Trust 2004
Mark and Sandra Heese Family Trust
MBK Holdings, LLC
Meteor Limited Partnership
Peter Yogman & Dianne Walker, JTWRS
RJ Brosio Family, L.P.
SCWAK, LLC
Sterling Trust Co. cust FBO Patrick M. Flanagan, IR
The Vasilakos Family Trust

| **Loan:** | **29-004** | **Roseville Partners Limited Partnership** | **Loan Amount:** | **$310,000** |
| --- | --- | --- | --- | --- |
| | | | **Loan Origination Date** | **7/17/2009** |

David M. Carver Family Ltd. Partnership

| **Loan:** | **99-012** | **The Ranches** | **Loan Amount:** | **$1,046,000** |
| --- | --- | --- | --- | --- |
| | | | **Loan Origination Date** | **10/17/2000** |

Arthur Snyder
Bobi J. Templeton Family Trust
Bonnie Morrow
D. Carson Trust
David Henderson
Deborah Stout Trust
DO NOT USE - Craig McCall, IRA
DO NOT USE - Edward Kravitz
Donald Dombrowski Pension Trust
Donald Dombrowski Pension Trust-DB
Donald R. Comerford
E.H. Sedgwick AIMPP
EFKTV Holdings LLC, Series A
Eleanor Sedgwick
Ewing Brothers Inc. Pension Trust
Ewing Investments L.P.
George D. and Barbara Kalb, JTWRS
Golden Sage Holdings
Harold Richards Trust
Integrated Financial Associates
Irus Enterprises LC
Jacqueline Smith Kovner or Joey R. Kovner, Trustee
Jacqueline Smith Kovner, Trustee
Janet B. Glover, trustee Janet B. Glover Revocable
Janie Friedman Trust

*Integrated Financial Associates, Inc.*
*Executory Contracts - Loan Servicing Agreements*

| Investor Name |
| --- |
| Joel Fine |
| Kevin J. Donahoe Separate Prop. Trust |
| Lester K. Henderson, Jr. |
| Mark Heese |
| Mary Lou Schork |
| Michael Friedman Revocable Trust |
| Mobility, Inc. |
| P.J. Becker and Sons LP |
| Premier Trust, Agent for Manpex, LLC Profit Sharing |
| Ray W. Millisor Irrevocable Education Trust |
| Robert and Ruth Raasveld Family Trust |
| Robert Kravitz |
| RoJo Investments, LLC |
| Sharon G. Brandsness Trust |
| Sterling Trust Co. cust FBO Patrick M. Flanagan, IR |
| Templeton Investment Corp. |
| Theodore M. Liese |
| Thomas Lea Rev. Fam. Trust |