SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 02666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
701 Bridger Ave., Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: ccarlyon@sheacarlyon.com
       tosteen@sheacarlyon.com

*Attorneys for the Official Unsecured Creditors' Committee of Integrated Financial Associates, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC.,<br><br>Debtor. | Case No.: BK-S-11-13537-LBR<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on March 15, 2013, I served the following documents:

1. **STIPULATION RE APPLICATION TO EMPLOY MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC AS BANKRUPTCY COUNSEL PURSUANT TO BANKRUPTCY CODE SECTION 327(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4014 NUNC PRO TUNC TO MARCH 1, 2013** [Docket Entry No. 1388].

I served the above named document(s) by the following means to the persons as listed below:

☒   **a.   ECF System.**

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
athanasios.agelakopoulos@usdoj.gov

PETER M. ANGULO on behalf of Respondent CLARK COUNTY
pangulo@ocgd.com, manthis@ocgd.com

1  ROBERT ATKINSON on behalf of Creditor JJC LIVING TRUST
   robert@kupperlin.com , bknotices@kupperlin.com

2

3  BRETT A. AXELROD on behalf of Interested Party MB-BONA, LLC
   baxelrod@foxrothschild.com, pkois@foxrothschild.com;
4  rdittrich@foxrothschild.com; ldupree@foxrothschild.com

5  KELLY J. BRINKMAN on behalf of Creditor SANTA BARBARA COUNTY
   TREASURER AND TAX COLLECTOR
6  kbrinkman@gooldpatterson.com

7  CANDACE C CARLYON on behalf of Creditor VESTIN REALTY MORTGAGE II
   INC.ccarlyon@sheacarlyon.com, rmsmith@sheacarlyon.com,
8  mstreet@sheacarlyon.com

9
   DAWN M. CICA on behalf of Creditor EDWARD ERGANIAN INVESTMENTS,
10 LLP
   dcica@lrlaw.com,jvienneau@lrlaw.com;cjordan@lrlaw.com;mschoeni@lrlaw.com;
11 mhenley@lrlaw.com

12 CANDACE C. CLARK on behalf of Creditor MUSTAPHA ASSI REVOCABLE
   LIVING TRUST bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
13

14 CHARLES M. DAMUS on behalf of Creditor MERITAGE TRUST
   c.damus@damuslaw.com
15
   LAUREL E. DAVIS on behalf of Defendant MB-BONA, LLC
16 ldavis@fclaw.com, mhurtado@fclaw.com

17 JEFFRY A. DAVIS in behalf of Interested Party RICHARD M KIPPERMAN
   jadavis@mintz.com; dsjohnson@mintz.com; docketing@mintz.com;
18 jrdunn@mintz.com

19
   ANDREW F. DIXON on behalf of Creditor EAGLE MOUNTAIN CITY
20 ANDREW@BDTLAWYERS.COM,megan@bdtlawyers.com,
   celeste@bdtlawyers.com
21
   CRAIG S. DUNLAP on behalf of Interested Party MB-BONA, LLC
22 cdunlap@fclaw.com, cdunlap7@gmail.com, mhurtado@fclaw.com

23
   LARS EVENSEN on behalf of Creditor Mustapha Assi Revocable Living Trust
24 lkevensen@hollandhart.com,ckelly@hollandhart.com;
   ecftevensen_bk@hollandhart.com; glpacheco@hollandhart.com
25

26 GREGORY E GARMAN on behalf of Creditor VESTIN REALTY MORTGAGE II
   INC bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
27

SHEA & CARLYON, LTD.
701 E. Bridger Avenue
Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

28                                    2

1  RICHARD H. GOLUBOW on behalf of Special Counsel WINTHROP COUCHOT PROFESSIONAL CORPORATION
2  rgolubow@winthropcouchot.com, pj@winthropcouchot.com;
3  plianides@winthropcouchot.com

4  TALITHA GRAY KOZLOWSKI on behalf of Creditor MUSTAPHA ASSI REVOCABLE LIVING TRUST
5  bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

6  ALYCIA K HANSEN on behalf of Defendant STATE OF NEVADA
7  DEPARTMENT OF BUSINESS AND INDUSTRY, DIVISION OF MORTGAGE LENDING
8  ahansen@ag.nv.gov, mmillam@ag.nv.gov; dwright2@ag.nv.gov; tplotnick@ag.nv.gov

9

10  CANDACE C. CLARK on behalf of Creditor MUSTAPHA ASSI REVOCABLE LIVING TRUST
11  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

12  MICHAELA RUSTIA MOORE on behalf of Interested Party MB-BONA, LLC
    mmoore@foxrothschild.com, pkois@foxrothschild.com
13

14  KEVIN M. SUTEHALL on behalf of Interested Party MB-BONA, LLC
    ksutehall@foxrothschild.com, kthompson@foxrothschild.com
15

16  ROBERT R. KINAS on behalf of Randall Blanchard
    rkinas@swlaw.com

17  LORI ANN LEWIS on behalf of Creditor MARICOPA COUNTY TREASURER
18  lewisl01@mcao.maricopa.gov

19  KALI F MILLER on behalf of Defendant STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY, DIVISION OF MORTGAGE LENDING
20  kmiller@ag.nv.gov, mmillam@ag.nv.gov

21  JEFFERY D PATTERSON on behalf of Creditor SANTA BARBARA COUNTY TREASURER AND TAX COLLECTOR
22  jdp@gooldpatterson.com

23
    AMANDA M. PERACH on behalf of Stockholder KENNETH TEMPLETON
24  aperach@mcdonaldcarano.com, mcarter@mcdonaldcarano.com

25  TERESA M. PILATOWICZ on behalf of Creditor VESTIN REALTY MORTGAGE II INC
26  Bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

27

*SHEA & CARLYON, LTD.*
701 E. Bridger Avenue
Suite 850                28
Las Vegas, Nevada 89101
(702) 471-7432

3

ALAN R SMITH on behalf of Debtor INTEGRATED FINANCIAL ASSOCIATES, INC.
mail@asmithlaw.com

JEFFREY J STEFFEN on behalf of Interested Party OUTSOURCE SERVICES MANAGEMENT, LLC.
jsteffen@lrlaw.com, ngarcia@lrlaw.com

JEFFREY R. SYLVESTER on behalf of Defendant FDIC AS RECEIVER FOR MARSHALL BANK, N.A.
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com; bridget@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

NATALIE L. WINSLOW on behalf of Creditor VESTIN REALTY MORTGAGE II INC
natalie.winslow@akerman.com, adam.crawford@akerman.com; debbie.julien@akerman.com; laura.myers@akerman.com

MICHAEL B WIXOM on behalf of Creditor Bank of Nevada
mbw@slwlaw.com, ef@slwlaw.com

RYAN J. WORKS on behalf of Creditor TPKT, LLC
rworks@mcdonaldcarano.com,kbarrett@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of March, 2013.

                /s/ Veronica Fink
                an employee of Shea & Carlyon, Ltd.

SHEA & CARLYON, LTD.
701 E. Bridger Avenue
Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

4