*[Signature]*
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
August 30, 2013

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: **mail@asmithlaw.com**

Attorney for Debtor

***ELECTRONICALLY LODGED***
***August 29, 2013***

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

INTEGRATED FINANCIAL
ASSOCIATES, INC., a Nevada
corporation,

        Debtor.

_____/

Case No. BK-S-11-13537-LBR
Chapter 11

**ORDER CONFIRMING DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION**

Date:  August 20, 2013
Time:  1:30 p.m.
Ctrm:  1
Judge: Honorable Linda B. Riegle

      The matter of confirmation of the Debtor's Fourth Amended Plan Of Reorganization [DE 1590] (the "Plan") came on for hearing on July 18, 19, and 22, 2013.  The parties present at the hearing, through counsel, were as follows: Alan R. Smith, Esq., of the Law Office of Alan R. Smith, counsel for Debtor; Candace C. Carlyon, Esq., of Carlyon & Smith, PLLC, counsel for the Official Unsecured Creditors Committee; Talitha Gray Kozlowski, Esq. and Gregory E. Garman, Esq., of Gordon Silver, counsel for Mustapha Assi Revocable Living Trust; Kevin M. Sutehall, Esq. and Hal L. Baume, Esq., of Fox Rothschild, LLP, counsel for MB-Bona, LLC; Christopher

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Confirm Plan (4th Amd) 082613-dlg.wpd

H. Hart, Esq., of Schnader, Harrison, Segal & Lewis, LLP, counsel for the Insiders; Michael B. Wixom, Esq., of Smith, Larsen & Wixom, counsel for Bank of Nevada; and Dawn M. Cica, Esq., of Lewis and Roca, LLP, counsel for Edward Erganian Investments, L.P.  The Court considered the Objection Of The Mustapha Assi Revocable Living Trust Dated June 23, 2003 to Confirmation Of Debtor's Fourth Amended Plan Of Reorganization And Joinder to MB-Bona, LLC and Outsource Services Management, LLC dba Presidium Asset Solutions' Objection to Debtor's Fourth Amended Plan of Reorganization [DE 1678] at the time of confirmation. Pursuant to settlement with the Debtor and approved by the Court, MB-Bona, LLC and Outsources Services Management, LLC, agreed not to prosecute, participate in the prosecution of or otherwise support any opposition to confirmation of the Plan, including without limitation, the MB-Bona, LLC and Outsource Services Management, LLC dba Presidium Asset Solutions' Objection to Debtor's Fourth amended Plan of Reorganization [DE 1674].

The Court considered the evidence presented at the hearing, the pleadings and papers on file in the case, and considered oral arguments of counsel presented on August 20, 2013.  On August 21, 2013, the Court entered its Findings Of Facts And Conclusions Of Law On Confirmation of the Debtor's Fourth Amended Plan [DE 1819] (the "Findings and Conclusions").  Based upon the Findings and Conclusions, and good cause appearing

IT IS HEREBY ORDERED that the Debtor's Fourth Amended Plan Of Reorganization is confirmed.

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

■ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Confirm Plan (4th Amd) 082613-dlg.wpd - 2 -

**APPROVED**/DISAPPROVED

CARLYON & SMITH, PLLC

By: *See attached signature.*
_____
Candace C. Carlyon, Esq.
Attorney for Official Unsecured Creditor's Committee

APPROVED/DISAPPROVED

GORDON SILVER

By: **NO RESPONSE**
_____
Talitha Gray Kozlowski, Esq.
Attorney for Mustapha Assi Revocable Living Trust

**APPROVED**/DISAPPROVED

FOX ROTHSCHILD, LLP

By: */s/ Hal L. Baume*
_____
Hal L. Baume, Esq.
Attorney for MB-Bona, LLC

**APPROVED**/DISAPPROVED

SCHNADER, HARRISON, SEGAL & LEWIS, LLP

By: */s/ Christopher H. Hart*
_____
Christopher H. Hart, Esq.
Attorney for Insiders

**APPROVED**/DISAPPROVED

LEWIS AND ROCA, LLP

By: */s/ Dawn M. Cica*
_____
Dawn M. Cica, Esq.
Attorney for Edward Erganian Investments, L.P.

Unrepresented parties appearing:  NONE.

///

///

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Confirm Plan (4th Amd) 082613-dlg.wpd - 3 -

APPROVED/DISAPPROVED

CARLYON & SMITH, PLLC

By: _____
Candace C. Carlyon, Esq.
Attorney for Official Unsecured Creditor's Committee

APPROVED/DISAPPROVED

GORDON SILVER

By: _____
Talitha Gray Kozlowski, Esq.
Attorney for Mustapha Assi Revocable Living Trust

APPROVED/DISAPPROVED

FOX ROTHSCHILD, LLP

By: _____
Kevin M. Sutehall, Esq.
Attorney for MB-Bona, LLC

APPROVED/DISAPPROVED

SCHNADER, HARRISON, SEGAL & LEWIS, LLP

By: _____
Christopher H. Hart, Esq.
Attorney for Insiders

APPROVED/DISAPPROVED

LEWIS AND ROCA, LLP

By: _____
Dawn M. Cica, Esq.
Attorney for Edward Erganian Investments, L.P.

Unrepresented parties appearing: NONE.

///
///
///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Confirm Plan (4th Amd) 082613-dlg.wpd - 3 -

1  **APPROVED**/DISAPPROVED

2  SMITH, LARSEN & WIXOM

3        */s/ Michael B. Wixom*
   By:_____
4        Michael B. Wixom, Esq.
      Attorney for Bank of Nevada

5

6  Trustee:

7  APPROVED/DISAPPROVED

8  UNITED STATES TRUSTEES OFFICE

9       **NO RESPONSE**
   By: _____
     Athanasios, Agelakopoulos, Esq.

10

11  ☐   I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

12

13  RESPECTFULLY SUBMITTED BY:

14  LAW OFFICES OF ALAN R. SMITH
By:    */s/ Alan R. Smith*
    ALAN R. SMITH, ESQ.
15      Attorney for Debtor

16                              ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integ Fin Assoc\Plan & DS\Ord Confirm Plan (4th Amd) 082613-dlg.wpd   - 4 -