BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 333-1010
(702) 974-4008
bretwhipple@justice-law-center.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE: )
) BK-S-11-13537-LBR
INTEGRATED FINANCIAL ) CHAPTER 11
ASSOCIATES, INC., )
)
            Debtor. )
)
) Date: N/A
) Time: N/A
_____)

## NOTICE OF APPEARANCE

**TO:  THE HONORABLE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, THE OFFICE OF THE U.S. TRUSTEE, ATTORNEYS OF RECORD and ALL PARTIES-IN-INTEREST:**

    BRET O. WHIPPLE, ESQ., of the JUSTICE LAW CENTER, hereby enters his appearance on the record in the above-entitled bankruptcy case pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b), as and for the interested party, Roger Paher and/or his assignee(s).

    This Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on his client, or (ii) constitute a waiver of any of the following rights of his client:

    (a)    Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    (b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case,

1

controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the his client is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the undersigned counsel's client without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED on this __18th__ day of September, 2013.

**JUSTICE LAW CENTER**

/s/ Bret O. Whipple
BRET O. WHIPPLE, ESQ.
Nevada Bar #6168
1100 S. Tenth Street
Las Vegas, Nevda 89104
Attorney for Roger Paher and his assignees

2