| | |
|---|---|
| Jeffry A. Davis (Cal. SBN 103299 *pro hac vice*)<br>Joseph R. Dunn (Cal. SBN 238069 *pro hac vice*)<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Tel:   858-314-1500<br>Fax:  858-314-1501<br><br>Attorneys for<br>Richard M Kipperman, Examiner | Samuel A. Schwartz, Esq. (Nev. SBN 10985)<br>**SCHWARTZ LAW FIRM**<br>6623 Las Vegas Blvd South, Suite 300<br>Las Vegas, NV 89119<br>Tel:   702-385-5544<br>Fax:  702-385-2741<br><br><br>Local Counsel for<br>Richard M Kipperman, Examiner |

*E-filed on September 24, 2013*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC.,<br><br>                    Debtor. | Case No. 11-13537-LBR<br><br>Chapter 11<br><br>**DECLARATION OF JEFFRY A. DAVIS IN SUPPORT OF FIRST AND FINAL APPLICATION OF MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C., BANKRUPTCY COUNSEL TO RICHARD M KIPPERMAN, CHAPTER 11 TRUSTEE AND EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:    October 23, 2013<br>Time:   2:00 p.m.<br>Place:   Foley Federal Building<br>            300 Las Vegas Boulevard South<br>            Las Vegas, NV 89101 |

I, Jeffry A. Davis, declare:

1. I am a member of the law firm Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. ("Mintz Levin"), bankruptcy counsel for Richard M Kipperman, the former chapter 11 trustee (the "Trustee") and examiner (the "Examiner") for debtor Integrated Financial Associates, Inc.

2. I make this declaration in support of the *First and Final Application of Mintz Levin Cohn Ferris Glovksy and Popeo, P.C., Bankruptcy Counsel to Richard M Kipperman, Chapter 11 Trustee and Examiner, for Allowance of Compensation and Reimbursement of Expenses* (the

22732973v.1

1. "Application"). I have personal knowledge of the facts stated herein and, if called to do so, I will competently testify as to the truth of the matters stated herein.

3. I have reviewed the Application and the information contained therein, and the same is true and correct to the best of my knowledge, information and belief. Further, I have reviewed and edited the bills for Mintz Levin's legal services and expenses in this matter, attached to the Application as Exhibit C, and they represent the true and correct charges of Mintz Levin to the best of my knowledge, information and belief.

4. Mintz Levin has made every effort to limit expenses and to use the most efficient means available for accomplishing the tasks for which expenses were incurred. Expenses for outside copy costs, computerized legal research, long distance telephone services, express delivery, travel, and courier services are billed at actual costs. Photocopies are generally made in-house and charged at $0.15 per page. Courier and overnight services were only used when regular mail would not be adequate to complete the task in a timely manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2013, at San Diego, California.

      /s/ Jeffry A. Davis
Jeffry A. Davis

-2-

22732973v.1